

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 25, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 5 2014
```

Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

I write to respectfully request that the discovery deadline set by the Court in this matter for February 27, 2014 be extended by 12 days until March 11, 2014. To date, the Government has produced extensive discovery materials to the defense, but has not yet produced images of the servers and other computer devices seized or imaged in the investigation. As discussed at the pre-trial conference held in this matter on February 7, 2014, the defense was to produce several large-capacity external hard drives to the Government by February 13, 2014, so that that the Government would have two weeks to copy these images onto the drives, quality-check the copies, and produce the drives back to the defense by February 27, 2014.

However, the Government has been informed by the defense that, due to shipping delays, the hard drives needed for this discovery production were not received by the defense until yesterday. The drives are being produced by the defense to the Government today. Therefore, in accordance with the understanding at the initial pre-trial conference that the Government would have two weeks to produce electronic discovery to the defense from the date of its receipt of the hard drives in question, the Government respectfully requests that the deadline for its electronic discovery production be extended until two weeks from today, *i.e.*, March 11, 2014, which is 12 days from the original discovery deadline of February 27, 2014.

I have spoken with defense counsel, who consents to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

cc:    Joshua Dratel, Esq.

SO ORDERED
this _____ day of February 2014

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE