LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

April 25, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 9 2014
```

      Re:    *United States v. Ross Ulbricht*
                 14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, regarding the pre-trial conference currently scheduled for Wednesday, April 30, 2014, at 1:00 p.m. Currently, the government's response to the Defendant's Pre-Trial Motions challenging the face of the Indictment is due Monday, April 28, 2014, with the Reply due May 5, 2014. As a result, because the motions will not be fully briefed by April 30, 2014, it is respectfully submitted that the Court adjourn the conference until June 2, 2014, at a time convenient to the Court, by which time the motion will be fully briefed. Defense counsel also makes this application in consideration of the fact that the Court (and defense counsel) is currently engaged in trial, and will be so for at least the next two weeks. Assistant United States Attorney Serrin Turner has informed my associate, Lindsay A. Lewis, Esq., that the government consents to this request.

      Accordingly, it is respectfully requested that the Court adjourn the conference currently scheduled for April 30, 2014, until June 2, 2014, at a time convenient to the Court. As noted, the government consents to this application.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
April 25, 2014
Page 2 of 2

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc: Serrin Turner
Assistant United States Attorney

*Ordered*
Adjourned to 6/2/14 at 2pm.

4/28/14   K. B. Forrest
USDJ