USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 9 2014

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 9, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross Ulbricht*
                 14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, respectfully requesting an extension until May 23, 2014, for the filing of Mr. Ulbricht's Reply to the Government's Response to the Defendant's Pre-Trial Motions challenging the face of the Indictment, in light of the fact that I am currently engaged in trial in *United States v. Mostafa*, 04 Cr. 356, before this Court and am responsible for the direct examination of the defendant, who began testifying this week and will be on the stand through at least the early part of next week. I am also primarily responsible for the defendant's position on jury instructions and will need to assist co-counsel in preparation for closing arguments. Assistant United States Attorney Serrin Turner has informed my associate, Lindsay A. Lewis, Esq., that the government consents to this request.

      Accordingly, it is respectfully requested that the Court grant an extension until May 23, 2014, for the filing of Mr. Ulbricht's Reply to the Government's Response to the Defendant's Pre-Trial Motions challenging the face of the Indictment. This adjustment in the briefing schedule will not impact the next pre-trial conference in this case, which is currently scheduled

<table>
<tr><td>LAW OFFICES OF<br>**JOSHUA L. DRATEL, P.C.**</td><td>Hon. Katherine B. Forrest<br>United States District Judge<br>Southern District of New York<br>May 9, 2014<br>Page 2 of 2</td></tr>
</table>

for June 2, 2014, at 2 p.m., and at which time the motions will be fully briefed. As noted, the government consents to this application.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc:   Serrin Turner
      Assistant United States Attorney

*Ordered*
Application granted,
K. B. Forrest
USDJ
5/9/14