UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

)
UNITED STATES OF AMERICA )
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) **14 Cr. 68 (KBF)**
RUSS WILLIAM ULBRICHT, )
)
Defendant. )

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this

case in addition to AUSA Serrin Turner and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
   Southern District of New York

by:   /s/ Timothy T. Howard
       Timothy T. Howard
       Assistant United States Attorney
       (212) 637-2308

TO:   Joshua Dratel, Esq. (by ECF)