

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 30, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Ross William Ulbricht, 14 Cr. 68 (KBF)**

Dear Judge Forrest:

      At the pretrial conference held in this matter on February 7, 2014, the Court ordered the Government to advise the Court by March 31, 2014 if the Government required more time to file any superseding indictment in this matter. On February 28, 2014, the Government requested that this time for the Government to file any superseding indictment be extended by 60 days, *i.e.*, until today, May 30, 2014, which request the Court granted.

      The Government is continuing to investigate other charges against the defendant and requires additional time to pursue its investigation before determining whether to seek a superseding indictment. The Government therefore respectfully requests that the Court extend the time for the Government to file any superseding indictment by 30 additional days, i.e., until June 30, 2014. The Government does not anticipate that any further extension will be needed after June 30, 2014. The Government submits that this schedule will still afford the defense ample time to review any additional discovery and prepare for trial, which is set to begin on November 4, 2014.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 2 2014
```

I have spoken with defense counsel, who informed me that he does not oppose this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

cc: Joshua Dratel, Esq.

SO ORDERED June
this 2 day of ~~May~~ 2014

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE