```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | 14 Cr. 68 (KBF) |
| - against - | : | WAIVER OF APPEARANCE |
| ROSS ULBRICHT, | : |  |
| Defendant. | : |  |

```
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 7 2014

I, Ross Ulbricht, being duly sworn, depose and say:

1. I have spoken with my attorney, Joshua L. Dratel, Esq., and he has advised me of the nature of the June 27, 2014, Court conference scheduled in the above-captioned matter.

2. I hereby knowingly waive my right to appear in person June 27, 2014, at 2:30 p.m., before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York , in the above-captioned matter.

3. I authorize my attorneys Joshua L. Dratel, Esq., and Lindsay A. Lewis, Esq., to appear on my behalf at that conference.

Dated: 27th June 2014

_____
Ross Ulbricht

Sworn to me before this 27th day of June 2014

_____
Notary Public