UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
              -v-                       :
                                        :
ROSS WILLIAM ULBRICHT,                  :
                                        :
                   Defendant.           :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **JUN 2 7 2014**

14 Cr. 68 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On June 27, 2014, a status conference was held in the above-referenced

matter. (Mr. Ulbricht was not in attendance; he waived his right to appear in

person. That waiver has been filed electronically.) As was discussed, the Court

hereby ORDERS the following:

-   The parties shall submit a letter (jointly, if possible) that sets forth the status

    of Mr. Ulbricht's access to discovery by the **close of business** on **July 7,**

    **2014**. In particular, the letter shall set forth the number of hours Mr.

    Ulbricht requested to view the electronic discovery and the number of hours

    he actually had such access from June 28, 2014 through July 6, 2014.

-   Defendant's counsel shall notify the Court no later than the **close of**

    **business** on **July 2, 2014** if Mr. Ulbricht has not yet received access to the

    hard drives.

-   The schedule has been adjusted as follows: defendant shall file any

    dispositive motion by **July 29, 2014**; the Government's response is due by

1

**August 26, 2014**; and the reply, if any, shall be filed by **September 12, 2014**.

Separately, the Court notes that on June 26, 2014, it received a letter motion from four incarcerated individuals seeking permission to intervene in this action (the letter is included herein). Because there is no provision that allows for such intervention in criminal actions, the Court DENIES the request.[1]

SO ORDERED.

Dated:      New York, New York
            June 27, 2014

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[1] The Court notes that as a matter of policy and practice, the proceedings that occur and the submissions that are made in this matter are, generally speaking, publicly available – it is an open courtroom and a public docket.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



United States of America,
Plaintiffs

v.

Ross William Ulbricht,
Defendant

CASE NO. 14 CR 0068 (KBF)



Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Jonathan Rich, Intervenor
Edward Breivik, Intervenor

### Motion to Intervene solely for the Purpose Right to Access Judicial proceeding records

Comes now, Christopher Donnelly, Christopher Wirth, Jonathan Rich, Edward Breivik, we are independant Journalists, bloggers, and conspiracy theorists and we intervene under Rule 24(A), 24(B) - permissive Intervention. We seek Immediate Access to completed Juror Questionaires once Established, we Intervene to Attend voir dire proceedings and to unseal all redacted information in this case. There is a strong presumption in Favor of public Acess. The common law right of Access to Judicial proceedings is said to be "an essential component of our System of Justice that is instrumental in securing the integrety process."

PAGE 2

American citizens have a legitimate interest in observing and understanding how and why this investigation progressed in the way that it did. We intervene to seek access to search warrants, warrant applications, supporting affidavits, court orders and returns for all warrants requested by the Gov't relating to searches of S.W. Ld. We intervene as the public enjoys a general, common law right to inspect and copy public records, judicial documents, this promotes trustworthiness in the judicial process, we have a 1st amendment right to intervene. Press-Enterprise II 478 US. Richmond Newspaper Inc 448 U.S

Intervenor donnelly, wirth, Rich are currently incarcerated but as journalists have a right to attend this hearing therefore we seek a tele conference to attend this hearing to determine if Ross Ulbricht is recieving a fair hearing, we have newly discovered evidence to intervene with showing the Bureau of Prisons runs 8th amendment violations for cruel and unusual punishment, lack of nutrition, standing counts are unconstitutional, monitored phone calls are a invasion of piracy. Our intervention provides questions of laws and facts that are common in this Action. We will provide Exhibits, records, Phishing software, Tor programs, MIRC chats, 2600.com Defcon.org information. Intervenors Respectfully pray this court for relief.

Respectfully,

_Christopher Donnelly_ 6-15-14
Christopher Donnelly
JK5048
301 Institution DR
Bellefonte, PA 16823

_Chris Wirth_ 6/13/17
Christopher Wirth
LA 2120
301 Institution DR
Bellefonte, PA 16823

_Jonathan Rich_ 6-13-17
Jonathan Rich
KX9662
301 Institution DR
Bellefonte, PA 16823

_Edward Breivik_ 6-2-14
Edward Breivik
1586 Lawrence Rd
Lawrence, NJ 08648