<div style="text-align:center">
LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com
</div>

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

July 30, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
US.     .DNY
DOC     MENT
ELEC    RONICALLY FILED
DOC #
DATE    FILED: JUL 3 1 2014
```

    Re: *United States v. Ross Ulbricht*
       14 Cr. 68 (KBF)

Dear Judge Forrest:

   This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, respectfully requesting an additional one-day extension until Friday, August 1, 2014, for the filing of Mr. Ulbricht's Discovery Motions, which are currently due tomorrow, Thursday, July 31, 2014, as well as corresponding extensions of time for the filing of the government's Response and Mr. Ulbricht's Reply. The requested extension is necessary in light of the fact that I have been in California on another matter since Monday of this week which has made it more difficult than usual to coordinate efforts with my associate to finalize these motions. I will also be on an airplane for seven hours tomorrow, from the morning until late afternoon, and thus any flight delays, as well as any periods of time when I am unable to communicate with my office, could frustrate our efforts to file on time. Assistant United States Attorney Serrin Turner has informed my associate, Lindsay A. Lewis, Esq., that the government does not object to this request.

   Accordingly, it is respectfully requested that the Court grant a one-day extension until Friday, August 1, 2014, for the filing of Mr. Ulbricht's Discovery Motions, as well as corresponding extensions for the filing of the government's Response and Mr. Ulbricht's Reply.

<div style="display:flex; justify-content:space-between;">

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
July 30, 2014
Page 2 of 2

</div>

As noted, the government does not object to this application.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc:  Serrin Turner
     Timothy T. Howard
     Assistant United States Attorneys

Ordered

Application granted.

K. B. Forrest
USDJ

7/31/14