LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                STEVEN WRIGHT
—                                                                                            *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

August 4, 2014

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Ross Ulbricht*
                  14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, setting forth the position of the parties with respect to whether a juror questionnaire should be utilized for the purposes of jury selection at Mr. Ulbricht's upcoming trial.  It is Mr. Ulbricht's position that a juror questionnaire is necessary in this case. My associate, Lindsay A. Lewis, Esq., has spoken with Assistant United States Attorney Serrin Turner and he has informed her that the government would oppose Mr. Ulbricht's request for a juror questionnaire.  Accordingly, it is respectfully requested that the Court grant Mr. Ulbricht three weeks, until August 22, 2014, to submit a proposed questionnaire and letter motion, providing Mr. Ulbricht's rationale for his request for a juror questionnaire, to the Court.

                                                    Respectfully submitted,

                                                    Joshua L. Dratel

JLD/lal
cc:     Serrin Turner & Timothy T. Howard, Assistant United States Attorneys