USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :

UNITED STATES OF AMERICA           :
                                           :

                 -v-               :                14 Cr. 68 (KBF)
                                           :

ROSS WILLIAM ULBRICHT,          :              <u>ORDER</u>
                                           :

                      Defendant.      :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

        The Court has received defendant's application for an extension of time to

subject a proposed juror questionnaire and accompanying letter motion.  Without

taking a position on the ultimately utility, if any, of a juror questionnaire in this

action, the Court hereby GRANTS defendant's request.  The Government is

ORDERED to respond to any submission by defendant not later than **September 5,**

**2014** at **8:30 a.m.**


        SO ORDERED.

Dated:        New York, New York
                 August <u> 5 </u>, 2014


                                    _____
                                     KATHERINE B. FORREST
                                   United States District Judge