UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                :
UNITED STATES OF AMERICA,        :         14 Cr. 68 (KBF)
                                                :         <u>Electronically Filed</u>
       – *against* –                       :
                                                :         NOTICE OF APPEARANCE
ROSS ULBRICHT                          :         AND REQUEST FOR
                                                :         ELECTRONIC NOTIFICATION
              Defendant.                :
--------------------------------------------------------x

     Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of ROSS ULBRICHT and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  New York, New York
            August 8, 2014

                                             Respectfully submitted,

                                             /s/Lindsay A. Lewis
                                             Lindsay A. Lewis
                                             JOSHUA L. DRATEL, P.C.
                                             29 Broadway, Suite 1412
                                             New York, New York 10006
                                             (212) 732-0707
                                             llewis@joshuadratel.com

                                             *Attorney for Defendant Ross Ulbricht*