Juror ID: _____

YOUR FULL NAME: _____

(PLEASE PRINT LEGIBLY USING DARK INK)

**United States v. Ross Ulbricht**

**JUROR QUESTIONNAIRE**

**PRELIMINARY INSTRUCTIONS:**

Please print your name and juror number in the space provided at the top of each page. Please answer each question by placing an "X" next to your response or by providing the information requested. Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.** This questionnaire is designed to help simplify and shorten the jury selection process. The purpose of this questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

**ALL INFORMATION CONTAINED IN THIS QUESTIONNAIRE WILL BE KEPT CONFIDENTIAL AND UNDER SEAL.**

Please answer all questions to the best of your ability. If you do not know the answer to a question then write, "I don't know." There are no "right" or "wrong" answers, only truthful answers. Do not discuss the case or your answers with anyone. It is important that the answers be yours alone. Remember, you are sworn to give true and complete answers to all questions.

**THE COURT INSTRUCTS YOU NOT TO DISCUSS THE QUESTIONS AND ANSWERS WITH FELLOW JURORS. IT IS VERY IMPORTANT THAT YOUR ANSWERS BE YOUR OWN INDIVIDUAL ANSWERS.** Furthermore, the Court instructs you not to discuss anything about this case with anyone: not the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else.

**Juror ID:** _____

## SUMMARY OF THE CASE

*[We propose that the government draft the summary of its case. Then, the defense can fill in its responsive portion.]*

## HARDSHIP

Jury selection will begin Monday, November 3, 2014. The trial will commence immediately thereafter. Generally, trial will be in session *[insert days per week and hours per day]*. The trial is expected to last about four weeks.

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts. There are no plans to sequester the jury, which means you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties a citizen owes to the United States. Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror. You must show extraordinary personal or financial hardship to be excused from service.

### PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Do you have any <u>unusual</u> financial or other hardship which would prevent you from serving as a juror in this case?

    ____ Yes ____ No (Even if you answered "yes", you must still answer the entire questionnaire.)

    If yes, please explain briefly the nature of the hardship: _____

2. Do you have any difficulty speaking, reading or understanding English? ___ Yes ___ No

    If yes, please explain: _____

3. Do you have any medical conditions that would prevent you from serving in this case?

    If yes, please explain: _____

**Whether or not you are claiming a hardship, you must complete the rest of this questionnaire.**

**Juror ID:** _____

## BACKGROUND

4. Are you: _____ Female _____ Male

5. How old are you? _____

6. What is your place of birth? (If outside the U.S., please tell us the city and country.)_____

7. In what city/ town do you live? _____

8. How long have you lived at your present address? _____

9. In what other cities/towns have you lived in the last 10 years? _____
_____

10. Have you ever lived outside of the U.S.? _____ Yes _____ No

   If yes, please describe:
_____

11. Are you:

   Married for ____ years
   Single never been married ____
   Divorced ____
   Separated ____
   Widowed ____
   Living with someone ____

## EDUCATION

12. What is the highest grade that you have completed in school? Please check all appropriate answers:

Elementary/High School Grades: ___ 1-7 ___ 8 ___ 9 ___ 10 ___ 11 ___ 12
College: ___ 1 yr. ___ 2 yrs. ___ 3 yrs. ___ 4 yrs.

   Please specify your college major(s):_____

**Juror ID:** _____

13. If you attended Graduate or Professional School, please specify the area of study and what degree you received, if any:

_____

## EMPLOYMENT/ VOCATIONAL TRAINING

14. If you are currently employed, please tell us about your job:

    Do you work more than one job? _____
    What is your job description? _____
    How long have you worked at your job? _____
    If you have held your job for less than 10 years, what did you do previously? _____

15. If your spouse or domestic partner is employed outside the home, please tell us about his or her job:

    What is his or her job description? _____
    How long has he or she worked at this job? _____
    If he or she has worked at this job for less than 10 years, what did he or she do previously? _____

16. If you are retired:

    How long did you work at that job? _____
    What was your title or job description? _____
    What other jobs or occupations did you have during your working years? _____

_____

17. If your spouse is retired:

    How long did he or she work at that job? _____
    What was his or her title or job description? _____

18. If you are not employed outside the home, are you:

    ___ A student? Where do you attend school? _____
        How many days a week do you attend? _____

    ___ A homemaker?

**Juror ID:** _____

___ Between jobs? What is your usual employment? _____

___ Disabled? What is the nature of the disability that prevents you from working? _____

How long has it been since you were last employed outside the home? _____

19. Have you, a family member or close friend ever worked in the computer or information technology industries, as a programmer, or for any tech company?  ____ Yes ____ No

   If yes, please describe:
   _____
   _____

## CONTACT AND EXPERIENCE WITH LEGAL SYSTEM

20. Have you ever served as a juror? ____ Yes  ____ No

   If yes, please complete as appropriate:

   a.  Civil Cases

       Number of times: _____

       Number of:   _____ Federal cases     _____ State cases

       For each: Was the jury asked to reach a verdict? (Continue your answer in the space to the right as necessary.)

       ____ Yes    ____ No

       For each: If so, did the jury reach a verdict? (Continue your answer in the space to the right as necessary.)

       ____ Yes    ____ No

   b.  Criminal Cases

       Number of times: _____

**Juror ID:** _____

Number of: _____ Federal cases    _____ State cases

For each: Was the jury asked to reach a verdict? (Continue your answer in the space to the right as necessary.)

\_\_\_\_ Yes    \_\_\_\_ No

For each: If so, did the jury reach a verdict? (Continue your answer in the space to the right as necessary.)

\_\_\_\_ Yes    \_\_\_\_ No

   c.   <u>Grand Jury</u>

Number of times: _____

Number of: _____ Federal cases    _____ State cases

21. If you have previously served as a juror, was there anything about your jury experience that would make you unable to be a fair and impartial in this case?

\_\_\_\_ Yes    \_\_\_\_ No

22. Have you ever appeared or testified as a witness in any investigation of legal proceeding?

\_\_\_\_ Yes    \_\_\_\_ No

If yes, state the type of proceeding and your role: _____

_____

23. Have you or anyone close to you, including a family member, friend or acquaintance, ever been a victim of a crime? \_\_\_ Yes \_\_\_\_ No

If yes, please provide (1) the date of the crime, (2) whether it was you or someone close to you, and (3) the nature of the crime: _____

_____

_____

**Juror ID:** _____

24. If you or someone close to you has been a victim of a crime, is there anything about that experience that makes you believe you would not be able to be fair and impartial in this case?

    ____ Yes     ____ No

25. Have you or anyone close to you, including a family member, friend or acquaintance ever worked for any private, local, state or federal law enforcement agency?

    If yes, please identify who, the employer agency, and the position and length of employment: _____
_____
_____

## KNOWLEDGE & OPINIONS OF CASE AND PARTIES

26. Have you seen, heard or read anything about Ross Ulbricht?

    ____ Yes     ____ No

    If yes, what? _____
_____
_____

27. Have you seen, heard or read anything about the Silk Road website?

    ____ Yes     ____ No

    If yes, what? _____
_____
_____

28. Have you seen, heard or read anything about Dread Pirate Roberts or "DPR," <u>other than</u> specifically and only in relation to the movie or the book, "The Princess Bride"?

    ____ Yes     ____ No

    If yes, what? _____
_____
_____

**Juror ID:** _____

29. This case involves allegations, but it is not among the formal charges in this case, that the defendant engaged in "murder for hire." He has denied those allegations. Every defendant is presumed innocent. Do you believe that you would be able to be fair and impartial in a case involving such allegations?

\_\_\_\_ Yes     \_\_\_\_ No

30. This case involves charges that the defendant, among other charges, violated the narcotics laws of the United States. He has denied those allegations. Every defendant is presumed innocent. Do you believe that you would be able to be fair and impartial in a case involving such charges?

\_\_\_\_ Yes     \_\_\_\_ No

31. Please check to indicate whether you have heard anything about this case, the charges, or the defendant in this case from any of the following sources (check as many as apply):

\_\_\_\_ Television \_\_\_\_ Radio \_\_\_\_ Newspaper \_\_\_\_ Internet/ Online
\_\_\_\_ News magazines \_\_\_\_ Conversations with family members
\_\_\_\_ Conversations with co-workers, friends or neighbors
\_\_\_\_ Overheard conversations in the community

If yes, what? _____
_____
_____

32. Have you drawn any conclusions or opinions about this case based on what you have seen, heard or read that you think would impact your ability to be a fair and impartial juror in this case?

\_\_\_\_ Yes     \_\_\_\_ No

If yes, please explain:_____
_____

## **INTERNET AND COMPUTER HABITS**

33. How often do you use a computer? \_\_\_\_Never \_\_\_\_ Rarely \_\_\_\_ Monthly \_\_\_\_ Weekly
\_\_\_\_ Daily \_\_\_\_\_ Hourly \_\_\_\_ Constantly

**Juror ID:** _____

\_\_\_\_ Only on weekdays

34. Do you use a computer for \_\_\_\_ personal use \_\_\_\_ business (check all that apply)

   If you use a computer for business purposes, does your business have website?

   \_\_\_\_ Yes        \_\_\_\_ No

35. How often do you use the Internet?  \_\_\_\_ Never  \_\_\_\_ Rarely  \_\_\_\_ Monthly  \_\_\_\_ Weekly
   \_\_\_\_ Daily  \_\_\_\_ Hourly  \_\_\_\_ Constantly
   \_\_\_\_ Only on weekdays

36. Do you use the Internet for \_\_\_\_ personal use \_\_\_\_ business (check all that apply)

   If you use the Internet for business purposes, have you ever advertised on the Internet?

   \_\_\_\_ Yes        \_\_\_\_ No

37. Which of the following activities do you use the Internet and/or a computer for? (Check all that apply)

   \_\_\_\_ Reading news     \_\_\_\_ Reading books     \_\_\_\_ Reading magazines
   \_\_\_\_ Streaming movies/ videos/ content
   \_\_\_\_ Shopping   \_\_\_\_ Banking   \_\_\_\_ Email   \_\_\_\_ Social Media

38. For which of the following is the Internet your primary source?

   \_\_\_\_ Reading news     \_\_\_\_ Reading books     \_\_\_\_ Reading magazines
   \_\_\_\_ Watching movies/ videos   \_\_\_\_ Shopping
   \_\_\_\_ Banking   \_\_\_\_ Correspondence   \_\_\_\_ Socializing

39. Have you ever purchased anything on the internet?

   \_\_\_\_ Yes        \_\_\_\_ No

   If yes, please describe the nature of the item(s) you purchased and the website(s) you used:

   _____
   _____
   _____

**Juror ID:** _____

40. Have you ever sold anything on the Internet?

   \_\_\_\_ Yes   \_\_\_\_ No

   If yes, please describe the nature of the item(s) you sold and the website(s) you used:
   _____
   _____

41. Have you formed any opinions based on your experiences with computers and the Internet that you think would impact your ability to be a fair and impartial juror in this case?

   \_\_\_\_ Yes   \_\_\_\_ No

   If yes, please explain: _____
   _____

## BITCOIN

42. Have you ever seen, heard or read anything about Bitcoin? \_\_\_\_ Yes \_\_\_\_ No

   If yes, what? _____
   _____

43. Have you ever had any personal experience with Bitcoin? \_\_\_\_ Yes \_\_\_\_ No

   If yes, please describe: _____
   _____

## TRAVEL

44. Have you ever traveled outside the United States?

   \_\_\_\_ Yes   \_\_\_\_ No

   If yes, please list to where you traveled, and for what purpose you took the trip:
   _____
   _____

**Juror ID:** _____

45. Have you formed any opinions based on your experiences with Bitcoin that you think would impact your ability to be a fair and impartial juror in this case?

      ____ Yes      ____ No

      If yes, please explain: _____

      _____

      _____

## IDENTITY THEFT

46. Have you ever been the victim of identity theft?

      ____ Yes      ____ No

      If yes, please describe: _____

      _____

      _____

## FINAL QUESTIONS

47. This questionnaire has tried to invite your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from anything you have disclosed above, is there any fact, circumstance, opinion, impression, attitude of mind, personal or other experience, or identification or membership with any group or organization that you believe would prevent you, if you are accepted as a juror in the trial of this case, from listening to the evidence with an open mind and deciding every issue fairly and impartially, solely upon the evidence and in accordance with the Court's instructions as to the law?

      ____ Yes      ____ No

      If yes, please explain: _____

      _____

      _____

      _____