

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 29, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 29, 2014
```

**Re:**   *United States v. Ross William Ulbricht*, **14 Cr. 68 (KBF)**

Dear Judge Forrest:

On August 1, 2014, the defendant filed a 90-page suppression motion. The Government's opposition is presently due today, August 29, 2014. Due to pre-planned travel, as well as the sheer length of the defendant's motion, counsel for the Government have not had sufficient time to prepare the Government's opposition papers. Accordingly, the Government respectfully requests that the briefing schedule for the motion to dismiss be extended by one week, as follows:

| | |
|---|---|
| Government's opposition due: | September 5, 2014 |
| Defendant's reply due: | September 23, 2014 |

This is the Government's first request for an extension of its briefing deadline. I have spoken with defense counsel, who consents to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

cc:   Joshua Dratel, Esq.

ORDERED:
Request granted.

_____   08/29/2014
United States District Judge