```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                    -v-                                      :     14 Cr. 68 (KBF)
                                                             :
ROSS WILLIAM ULBRICHT,                                       :     ORDER
                                                             :
                          Defendant.                         :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

On September 5, 2014, a status conference was held in the above-referenced matter. As set forth at that conference, the following schedule will govern the remainder of this action:

1. The Government shall submit a response to defendant's submission regarding a proposed juror questionnaire not later than **Tuesday, September 9, 2014**.

2. Defendant shall submit a reply regarding its pending motion to suppress not later than **Tuesday, September 23, 2014**.

3. Any motion by defendant regarding additional counts in the Superseding Indictment shall be made by letter not later than **Friday, September 26, 2014**. The Government shall respond as soon as practicable, but not later than **Tuesday, September 30, 2014**.

4. A status conference in this matter is set for **Friday October 17, 2014** at **11:00am**.

5. The government shall provide a proposed exhibit list to defendant not later than **Tuesday, October 21, 2014**.

6. Defendant shall provide a proposed exhibit list to the Government not later than **Friday, October 24, 2014**, indicating any objections to the Government's exhibits.

7. Parties shall submit final pretrial materials by **Friday, October 31, 2014**. Those materials include (a) trial witness lists; (b) joint proposed voir dire; (c) joint proposed requests to charge, and verdict form; (d) exhibit lists; (e) objections to proposed exhibits; and (f) a list of stipulations.

8. The final pretrial conference is now scheduled to occur on **Wednesday November 5, 2014** at **2:00pm**. The parties shall set aside three hours.

9. The trial is now scheduled to commence **Monday, November 10, 2014**.

SO ORDERED.

Dated:  New York, New York
        September 8, 2014

_____
KATHERINE B. FORREST
United States District Judge