```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 16 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :
          -v-                     :        14 Cr. 68 (KBF)
                                  :
ROSS WILLIAM ULBRICHT,            :        ORDER
                                  :
                  Defendant.      :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

In accordance with the Court's Order on September 15, 2014 granting the use of a juror questionnaire (ECF No. 61), defendant shall provide by **Friday, September 19, 2014** one Excel spreadsheet (using a template similar to that employed in United States v. Mostafa) with columns corresponding to those questions the Court has indicated it is considering including. The Court plans to finalize the juror questionnaire by Friday, September 26, 2014.

The process shall be as follows:

1. Potential jurors will be given the questionnaire on **Wednesday, November 5, 2014.**

2. It is anticipated that the parties will have access to the questionnaires by 1:00 p.m. on that day.

3. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel spreadsheet properly reflects the questionnaire responses.

4. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later than **Thursday, November 6, 2014 at 7:00p.m.** (The Court must call prospective jurors who do not need to appear.)

5. The Court shall review all agreed cause-strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors.

6. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary.

SO ORDERED.

Dated:   New York, New York
         September 16, 2014

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge

Juror ID: _____


YOUR FULL NAME: _____

(PLEASE PRINT LEGIBLY USING DARK INK)


**United States v. Ross Ulbricht**


**JUROR QUESTIONNAIRE**


**PRELIMINARY INSTRUCTIONS:**

Please print your name and juror number in the space provided at the top of each page. Please answer each question by placing an "X" next to your response or by providing the information requested. Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.** This questionnaire is designed to help simplify and shorten the jury selection process. The purpose of this questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

**ALL INFORMATION CONTAINED IN THIS QUESTIONNAIRE WILL BE KEPT CONFIDENTIAL AND UNDER SEAL.**

Please answer all questions to the best of your ability. If you do not know the answer to a question then write, "I don't know." There are no "right" or "wrong" answers, only truthful answers. Do not discuss the case or your answers with anyone. It is important that the answers be yours alone. Remember, you are sworn to give true and complete answers to all questions.

**THE COURT INSTRUCTS YOU NOT TO DISCUSS THE QUESTIONS AND ANSWERS WITH FELLOW JURORS. IT IS VERY IMPORTANT THAT YOUR ANSWERS BE YOUR OWN INDIVIDUAL ANSWERS.** Furthermore, the Court instructs you not to discuss anything about this case with anyone: not the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else.

**Juror ID:** _____

## SUMMARY OF THE CASE

*[We propose that the government draft the summary of its case.  Then, the defense can fill in its responsive portion.]*

## HARDSHIP

Jury selection will begin Monday, November 10, 2014.  The trial will commence immediately thereafter.  Generally, trial will be in session four days per week, Monday through Thursday, from 9:30 a.m. until 5:00 p.m. The trial is expected to last about four weeks.

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts. There are no plans to sequester the jury, which means you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties a citizen owes to the United States. Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror. You must show extraordinary personal or financial hardship to be excused from service.

### PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Do you have any <u>unusual</u> financial or other hardship which would prevent you from serving as a juror in this case?

    \_\_\_\_ Yes \_\_\_\_ No   (Even if you answered "yes", you must still answer the entire questionnaire.)

    If yes, please explain briefly the nature of the hardship: _____

2. Do you have any difficulty speaking, reading or understanding English? \_\_\_ Yes \_\_\_ No

    If yes, please explain: _____

3. Do you have any medical conditions that would prevent you from serving in this case?

    If yes, please explain: _____

**Whether or not you are claiming a hardship, you
must complete the rest of this questionnaire.**

Juror ID: _____

## BACKGROUND

4. Are you:_____ Female _____ Male

5. How old are you? _____

6. What is your place of birth? (If outside the U.S., please tell us the city and country.)_____

7. In what city/ town do you live? _____

8. How long have you lived at your present address? _____

9. In what other cities/towns have you lived in the last 10 years? _____
_____

10. Have you ever lived outside of the U.S.?    \_\_\_\_ Yes \_\_\_\_ No

    If yes, please describe:

_____

11. Are you:

    Married for \_\_\_\_ years
    Single never been married \_\_\_
    Divorced \_\_\_
    Separated \_\_\_
    Widowed \_\_\_
    Living with someone \_\_\_\_

## EDUCATION

12. What is the highest grade that you have completed in school? Please check all appropriate answers:

Elementary/High School Grades: \_\_\_ 1-7 \_\_\_ 8 \_\_\_ 9 \_\_\_ 10 \_\_\_ 11 \_\_\_ 12
College: \_\_\_ 1 yr. \_\_\_ 2 yrs. \_\_\_ 3 yrs. \_\_\_ 4 yrs.

    Please specify your college major(s):_____

Page 3

United States v. Ross Ulbricht

**Juror ID:** _____

13. If you attended Graduate or Professional School, please specify the area of study and what degree you received, if any:
_____

## EMPLOYMENT/ VOCATIONAL TRAINING

14. If you are currently employed, please tell us about your job:

    Do you work more than one job? _____
    What is your job description? _____
    How long have you worked at your job? _____
    If you have held your job for less than 10 years, what did you do previously? _____
_____

15. If your spouse or domestic partner is employed outside the home, please tell us about his or her job:

    What is his or her job description? _____
    How long has he or she worked at this job?_____
    If he or she has worked at this job for less than 10 years, what did he or she do previously?_____

16. If you are retired:

    How long did you work at that job? _____
    What was your title or job description? _____
    What other jobs or occupations did you have during your working years? _____
_____
_____

17. If your spouse is retired:

    How long did he or she work at that job?_____
    What was his or her title or job description? _____

18. If you are not employed outside the home, are you:

    ___ A student? Where do you attend school? _____
        How many days a week do you attend?_____

Page 4

                          United States v. Ross Ulbricht

**Juror ID:** _____

\_\_\_ A homemaker?
\_\_\_ Between jobs?   What is your usual employment?_____

\_\_\_ Disabled? What is the nature of the disability that prevents you from working?

_____

How long has it been since you were last employed outside the home? _____

19.  Have you, a family member or close friend ever worked in the computer or information technology industries, as a programmer, or for any tech company?   \_\_\_\_ Yes \_\_\_\_ No

If yes, please describe:

_____
_____

## **CONTACT AND EXPERIENCE WITH LEGAL SYSTEM**

20.  Have you ever served as a juror? \_\_\_ Yes       \_\_\_ No

    If yes, please complete as appropriate:

    a.    <u>Civil Cases</u>

        Number of times: _____

        Number of:   _____ Federal cases       _____ State cases

        For each: Was the jury asked to reach a verdict?   (Continue your answer in the space to the right as necessary.)

        \_\_\_\_ Yes       \_\_\_\_ No

        For each: If so, did the jury reach a verdict?   (Continue your answer in the space to the right as necessary.)

        \_\_\_\_ Yes       \_\_\_\_ No

Page 5

<u>United States v. Ross Ulbricht</u>

**Juror ID:** _____

    b.    <u>Criminal Cases</u>

        Number of times: _____

        Number of: _____ Federal cases     _____ State cases

        For each: Was the jury asked to reach a verdict? (Continue your answer in the space to the right as necessary.)

        \_\_\_\_ Yes     \_\_\_\_ No

        For each: If so, did the jury reach a verdict? (Continue your answer in the space to the right as necessary.)

        \_\_\_\_ Yes     \_\_\_\_ No

    c.    <u>Grand Jury</u>

        Number of times: _____

        Number of: _____ Federal cases     _____ State cases

21. If you have previously served as a juror, was there anything about your jury experience that would make you unable to be a fair and impartial in this case?

    \_\_\_\_ Yes     \_\_\_\_ No

22. Have you ever appeared or testified as a witness in any investigation of legal proceeding?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, state the type of proceeding and your role: _____

_____

23. Have you or anyone close to you, including a family member, friend or acquaintance, ever been a victim of a crime? \_\_\_ Yes \_\_\_\_ No

    If yes, please provide (1) the date of the crime, (2) whether it was you or someone close to you, and (3) the nature of the crime:_____

_____

_____

**Juror ID:** _____

24. If you or someone close to you has been a victim of a crime, is there anything about that experience that makes you believe you would not be able to be fair and impartial in this case?

\_\_\_\_ Yes     \_\_\_\_ No

25. Have you or anyone close to you, including a family member, friend or acquaintance ever worked for any private, local, state or federal law enforcement agency?

\_\_\_\_ Yes     \_\_\_\_ No

If yes, please identify who, the employer agency, and the position and length of employment: _____

## KNOWLEDGE & OPINIONS OF CASE AND PARTIES

26. Have you seen, heard or read anything about Ross Ulbricht?

\_\_\_\_ Yes     \_\_\_\_ No

If yes, what? _____

27. Have you seen, heard or read anything about the Silk Road website?

\_\_\_\_ Yes     \_\_\_\_ No

If yes, what? _____

28. Have you seen, heard or read anything about Dread Pirate Roberts or "DPR," <u>other than</u> specifically and only in relation to the movie or the book, "The Princess Bride"?

\_\_\_\_ Yes     \_\_\_\_ No

If yes, what? _____

**Juror ID:** _____

29. Have you heard or read anything about this case?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, what? _____
    _____
    _____

30. Have you drawn any conclusions or opinions about this case based on what you have seen, heard or read that you think would impact your ability to be a fair and impartial juror in this case?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, please explain:_____
    _____
    _____

### INTERNET AND COMPUTER HABITS

31. How often do you use a computer?   \_\_\_\_Never   \_\_\_\_ Rarely  \_\_\_\_ Monthly  \_\_\_\_\_ Weekly
    \_\_\_\_ Daily   _____ Hourly  _____ Constantly
    \_\_\_\_ Only on weekdays

32. Do you use a computer for \_\_\_\_ personal use \_\_\_ business (check all that apply)

    If you use a computer for business purposes, does your business have website?

    \_\_\_\_ Yes     \_\_\_\_ No

33. How often do you use the Internet? \_\_\_\_Never   \_\_\_\_ Rarely  \_\_\_\_ Monthly  \_\_\_\_\_ Weekly
    \_\_\_\_ Daily   _____ Hourly  _____ Constantly
    \_\_\_\_ Only on weekdays

34. Do you use the Internet for \_\_\_\_ personal use \_\_\_ business (check all that apply)

    If you use the Internet for business purposes, have you ever advertised on the Internet?

    \_\_\_\_ Yes     \_\_\_\_ No

35. Which of the following activities do you use the Internet and/or a computer for?  (Check all that apply)

Page 8

United States v. Ross Ulbricht

**Juror ID:** _____

___ Reading news    ___ Reading books    ___ Reading magazines
___ Streaming movies/ videos/ content
___ Shopping    ___ Banking    ___ Email    ___ Social Media

36. For which of the following is the Internet your primary source?

   ___ Reading news    ___ Reading books    ___ Reading magazines
   ___ Watching movies/ videos    ___ Shopping
   ___ Banking    ___ Correspondence    ___ Socializing

37. Have you ever purchased anything on the internet?

   ___ Yes    ___ No

   If yes, please describe the nature of the item(s) you purchased and the website(s) you used:
   _____
   _____
   _____

38. Have you formed any opinions based on your experiences with computers and the Internet that you think would impact your ability to be a fair and impartial juror in this case?

   ___ Yes    ___ No

   If yes, please explain:_____
   _____
   _____

## BITCOIN

39. Have you ever seen, heard or read anything about Bitcoin?    ___ Yes    ___ No

   If yes, what? _____
   _____
   _____

40. Have you ever had any personal experience with Bitcoin?   ___ Yes    ___ No

   If yes, please describe: _____
   _____
   _____

Page 9
                                                       United States v. Ross Ulbricht

**Juror ID:** _____

41. Have you formed any opinions based on your experiences with Bitcoin that you think would impact your ability to be a fair and impartial juror in this case?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, please explain: _____

_____

## IDENTITY THEFT

42. Have you ever been the victim of identity theft?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, please describe: _____

_____

## FINAL QUESTIONS

43. This questionnaire has tried to invite your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from anything you have disclosed above, is there any fact, circumstance, opinion, impression, attitude of mind, personal or other experience, or identification or membership with any group or organization <u>that you believe would prevent you</u>, if you are accepted as a juror in the trial of this case, from listening to the evidence with an open mind and deciding every issue fairly and impartially, solely upon the evidence and in accordance with the Court's instructions as to the law?

    \_\_\_\_ Yes     \_\_\_\_ No

    If yes, please explain: _____

_____

_____

_____