```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA :

          -v- :    14 Cr. 68 (KBF)

ROSS WILLIAM ULBRICHT, :    ORDER

          Defendant. :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

     Defendant has submitted a declaration from Joshua Horowitz in support of his motion and request for an evidentiary hearing.

     If the Government has any response to the factual statements (and/or relevance of the factual statements) asserted therein, it should file such response by C.O.B., October 6, 2014 (if possible).

     SO ORDERED.

Dated:    New York, New York
          October 3, 2014

                                        KATHERINE B. FORREST
                                        United States District Judge