```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA            :

             -v-                                    :           14 Cr. 68 (KBF)

ROSS WILLIAM ULBRICHT,              :           ORDER

                    Defendant.      :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Defendant has submitted a motion dismissing Counts One through Four of the Superseding Indictment and a motion directing the Government to produce the requested Bill of Particulars. The Government shall respond to these motions not later than **Tuesday, October 7, 2014**.

SO ORDERED.

Dated:    New York, New York
             October 3, 2014

                                                      _____
                                                           KATHERINE B. FORREST
                                                      United States District Judge