

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 8, 2014

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

      Please find attached a proposed summary of the case to be used in connection with *voir dire* at trial.

                                      Respectfully,

                                      PREET BHARARA
                                      United States Attorney

                      By:   _____
                                      SERRIN TURNER
                                      TIMOTHY HOWARD
                                      Assistant United States Attorneys
                                      Southern District of New York

cc:     Joshua Dratel, Esq.