

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 17, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED **NOV 1 8 2014**

Re: *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

The deadline for the Government's disclosure of trial exhibits is currently set for December 1, 2014 – the Monday immediately following the Thanksgiving holiday. The Government writes respectfully to seek a brief extension of this deadline in order to ensure that Government counsel and support staff have sufficient time to ready the Government's exhibits for disclosure upon return from Thanksgiving-related travel. Accordingly, the Government respectfully requests that the deadline for the Government's disclosure of trial exhibits be extended by two days to December 3, 2014, and that the deadline for defense exhibits be correspondingly extended by two days to December 9, 2014. The Government has consulted with defense counsel, who consents to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: /s/ Serrin Turner

SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

cc: Joshua Dratel, Esq.

Ordered
Application granted.

11/18/14    K. B. Forrest
            USDJ