

United States v, Ulbricht, 14 Cr. 68 (KBF) -- Letter to the Court
Lindsay Lewis
to:
Forrestnysdchambers, Joseph_Pecorino
12/10/2014 07:45 PM
Cc:
serrin.turner, "Howard, Timothy (USANYS) 1", Joshua Dratel, joshua.horowitz
Hide Details
From: Lindsay Lewis <LLewis@joshuadratel.com>

To: Forrestnysdchambers@nysd.uscourts.gov, Joseph_Pecorino@nysd.uscourts.gov

Cc: serrin.turner@usdoj.gov, "Howard, Timothy (USANYS) 1" <Timothy.Howard@usdoj.gov>, Joshua Dratel <JDratel@joshuadratel.com>, joshua.horowitz@techlawny.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 1 2014
```

**Ordered**

All letters + filings with the Court must be filed via ECF unless there is some truly important reason not to. If something cannot be filed publicly, then it must be filed in redacted form simultaneously on w/in the same business day.

K. B. Forrest
USDJ
12/11/14

1 Attachment

Forrest29.pdf

Attached please find a letter to the Court in opposition to the government's December 9, 2014, letter requesting leave from the Court to redact the names of the cooperating witnesses from the list of government witnesses.

Respectfully Submitted,

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com

**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                              STEVEN WRIGHT
                                                                                                         *Office Manager*

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

December 10, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                         Re:     *United States v. Ross Ulbricht*
                                       14 Cr. 68 (KBF)

Dear Judge Forrest:

       At the Court's request, this letter is submitted on behalf of defendant Ross Ulbricht in opposition to the government's December 9, 2014, letter, requesting leave to redact the names of cooperating witnesses from the list of government witnesses, to be provided to the defense today, Wednesday, December 10, 2014. For the reasons detailed below, the Court should deny the government's request because it would impede Mr. Ulbricht's Sixth Amendment right to prepare his defense, and violates his right to Due Process:

(1)      under the current schedule, the defense will not learn the names of the cooperating witnesses (and thus any useful information about them) until virtually the eve of trial, Friday, January 2, 2014, when the government must produce 3500 material regarding cooperating witnesses. Under those conditions, it would be impossible for defense counsel to investigate properly and prepare for these witnesses given the time commitment and obligations attendant to conducting the trial itself;

      Thus, the government's assertion in its letter that "disclosure on that date [January 2, 2014,] will provide, at a minimum, ten days notice regarding [the cooperating witnesses'] identities prior to their testimony at trial" becomes meaningless, given the primary obligation Mr. Ulbricht and defense counsel will

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
December 10, 2014
Page 2 of 3

      face during that time: trying the case. Indeed, it is qualitatively different to provide 3500 material as to known witnesses with ten days lead time, than it is to provide even the most basic of identifying information at that point;

(2)     the revelation of the cooperating witnesses' names just prior to trial also does not leave defense counsel any time to incorporate that information into its defenses, trial strategy, or position rearding these witnesses, as necessary, based on information obtained about these witnesses. Indeed, to the extent that the government's proposed schedule permits counsel to investigate cooperating witnesses only on the eve of trial, or after trial has already begun, Mr. Ulbricht will be at an extreme disadvantage because defense counsel will not be able to adequately address these witnesses during opening arguments, and will be locked into its position on these witnesses at the time trial commences (when it is least knowledgeable about them). Accordingly, the government's unwillingness to provide these names today along with the names of its other witnesses hinders counsel's ability to advocate adequately for Mr. Ulbricht and to defend him properly at trial; and

(3)     the government's reliance in its letter on allegations that Mr. Ulbricht "solicited murders-for-hire against individuals who threatened his interests in the Silk Road underground marketplace, including an individual who he believed to be cooperating against the government" cannot support its claim that "the requested relief is appropriate in the important interest of protecting those [cooperating] witnesses from harm and intimidation" given that, by the government's own acknowledgment, there is not any evidence that anyone was ever harmed in relation to the alleged murder for hire plots. Also, Mr. Ulbricht is in custody without email and has extremely limited access to the outside world. There is also no evidence that he has obstructed justice or, in fact, done anything at all to warrant the treatment the government proposes. Nonetheless, the defense agrees to keep the names of any cooperating witnesses disclosed confidential, except to the limited extent necessary to investigate them in preparation for trial. Already we have agreed to that condition with respect to the government's other witnesses.

      Accordingly, for the reasons set forth herein, the Court should deny the government's request for leave from the Court to redact the names of cooperating witnesses from the list of

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
December 10, 2014
Page 3 of 3

government witnesses, and should Order the government to disclose the names of cooperating witnesses in this case to the defense today, along with the names of the other witnesses.

Respectfully submitted,

Lindsay A. Lewis

LAL/

cc:  Serrin Turner
     Timothy T. Howard
     Assistant United States Attorneys