

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 12, 2014

<u>By Hand and ECF</u>
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

      Please find attached a redline version of the parties' joint proposed verdict form. Where there are any areas of disagreement, blue text indicates text favored by the defense, while blue strikethrough text indicates text favored by the Government.

      The Government will separately submit the document in its native format to the Court via email.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
    SERRIN TURNER
    TIMOTHY T. HOWARD
    Assistant United States Attorneys
    Southern District of New York

cc:    Joshua Dratel, Esq.