7UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   -v.-                                                  :          **VERDICT FORM**

ROSS ULBRICHT,                              :          S1 14 Cr. 68 (KBF)
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"                                    :
  a/k/a "Silk Road,"
                                                              :
          Defendant.
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Please answer these questions in the order given.  Do not write anything on this form except to check a response or to sign and date the form.

COUNT ONE<br>(Distribution/Aiding and Abetting the Distribution of Narcotics)

1. As to Count One, how do you find the defendant, not guilty or ~~not~~ guilty?

      NOT GUILTY    _____        ~~NOT~~ GUILTY    _____

   **[If you answered "guilty" to Question 1, proceed to Question 1A, otherwise proceed to Question 2.]**

1A. Do you find ~~id~~ the defendant not guilty or guilty of distribut~~e~~ing and~~or~~ aiding ~~-and~~or abet~~ting~~ the distribution of any of the following controlled substances in the quantities indicated?  (Check if yes.)

| | NOT GUILTY~~YES~~ | GUILTY~~NO~~ |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | ____ | ____ |
| Cocaine – amounts totaling five kilograms or more | ____ | ____ |
| LSD – amounts totaling ten grams or more | ____ | ____ |
| Methamphetamine – amounts totaling 500 grams or more | ____ | ____ |

## COUNT TWO
(Distribution/Aiding and Abetting the Distribution of Narcotics by Means of the Internet)

2. As to Count Two, how do you find the defendant, not guilty or guilty?

    NOT GUILTY  _____          GUILTY  _____

**[If you answered "guilty" to Question 2, proceed to Question 2A, otherwise proceed to Question 3.]**

2A. Do you find the defendant not guilty or guilty of distributing or aiding and abetting the distribution by means of the Internet any of the following controlled substances in the quantities indicated? (Check if yes.)

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | ____ | ____ |
| Cocaine – amounts totaling five kilograms or more | ____ | ____ |
| LSD – amounts totaling ten grams or more | ____ | ____ |
| Methamphetamine – amounts totaling 500 grams or more | ____ | ____ |

## COUNT THREE
(Conspiracy to Distribute Narcotics)

3. As to Count Three, how do you find the defendant, not guilty or guilty?

    NOT GUILTY  _____          GUILTY  _____

**[If you answered "guilty" to Question 3, proceed to Question 3A, otherwise proceed to Question 4.]**

3A. Do you find the defendant not guilty or guilty of conspiring to distribute any of the following controlled substances in the quantities indicated? (Check if yes.)

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | ____ | ____ |
| Cocaine – amounts totaling five kilograms or more | ____ | ____ |
| LSD – amounts totaling ten grams or more | ____ | ____ |

      Methamphetamine – amounts totaling 500 grams or more     \_\_\_\_    \_\_\_\_

### COUNT FOUR
(Continuing Criminal Enterprise)

4. As to Count Four, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT FIVE
(Conspiracy to Commit <s>or Aid and Abet</s> Computer Hacking)

5. As to Count Five, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT SIX
(Conspiracy to Traffic in Fraudulent Identity Documents)

6. As to Count Six, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT SEVEN
(Conspiracy to Commit Money Laundering)

7. As to Count Seven, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_