

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 12, 2014

By Hand and ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

      Please find attached a revised redline version of the parties' joint requests to charge, which includes a handful of changes to the version filed on ECF last night, and which the Court should review in lieu of that version. Again, where there are any areas of disagreement, blue text indicates text favored by the Government, while blue strikethrough text indicates text favored by the defense.

      The Government will separately submit the document in its native format to the Court via email.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
      SERRIN TURNER
      TIMOTHY T. HOWARD
      Assistant United States Attorneys
      Southern District of New York

cc:    Joshua Dratel, Esq.