USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                  :
UNITED STATES OF AMERICA    :
                  :
    -v-              :    14 Cr. 68 (KBF)
                  :
ROSS WILLIAM ULBRICHT,     :    ORDER
                  :
       Defendant.   :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

It is evident that a substantial amount of evidence at trial will involve technical terms and concepts. It is very important to the true administration of justice that the jury understand the evidence with which they are presented. Accordingly, it is hereby

ORDERED that in advance of, but to be discussed at the final pretrial conference, the parties shall confer on a list of terms likely to arise and determine whether there is any likelihood of stipulations to definitions. In prior trials involving complex matters, the Court has requested the parties to confer on definitions of terms and a handout has sometimes been provided to the jury with those terms. A witness in the ordinary course has then explained the terms. The Court has allowed the jury to retain the handout at their seats throughout the trial.

Among the types of terminology the parties will want to consider including in such a "glossary" are the following:

- Online chats
- Application(s)
- Log
- Browser
- Tor
- IP address
- Servers
- Server side
- Bitcoin, bitcoin process: ledger, bitcoin value
- PIN
- PTH
- Codebase
- Configuration files
- Controllers
- Support controllers
- Administrator, administrative/administrator privileges
- Path

- Scripting language

SO ORDERED.

Dated:     New York, New York
           December 12, 2014

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge