

**14cr68 - Temporary Seal**

Help Desk NYSD    to: Forrest NYSD Chambers            12/10/2014 04:38 PM
Sent by: Stephen Dimola

From:    Help Desk NYSD/NYSD/02/USCOURTS
To:      Forrest NYSD Chambers/NYSD/02/USCOURTS@USCOURTS
Sent by: Stephen Dimola/NYSD/02/USCOURTS

Good afternoon,

We received a phone call from attorney Joshua Dratel, in Civil Case 14cr68 (KBF), regarding the filing of document number 109. The attorney stated that the document was inadvertently filed on the CM/ECF system, and should have instead been filed under seal.

We have placed a temporary seal on document number 109, and instructed the attorney to contact Chambers and make a formal application to have the document placed permanently under seal or stricken from the record. The attorney can be reached at the law firm of Law Offices of Joshua L. Dratel, P.C., 212-732-0707.

If you have any questions or require any assistance concerning the above, please contact Attorney Services at ext. 5389

Ordered
_____

ECF No. 109 to be removed from the public docket.

KB.F
USDJ

12/17/14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 8 2014