# silkroadmarket.org
72.52.4.119  Record information last updated 18 hours ago

★ Save Domain To Dashboard

Hide

**Domain Buying Options for silkroadmarket.org**

| Premium | Available | Unavailable | Unavailable | Available | Available | Unavailable | Available |
|---|---|---|---|---|---|---|---|
| com $3587.00 ☑ Available | co $12.99 ☐ Available | net $49.95 ☐ Backorder | org $49.95 ☑ Backorder | info $11.00 ☐ Available | us $10.99 ☐ Available | biz $29.95 ☐ Backorder | mobi $10.99 ☐ Available |

🛒 Purchase Domains      Domain Suggestions    Premium Domains    Powered by name.com

Transfer any COM/NET domain name to Name.com for $8.25     ➤ Transfer Now

| Whois | Website Info | **History** | DNS Records | Diagnostics |

**Domain History Info for silkroadmarket.org**

Want this archived information removed?

● **Old Registrar Info March 12, 2011**

| Name | 1API GmbH (R1724-LROR) |
|---|---|
| Status | CLIENT TRANSFER PROHIBITED, TRANSFER PROHIBITED |

● **Important Dates**

| Expires On | February 28, 2012 |
|---|---|
| Registered On | February 28, 2011 |
| Updated On | February 28, 2011 |

● **Name Servers**

| ns1.xta.net | 118.27.1.17 |
|---|---|
| ns2.xta.net | 178.63.62.51 |

● **Registrar Info January 15, 2015**

| Name | Webagentur.at Internet Services GmbH d/b/a domainname.at (R1304-LROR) |
|---|---|
| Status | OK |

● **Important Dates**

| Expires On | May 18, 2015 |
|---|---|
| Registered On | May 18, 2012 |
| Updated On | May 18, 2014 |

● **Name Servers**

| ns1.sedoparking.com | 209.200.164.69 |
|---|---|
| ns2.sedoparking.com | 209.200.165.74 |

● **Old Raw Registrar Data March 12, 2011**

```
Registrant Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Administrative Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Technical Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Information Updated: Thu, 15 Jan 2015
19:51:01 UTC
```

● **Raw Registrar Data January 15, 2015**

```
Registrant Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Administrative Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Technical Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Information Updated: Thu, 15 Jan 2015
19:51:01 UTC
```

Advertisement


name.com Website Builder
Create the website you've always wanted.