

RE: US v Ulbricht, S1 14 Cr 68 (KBF)
Joshua Dratel
to:
Joseph_Pecorino@nysd.uscourts.gov, Turner, Serrin (USANYS)
01/19/2015 10:49 PM
Cc:
"Forrestnysdchambers@nysd.uscourts.gov", Joshua Dratel, Lindsay Lewis, "Howard, Timothy (USANYS) 1", "Joshua.horowitz@techlawny.com"
Hide Details
From: Joshua Dratel <JDratel@joshuadratel.com> Sort List...

To: "Joseph_Pecorino@nysd.uscourts.gov" <Joseph_Pecorino@nysd.uscourts.gov>, "Turner, Serrin (USANYS)" <Serrin.Turner@usdoj.gov>

Cc: "Forrestnysdchambers@nysd.uscourts.gov" <Forrestnysdchambers@nysd.uscourts.gov>, Joshua Dratel <JDratel@joshuadratel.com>, Lindsay Lewis <LLewis@joshuadratel.com>, "Howard, Timothy (USANYS) 1" <Timothy.Howard@usdoj.gov>, "Joshua.horowitz@techlawny.com" <Joshua.horowitz@techlawny.com>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 0 2015
```

JAN 2 0 2015

Dear Judge Forrest:

About twenty minutes ago, while eating dinner, I broke a tooth (and appear to have lost a fairly significant part of it). It's toward the back, so it's not visible, but it's on the same side where I developed an infection last July that put me in the hospital for three days (and required the extraction of two teeth). That is the part that does concern me some. It's not particularly painful, although it was sensitive when I irrigated it with water in case there were food particles stuck there. Obviously, I would very much like to get to the dentist as quickly as possible but of course there's the ongoing trial. I'm confident I could get in to see my dentist tomorrow morning at 9 a.m. but don't know anything beyond that. I also don't know how I will feel in the morning. If anyone (including AUSA's) sees this e-mail tonight, please let me know everyone's position on how to proceed.

Respectfully submitted,

Joshua L. Dratel
Law Offices of Joshua L. Dratel, P.C.
29 Broadway
Suite 1412
New York, New York 10006

*Ordered*

It is too late to have the jury stay home so they will be here. Go to the dentist and let us know ASAP what your schedule/status is.

K.B.F. 1/20/15
USDJ

O: 212-732-0707
F: 212-571-3792
jdratel@joshuadratel.com

**From:** Joseph_Pecorino@nysd.uscourts.gov [mailto:Joseph_Pecorino@nysd.uscourts.gov]
**Sent:** Thursday, December 18, 2014 12:46 PM
**To:** Turner, Serrin (USANYS)
**Cc:** Forrestnysdchambers@nysd.uscourts.gov; Joshua Dratel; Lindsay Lewis; Howard, Timothy (USANYS) 1
**Subject:** RE: US v Ulbricht, S1 14 Cr 68 (KBF)

Good afternoon all - Please see the attached. The original will be filed under seal.

Joe

From:     "Turner, Serrin (USANYS)" <Serrin.Turner@usdoj.gov>
To:       "Howard, Timothy (USANYS) 1" <Timothy.Howard@usdoj.gov>, "Forrestnysdchambers@nysd.uscourts.gov" <Forrestnysdchambers@nysd.uscourts.gov>
Cc:       "Joseph_Pecorino@nysd.uscourts.gov" <Joseph_Pecorino@nysd.uscourts.gov>, Lindsay Lewis <LLewis@joshuadratel.com>, Joshua Dratel <JDratel@joshuadratel.com>
Date:     12/18/2014 11:27 AM
Subject:  RE: US v Ulbricht, S1 14 Cr 68 (KBF)

Please see the attached letter responding to the defendant's letters submitted earlier this morning. The Government requests that the letter be maintained under seal. Thank you.

Serrin Turner
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007
Desk: 212-637-1946
Cell: 646-660-4815
Fax: 212-637-2429
Email: serrin.turner@usdoj.gov

[attachment "12.18.14 ltr to J Forrest re exhs & disc requests.pdf" deleted by Joseph Pecorino/NYSD/02/USCOURTS]