LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                                    STEVEN WRIGHT
                                                                                                               *Office Manager*

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

January 26, 2015

**BY ELECTRONIC MAIL**

Serrin Turner
Timothy T. Howard
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Re:     *United States v. Ross Ulbricht*
                14 Cr. 68 (KBF)

Dear Mr. Turner and Mr. Howard:

      This letter is submitted on behalf of Ross Ulbricht, providing formal notice, pursuant to Rule 16(b)(1)(C), Fed.R.Crim.P., that the defense plans to call Andreas M. Antonopoulos to provide expert opinion testimony on the following subjects:

1.        the origins of Bitcoin;

2.        the various purposes and uses of Bitcoin;

3.        the mechanics of Bitcoin transactions, including explanation of Bitcoin wallets, accounts, exchanges, and the blockchain;

4.        the ability to track transactions and participants in Bitcoin transactions;

5.        the value of Bitcoin over time since its inception, and the cause of various increases and decreases in the value of Bitcoin at certain points in time;

6.        the concepts of Bitcoin speculating and Bitcoin mining;

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Serrin Turner & Timothy T. Howard
Assistant United States Attorneys
Southern District of New York
January 26, 2015
Page 2 of 2

7. the ability to tie Bitcoins from Silk Road to Mr. Ulbricht; and

8. the dollar value of Bitcoins generated through transactions on Silk Road, at various points in time, including at the time or Mr. Ulbricht's arrest.

In addition, Mr. Antonopoulos's Curriculum Vitae is attached hereto.

Very truly yours,

Lindsay A. Lewis

LAL/
Encl.

# *CURRICULUM VITAE*
## Andreas Antonopoulos
andreas@antonopoulos.com

**EDUCATION**

1991-1994   B.Sc. (Hons.) Computer Science. University College London, London, UK. Project in distributed collaborative computing, X-Windows screen-sharing protocol.

1994-1995   M.Sc. Data Communications Networks & Distributed Systems (DCNDS). University College London, London, UK. M.Sc. Project in cross-platform distributed data exchange framework as part of the EU (HANSA ESPRIT) funded project.

**EMPLOYMENT HISTORY**

2011 – to date   RootEleven / Andreas M. Antonopoulos LLC
Founder

Consulting, advisory services in crypto-currencies for startup companies.

2003 – 2011   Nemertes Research, NY/CA
Partner, CIO, Lead Security Analyst

Developed and managed research projects, conducts strategic seminars and advised key clients as the lead analyst in Information Security, Data Center and Cloud Computing. CIO for the firm, managing a diverse cloud infrastructure supporting distributed team. Responsible for HR and legal management. Founding partner and managing director

2002-2003   ThruPoint Inc, NY
Director Security Practice

Directed a team of 70-80 network security, information security and penetration testing engineers, ensuring consistent delivery of consulting and professional services across a global delivery team. Support sales efforts as team lead and promoted standardization of deliverables. Worked on accurately predicting and accounting for work effort, profit margin and project management in sales proposals.

2001 - 2002   Greenwich Technology Partners, NY
Security Practice Lead

                         I led the North East security practice, covering NY, NJ and CT, supporting sales operations (SME), delivering security advice and services and leading projects, including architecting global secure financial transaction network for SWIFT.

| | |
|---|---|
| 2000 - 2001 | Managed Business Network, London, Great Britain, Founder / Consulting and Integration Services |
| 1997-2000 | Phaia Limited, London, UK  Managing Director / Co-Founder |
| 1997-2000 | Learning Tree International, London, UK  Instructor - Security, Networking |
| 1995-1997 | University College of London, Computer Science Department, London, UK, Research Fellow, ESPRIT-funded interactive media project.  External Lecturer  Lead Research Fellow, ``Distributed Application Generation'," EPSRC-funded project. |
| 1995-1997 | Athena Systems Design Limited, London, Great Britain, Consultant |
| 1993-1995 | Odey Asset Management, London, Great Britain  IT Manager |
| 1991-1993 | IT Consulting |
| 1990-1991 | IBM Greece  Network Support |
| 1989-1991 | Athens Greece  Programming BASIC - Private Lessons |

### TEACHING/RESEARCH

| | |
|---|---|
| 1992-1994 | University College London - Computer Lab Assistant |
| 1994-1995 | University College London - Teaching Assistant "Internet and E-Commerce" |
| 1995-1997 | University College London - Research Fellow "Distributed Systems Lab" |
| 2014-to date | University of Nicosia - Teaching Fellow "M.Sc. Digital Currencies" |

### PUBLICATIONS
Peer-Reviewed - Framework for Distributed Application Generation, SPEEDUP Volume 11, Number 1, pp.15-17, Scientific Journal, (Jun. 1, 1997)

More than 200 published articles and reports on Security, Data Centers, Cloud Computing and Cryptographic Currencies

**PATENTS**

System and Method for Securing Virtualized Networks
United States 61/720,343

System and Method for Dynamic Management of Network Device Data
United States 9479P001