```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA              :
:
:                       14 Cr. 68 (KBF)
-v-                                             :
:                       ORDER
:
ROSS WILLIAM ULBRICHT,                :
                         Defendant.    :
-------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

   The Court requires that post-trial motions be fully briefed one (1) month prior to sentencing, which is currently scheduled for May 15, 2015, at 10:00 a.m.

   The parties are directed to confer and not later than February 10, 2015, submit to the Court a schedule in which to accomplish the above. In the absence of a proposed schedule from the parties, the Court will set one.

     SO ORDERED:

Dated:   New York, New York
           February 6, 2015

                                                   _____
                                                   KATHERINE B. FORREST
                                                   United States District Judge