14-cr-68

## CHARACTER OF THE DEFENDANT

You have reputation evidence about the defendant's character trait for peacefulness and non-violence. You should consider character evidence together with and in the same way as all the other evidence in the case.

Adapted from Seventh Circuit Pattern Instruction.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2015

Ordered

Requested by Defendant.
Post to Docket.

KBF
USDJ

2/6/15