# EXHIBIT 3

# Lindsay Lewis

| | |
|---|---|
| **From:** | Turner, Serrin (USANYS) <Serrin.Turner@usdoj.gov> |
| **Sent:** | Thursday, January 08, 2015 6:20 PM |
| **To:** | Joshua Dratel; Lindsay Lewis; joshua.horowitz@techlawny.com |
| **Cc:** | Howard, Timothy (USANYS) 1; Evert, Nicholas (USANYS); Rosen, Molly (USANYS) |
| **Subject:** | summary of new/modified exhibits |

Here is our summary of the changes that have been made to the exhibits.

<u>New exhibits</u>

- 100A
- 100B
- 106(D)
- 107(D)
- 117A
- 118A-C
- 121A
- 124
- 128B-J
- 129A
- 131
- 132
- 201B, I, & J
- 213
- 214
- 242
- 290
- 291
- 301
- 304
- 311
- 316
- 500A
- 501D
- 600
- 603/603A
- 604/604A
- 700-704 are new (703 is an updated version of what was formerly 700)
- 804
- 900 series is all new except for 920A-936. However, the gist of the new exhibits is the same as the exhibits formerly in the latter half of the 200 series (which have been removed and replaced with these) – i.e., screenshots and transactional data taken from the SR server.
- 1000 series consists of google chats formerly in 300 series, except 1000 is new

<u>Other changes:</u>

- Metadata has been added to many of the exhibits in the 100 & 200 series

1

- Some of the exhibits have simply been renumbered
- The torchats in the new list (222-232D) largely overlap with (and replace) the torchats that were included in the prior exhibit list. However, the chats have been broken up into smaller excerpts (or related sets of excerpts), with each made into a separate exhibit. Additionally, some material has been deleted from the chats; and some exhibits contain new chat excerpts not included in our earlier set of exhibits.

Serrin Turner
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007
Desk: 212-637-1946
Cell: 646-660-4815
Fax: 212-637-2429
Email: serrin.turner@usdoj.gov