

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 31, 2015

<u>By ECF</u>
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Ross William Ulbricht*, **S1 14 Cr. 68 (KBF)**

Dear Judge Forrest:

      Yesterday, the Government submitted a letter requesting the unsealing of certain sealed filings in this matter (the "Sealed Filings"), which the Court so-ordered. Pursuant to the Court's order, please find the Sealed Filings attached.

      Respectfully,

      PREET BHARARA
      United States Attorney

By:  _____
      SERRIN TURNER
      TIMOTHY T. HOWARD
      Assistant United States Attorneys
      Southern District of New York

Cc:    Joshua Dratel, Esq. (by ECF)