

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 31, 2015

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht*, S1 14 Cr. 68 (KBF)

Dear Judge Forrest:

      Yesterday, at the request of the Government, the Court ordered the unsealing of certain sealed filings relating to a corruption investigation by the U.S. Attorney's Office for the Northern District of California (the "NDCA Investigation"). For the same reasons underlying its original request, the Government additionally requests that any courtroom transcripts that were previously sealed due to the existence of the NDCA Investigation now be unsealed. The defense consents to this request.

      The transcripts at issue include:

- the sealed portion of the pre-trial conference held on December 15, 2014; and
- the sealed portions of the trial transcripts, to include:
    - pages 118-19 (January 13, 2015);
    - pages 594-614 (January 20, 2015);
    - pages 1440-42 (January 28, 2015); and
    - pages 2084-97 (February 3, 2015).

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
      SERRIN TURNER
      TIMOTHY T. HOWARD
      Assistant United States Attorneys
      Southern District of New York

Cc: Joshua Dratel, Esq. (by ECF)