EXHIBIT 7

**To:**       Osborn, Phillip L[Phillip.L.Osborn@ice.dhs.gov]
**From:**     DerYeghiayan, Jared
**Sent:**     Fri 9/20/2013 10:49:44 PM
**Importance:**   Normal
**Sensitivity:**   None
**Subject:**  RE: Coordination Meeting
**Categories:**

II=01CEB63DAF9F4F6E6175712246BAB5D68DE95977C96C00044E73
9000085A0D1600005F62B800003AE0A00000691D530001B3EA1800009B188C
;SBMID=3;S1=<C7E24005AE3DA54CA27632A74B73C6DC6262EED5@D1ASE
PRIC240.irmnet.ds2.dhs.gov>;Version=Version 14.2 (Build 328.0), Stage=H1

I think that would be a good pitch but that they can't expect to take an admin or something- they all need to be prosecuted out of the same AUSA's office under a conspiracy - NY will never agree to anything else. It's not like they can give them an admin, that makes no sense from a prosecutorial standpoint.

Baltimore can have a few vendors of our choosing- as well as the ability to say they "helped" ID some of the admins by "allowing" NY to use OUR UC account to identify some of the lower admins, and they can have sloppy seconds on DPR for their murder for hire. They can also have some info on other bitcoin companies that MK might name is shady after we get done with him.

That's the best that can be given and they should consider themselves lucky for getting anything close to that. Or we can just stall, and Baltimore gets nothing and we contributed to the other two admins getting away▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We'll get no HSI banner on the site, and will probably get no cooperation from NY with any information related to MK. If DPR names MK in the interview and we didn't help them get the other admins when we had the chance - NY will leave us out of it and tie him into their conspiracy. We will then be left dealing with HSI Baltimore's tears and them then trying to take▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I think it's important we help them have a "come to Jesus" moment otherwise our agency loses as a whole. It's a simple sell if they know the alternative is they will be left with absolutely nothing - no matter how much they whine and complain to HSI HQ, it won't stop the SDNY from prosecuting all of them without any of us.

Jared Der-Yeghiayan
Special Agent
HSI Chicago
Office- 630-574-4167
Mobile- 630-532-3253

-----Original Message-----
**From:** Osborn, Phillip L
**Sent:** Friday, September 20, 2013 11:32 PM Eastern Standard Time

**To:** DerYeghiayan, Jared
**Subject:** RE: Coordination Meeting



-----Original Message-----
**From:** DerYeghiayan, Jared
**Sent:** Friday, September 20, 2013 10:43 PM Eastern Standard Time
**To:** Osborn, Phillip L
**Subject:** RE: Coordination Meeting

I think there's room to avoid the drama by instead of dwelling on the past or trying fluff up each others cases under the false assumption that the website will be up in the next month to talking about how to try and make HSI in general walk away from this without looking like complete fools. But it has to start with HSI Baltimore conceding that they will not be identifying or prosecuting dread first or any other admin for a fact. Then realizing that they still stand a chance, if they play nice, to walk away from this with something to show from their "investigation." They can easily erase a lot of the damage they've done by cooperating with NY's almost guaranteed prosecution of the website.

The only two options are remain in denial and walk away with nothing but blame and egg on their face in the next few weeks, OR place nice and possibly take some credit for the identification and prosecution of all the admins, and reap some of the benefits by prosecuting some of the vendors our defendant is going to identify. No other way forward than that.


Jared Der-Yeghiayan
Special Agent
HSI Chicago
Office- 630-574-4167
Mobile- 630-532-3253