```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
               -v-                                    :      14-cr-68 (KBF)
                                                      :
ROSS WILLIAM ULBRICHT,                                :          ORDER
                                                      :
                       Defendant.                     :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: April 17, 2015

KATHERINE B. FORREST, District Judge:

The Government shall notify the Court as soon as practicable as to whether any victims intend to speak at Mr. Ulbrict's sentencing; and, if so, the number and the likely duration.

The Government shall update the Court on an ongoing basis until the sentencing.

SO ORDERED.

Dated:    New York, New York
          April 17, 2015

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge