

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 17, 2015

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

    In response to the Court's order issued earlier today, the Government writes to inform the Court that, currently, the Government expects two parents of individuals who overdosed on drugs purchased on Silk Road to speak at sentencing. The likely duration of each statement will be ten to fifteen minutes.

    Respectfully,

    PREET BHARARA
    United States Attorney

By: _____
    SERRIN TURNER
    TIMOTHY T. HOWARD
    Assistant United States Attorneys
    Southern District of New York

cc:    Joshua Dratel, Esq.