# EXHIBIT 7



Personal Messages Index - Mozilla Firefox

Archivo   Editar   Ver   Historial   Marcadores   Herramientas   Ayuda

Personal Messages Index      ×   W. mudanza - Diccionario Inglés-Español Wo... ×   +

https://dln255hz262ypmii.onion.lu/index.php?action=pm;f=inbox;sort=date;start=75          ☆ ▽ ℂ   🔍 ▾ iban

Más visitados   Comenzar a usar Fire...   receta tomate caldo d...   Adobe - Descargar C...

Show unread posts since last visit.
Show new replies to your posts.
October 11, 2013, 01:21 pm

Home   Help   Search   Profile   **My Messages**   Members   Logout

Silk Road forums » Personal Messages » Inbox

**Messages**   Actions   Preferences

| | Date △ | Subject | From |
|---|---|---|---|
| | August 10, 2013, 12:47 am | 2C-P | Freddyboy |
| | August 10, 2013, 02:15 pm | IV Oxy's how it is the best easiest and safest way | xXDiamondXx |
| | August 12, 2013, 03:30 pm | hola | now103 |
| | August 13, 2013, 09:07 pm | Midazolam | Et0rphine |
| | August 14, 2013, 10:40 am | Re: Stimulants and Anti depressive | korn |
| | August 14, 2013, 03:22 pm | Re: DoctorX drugs and health thread in SR forum | Dread Pirate Roberts |
| | August 14, 2013, 03:54 pm | Re: DoctorX drugs and health thread in SR forum | Dread Pirate Roberts |

**Dread Pirate Roberts**

Administrator
Hero Member




Posts: 834
Karma: +881/-168
[thank] [discourage]

as you wish...



**Re: DoctorX drugs and health thread in SR forum**
« Sent to: DoctorX on: August 14, 2013, 03:22 pm »
« You have forwarded or responded to this message. »



I'm glad to hear that people are interested in your advice.  I could give you $500 per week without raising any attention.  Would that help?

About the testing facility, perhaps we could create a partnership.  What if we had items from Silk Road delivered to you for testing?  Would this be possible?

reading list: mises.org/books/newliberty.pdf, anarchism.net/newlibertarianmanifesto.htm

"All drugs are absolutely harmless. If you leave cocaine, MDMA, meth or 4-AcO-DMT on a table, they won't try to assault you, rape you o hit your balls."  -DoctorX

---

**Dread Pirate Roberts**

Administrator
Hero Member




Posts: 834
Karma: +881/-168
[thank] [discourage]

as you wish...



**Re: DoctorX drugs and health thread in SR forum**
« Sent to: DoctorX on: August 14, 2013, 03:54 pm »
« You have forwarded or responded to this message. »



Quote from: DoctorX on August 14, 2013, 03:48 pm

> Well...that is very generous from you. For that help I would mantain my thread up to date answering questions in 24-48 hours as a maximum delay, and also answer all PM in 24-48 hours maximum. If there were no much work in my thread I would answer other interesting questions in the Drug Safety Forum.
> I will be daily (as usual) in SR forum, except 29 Sept-13 Oct, I will be on holidays out of Spain and I think without TOR access.
> When we have developed the International Service Test I will contact you again and explain it with detail, I'm sure we can find a way to collaborate.
> Thank you very much again
> DoctorX

do you have an account on SR? it would be easier for me to credit an account than send to an address.  Also, why do people do PMs?  Everyone is anonymous, so I would think it better to have all of the discussion in the open so everyone can benefit.

reading list: mises.org/books/newliberty.pdf, anarchism.net/newlibertarianmanifesto.htm

"All drugs are absolutely harmless. If you leave cocaine, MDMA, meth or 4-AcO-DMT on a table, they won't try to assault you, rape you o