EXHIBIT 15

*Mark L. Taff, M.D.*

FORENSIC PATHOLOGIST

511 Hempstead Avenue, Suite 2

West Hempstead, New York 11552

OFFICE TELEPHONE: (516) 292-2300

HOME TELEPHONE: (516) 887-4691

**Citizenship**     United States

**Medical Licensure**
- State of New York, 1981 No. 148497-1
- State of Michigan, 1983, No. 004704
- State of New Jersey, 1990, No. 56900

**Board-Certification**     Forensic and Anatomic Pathology

**Professional Experience**

**1987-Present**
- **Chief Medical Examiner, Rockland County, New York (10/01/08 - 10/31/12)**
- **Forensic Pathologist Consultant**
- Coroner's Pathologist, Orange, Sullivan, Putnam & Greene Counties, New York
- Forensic Pathologist Consultant, Rockland County Medical Examiner's Office, Pomona, NY
- New York City & New Jersey Transit Authority
- Aetna Life Insurance Company, Hartford, CT
- New York, Kings, Queens Counties and Bergen County, New Jersey District Attorney's Office
- New York Law Department
- New York Attorney General's Office
- New York Housing Authority
- New York, Brooklyn & Queens Legal Aid Societies
- Connecticut, New Jersey, Dutchess County (New York), Pennsylvania & New Hampshire Public Defenders' Offices
  - Performed over 2,000 medicolegal autopsies
  - Testified in court/depositions as an expert witness in forensic pathology over 375 times

**1984-1988**     **Deputy Medical Examiner,** Nassau County Medical Examiner's Office, East Meadow, NY

**Academic Affiliations**
- Clinical Associate Professor of Pathology, Mt. Sinai School of Medicine, New York, NY, 1990-Present
- Adjunct Professor, Department of Criminal Justice, C.W. Post/Long Island University, Brookville, NY, 1998-2003
- Scientist-in-Residence, Metropolitan Forensic Anthropology Team, Department of Anthropology, Lehman College, City University of New York, 1985-2003
- Special Teaching Staff pathologist, Department of Pathology, Long Island Jewish-Hillside Medical Center, New Hyde Park, NY 1987-1993
- Assistant Professor of Forensic Pathology, School of Medicine, State University of New York at Stony Brook, NY 1985-1988
- Lecturer in Forensic Pathology, Queens Medical School at York College, City University of New York, 1987

- Instructor in Pathology, Wayne State University School of Medicine, Detroit, MI, 1983-84
- Instructor in Pathology/Clinical Assistant Pathologist, Mt. Sinai School of Medicine, New York, NY 1982-83

### Education & Training
- **1983-84** Resident in Forensic Pathology, Office of the Medical Examiner of Wayne County, Detroit, MI
- **1979-82** Resident in Pathology, Mt. Sinai School of Medicine, New York, NY
- **1978-79** Resident in Pathology (first-year), Long Island Jewish-Hillside Medical Center, New Hyde Park, NY

### Educational Experience
- **1968-72** University of Maryland, College Park, MD
  - Bachelor of Science Degree
- **1972-78** University of Bologna School of Medicine, Bologna, Italy
  - Doctor of Medicine Degree
- **1975-77** Queens Medical Center & Queens Medical Examiner's Office
  - Pathology Clinical Clerkship
  Jewish Hospital & Medical Center of Brooklyn
  - ECFMG-approved Clinical Clerkship

### Professional Activities
- AMA Physician's Recognition Award, 1981-92
- House Staff Representative, Academic Council, Mt. Sinai School of Medicine, 1981-82
- Member, Public Information Network (PIN), College of American Pathologists, 1981-84
- Chairman, "The Young Associates" of the Milton Helpern Library of Legal Medicine, 1982
- Creator, "Residents' Corner," The American Journal of Forensic Medicine and Pathology, 1982
- Feature Editor, The American Journal of Forensic Medicine and Pathology, 1982-91
- Member, Medical Board, International Boxing Writers Association, 1982-93
- Member, Governor's Task Force on Domestic Violence, State of New York, Professional School Curriculum Subcommittee, 1982-83
- Member, Governor's Commission on Domestic Violence, State of New York, 1985-89
- Member, New York City's Task Force on Acquired Immunodefiency Syndrome (AIDS), 1982-83
- Member, Committee on Public Health, New York City Medical Society, 1982-83
- Member, The Histogram, The Newsletter of the International Study Group in Forensic Sciences, 1984-85
- Editor, Inform - The International Reference Organization in Forensic Medicine, 1984-94
- President & Founder, New York Society of Forensic Sciences at Lehman College, Bronx, NY, 1985-96
- Co-Chairman, National Association of Medical Examiner's Inspection & Accreditation Committee, 1985-87

- Judge, American Institute of Science & Technology of the City of New York, 49th Queens Borough School Science Fair, John Browne High School, Flushing, NY, Mar. 13, 1987
- Fellow, American Society of Clinical Pathologists, 1988-96
- Member, Library Committee, Nassau Academy of Medicine, 1990-93
- Member, Preventive Medicine Section, Nassau Academy of Medicine, 1992-93
- Editorial Board Member, Frontiers in Bioscience, 1995-97
- Vice-President, Society of Medical Jurisprudence, New York, 1997
- Member, Advisory Board, American Foundation for Gender and Genital Medicine and Science (AFGAGMAS), Baltimore, MD, 1997
- Member, Reader Advisory Board, Mayo Clinic Proceedings, Rochester, MN, 1997-1998
- Guest Columnist, Education Update, New York, NY, 1997

## Memberships
- American Medical Association
- American Society of Clinical Pathologists
- Public Information Network (PIN), College of American Pathologists, 1981-82
- New York Academy of Sciences
- Committee on Public Health, Medical Society of the County of New York
- Milton Helpern Society of Legal Medicine
- American Society of Law & Medicine
- American Association of Suicidology
- Medical Society of the County of New York
- University of Maryland Alumni Association
- New England Pathology Residents' Society, 1980-83
- National Association of Medical Examiners
- The Hastings Center
- American Academy of Forensic Sciences
- Society for the Scientific Study of Sex, Inc., 1983-84
- Michigan Society of Pathologists
- Nassau County Medical Society
- Nassau County Society of Pathologists
- New York Pathological Society
- New York Society of Forensic Sciences at Lehman College, Bronx, NY
- New York Association of County Coroners & Medical Examiners
- Society of Medical Jurisprudence
- Friends of the John N. Snell Library, Inc.
- International Society of Clinical Forensic Medicine
- American Society of Forensic Odontology
- American Suicide Foundation
- American College of Sports Medicine

**Grants**    New York Society of Forensic Sciences at Lehman College, The Research Foundation of the City University of New York, 9/85-12/96

## Awards
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1994
- Distinguished Member, The International Society of Poets, Owings Mills, MD, 1995

- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1995
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1996
- Editor's Choice Award for Outstanding Achievement in Poetry, Best Poems of the '90s, The National Library of Poetry, Owings Mills, MD, 1996
- Slogan Winner, *Education Update*, New York, NY, 1997
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1998
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1998
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Listed in Index of Forensic Pathology Experts In, <u>Forensic Sciences</u>. Vol. 5. Wecht, CH (Ed.).  Matthew Bender, 1999, p.41-69.
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999

## *Publications*

1. *Taff, ML:* Right on target [letter]. <u>NY Times</u>, Dec. 13, 1981, p. S2.
2. *Taff, ML:* "Supply-Side Theory" and house-staff physicians [letter]. <u>NEJM</u> 1982; 306:180.
3. *Taff, ML:* Interview with Russell S. Fisher, M.D., Chief Medical Examiner, Baltimore, MD. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
4. *Taff, ML:* Interview with Michael M. Baden, M.D., Deputy Chief Medical Examiner, Suffolk County, NY. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
5. *Taff, ML:* Interview with Joseph H. Davis, M.D., Chief Medical Examiner, Dade County, FL. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
6. *Taff, ML,* Siegal, FP: Acquired immune deficiency syndrome. <u>Medcom Teaching Series</u>, New York, 1983.
7. *Taff, ML:* "The Young Associates" of the Milton Helpern Library for Legal Medicine. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
8. *Taff, ML:* Interview with William A. Tari, Dean, American Academy McAllister Institute of Funeral Service, New York. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
9. *Taff, ML,* Siegal, FP, Geller, SA: Outbreak of an acquired immunodeficiency syndrome associated with opportunistic infections and Kaposi's sarcoma in male homosexuals. An epidemic with forensic implications. <u>Am J Forensic Med Pathol</u> 1982; 3:259-264.
10. Perlow, LS, *Taff, ML,* Orsini, JM, Goldsmith, MA, Hruza, ZT, Gerber, MA, Geller, SA: Kaposi's sarcoma in a young homosexual man: association with angiofollicular lymphoid hyperplasia and a malignant lymphoproliferative disorder. <u>Arch Pathol Lab Med</u> 1983; 107:510-513.
11. Waxman, J, Subietas, A, Malowany, M, *Taff, ML:* Overwhelming mycobacteriosis in an immunodeficient homosexual. <u>Mt Sinai J Med</u> 1983; 50:19-21.
12. Gordon, RE, *Taff, ML,* Schwartz, IS, Kleinerman, J: Malignant retroperitoneal paraganglioma: unusual light and electron microscopic findings. <u>Mt Sinai J Med</u> 1983; 50:507-513.
13. Leslie, J, *Taff, ML,* Patel, I, Sternberg, A, Fernando, MM: Self-inflicted ocular injuries: a rare form of self-mutilation. <u>Am J Forensic Med Pathol</u> 1984; 5:83-88.
14. Unger, PD, *Taff, ML,* Song, S, Schwartz, IS: Sudden death in a patient with von Recklinghausen's neurofibromatosis. <u>Am J Forensic Med Pathol</u> 1984; 5:175-179.
15. Brunetti, LL, *Taff, ML:* The premenstrual syndrome. <u>Am J Forensic Med Pathol</u> 1984; 5:265-268.
16. Shen-Schwarz, S, *Taff, ML,* Strauss, L: Iatrogenic lesions in the fetus and newborn. <u>Medcom Teaching Series</u>, Garden Grove, CA, 1984.
17. *Taff, ML:* Deaths associated with products designed for use by infants and children. <u>Mecap News</u> 1984; 9:2.
18. *Taff, ML:* Deaths associated with products designed for use by infants and children. <u>Mecap News</u> May, 1984; 9:3.
19. Reich, L, *Taff, ML:* Deaths involving other products. <u>Mecap News</u> May, 1984; 9:3.
20. *Taff, ML:* Deaths involving other products. <u>Mecap News</u> June, 1984; 9:4.
21. Reich, L, *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisonings. <u>Mecap News</u> June, 1984; 9:2.
22. *Taff, ML:* Deaths associated with household structures. <u>Mecap News</u> July, 1984; 9:5.

23. *Taff, ML:* Deaths associated with other products. Mecap News July, 1984; 9:6.
24. Reich, L, *Taff, ML:* Deaths associated with other products. Mecap News July, 1984; 9:6.
25. *Taff, ML:* Deaths associated with household structures and equipment. Mecap News Aug., 1984; 9:3.
26. *Taff, ML:* Deaths associated with products designed for use by infants and children. Mecap News Dec., 1984; 9:5.
27. *Taff, ML,* Reich, L: Deaths attributed to electrocution. Mecap News Dec., 1984; 9:5.
28. Desai, A, *Taff, ML,* Kamino, H, Siegal, FP: The acquired immunodeficiency syndrome. Medical Grand Rounds 1984; 3:196-205.
29. Danto, BL, *Taff, ML,* Mirchandani, HG: Cases of self-destructive behavior involving multiple methods during a single episode. Am J Forensic Psychiatry 1985; 6:38-45.
30. Leslie, J, *Taff, ML,* Mulvihill, M: Forensic aspects of fraternity hazing. Am J Forensic Med Pathol 1985; 6:53-67.
31. Nunez, AE, *Taff, ML:* A chemical burn simulating child abuse. Am J Forensic Med Pathol 1985; 6:181-183.
32. Lawrence, RD, Spitz, WU, *Taff, ML:* Suicidal electrocution in a bathtub. Am J Forensic Med Pathol 1985; 6:276-278.
33. Spitz, WU, *Taff, ML:* Intrapleural golf ball size loose body: an incidental finding at autopsy. Am J Forensic Med Pathol 1985; 6:329-331.
34. Hardwicke, MB, *Taff, ML,* Spitz, WU: A case of suicidal hanging in an automobile. Am J Forensic Med Pathol 1985; 6:362-364.
35. Russo, S, *Taff, ML,* Mirchandani, HG, Montforte, JR, Spitz, WU: Scald burns complicated by isopropyl alcohol intoxication: a case of fatal child abuse. Am J Forensic Med Pathol 1986; 7:81-83.
36. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News May, 1985; 10:3.
37. *Taff, ML:* Deaths caused by electrocution. Mecap News June, 1985; 10:5.
38. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News Oct., 1985; 10:4.
39. *Taff, ML:* Deaths due to other causes. Mecap News Oct., 1985; 10:7.
40. *Taff, ML:* Deaths due to other causes. Mecap News Nov., 1985; 10:5.
41. McQuillen, EN, *Taff, ML:* Forensic pathologist exchange program. Am J Forensic Med Pathol 1986; 7:90.
42. Puff, M, *Taff, ML,* Spitz, WU, Eckert, WG: Syncope and sudden death caused by mitral valve myxomas. Am J Forensic Med Pathol 1986; 7:84-86.
43. Katanick, D, *Taff, ML,* Spitz, WU: A work-related death due to a penetrating chest injury. Am J Forensic Med Pathol 1986; 7:163-164.
44. *Taff, ML:* Residents' Corner - Editor - Herman, GE, Kanluen, S, Montforte, J, Husain, M, Spitz, WU: Fatal thyrotoxic crisis: a case report. Am J Forensic Med Pathol 1986; 7:174-176.
45. *Taff, ML:* New York Society of Forensic Sciences. Am J Forensic Med Pathol 1986; 7:180.
46. Eckert, WG, Bell, JS, Stein, RJ, Tabakman, MB, *Taff, ML,* Tedeschi, LG: Clinical forensic medicine. Am J Forensic Med Pathol 1986; 7:182-185.
47. Wolodzko, AA, *Taff, ML,* Lukash, LI: Herniation of the heart: a death following intrapericardial pneumonectomy. Am J Forensic Med Pathol 1986; 7:260-262.
48. Russo, SS, *Taff, ML,* Ratanaproeska, O, Spitz, WU: Sudden death resulting from chicken bone perforation of the esophagus. Am J Forensic Med Pathol 1986; 7:263-265.

49. Wolodzko, AA, *Taff, ML*, Ratanaproeska, O, Spitz, WU: An unusual case of compression asphyxia and smothering. Am J Forensic Med Pathol 1986; 7:354-355.

50. *Taff, ML:* Deaths associated with other recreational vehicles and activities. Mecap News Feb., 1986; 11:3.

51. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News Feb., 1986; 11:6.

52. Yelin, G, *Taff, ML,* Sadowski, GE: Copper toxicity following massive ingestion of coins. Am J Forensic Med Pathol 1987; 8:78-85.

53. Stephens, PJ, *Taff, ML:* Rectal impaction following enema with concrete mix. Am J Forensic Med Pathol 1987; 8:179-182.

54. Boglioli, LR, *Taff, ML,* Lukash, LI: Harness racing injuries and deaths: a report of a fatal case and review of 178 cases. Am J forensic Med Pathol 1987; 8:185-207.

55. Jason, DR, Kessler, SC, *Taff, ML,* Boglioli, LR: Casino-related deaths in Atlantic City, New Jersey: 1982-86 [abstract]. Program of 1988 Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, Feb. 20, 1988.

56. *Taff, ML:* Libel and slander protection for the dead: another problem for medical examiners [letter]. Am J Forensic Med Pathol 1988; 9:1-4.

57. Rimarenko, S, Finkel, L, *Taff, ML,* Weiss, MF, Schwartz, IS, Federman, Q, Boglioli, LR: Fatal complications related to diagnostic barium enema. Am J Forensic Med Pathol 1988; 9:78-84.

58. Boglioli, LR, *Taff, ML,* Green, AS, Lukash, LI, Lane, R: A bizarre case of vehicular suicide. Am J Forensic Med Pathol 1988; 9:169-178.

59. Boglioli, LR, *Taff, ML:* Sudden death due to ruptured pancreaticoduodenal artery aneurysm. Am J Forensic Med Pathol 1988; 9:267-270.

60. *Taff, ML,* Boglioli, LR: Strangulation: a conceptual approach for courtroom presentation. Am J Forensic Med Pathol 1989; 10:216-220.

61. Boglioli, LR, *Taff, ML:* Religious objection to autopsy: an ethical dilemma for medical examiners. Am J Forensic Med Pathol 1990; 11:1-8.

62. Boglioli, LR, *Taff, ML:* Deaths at the workplace: accidents or homicides? Am J Forensic Med Pathol 1990; 11:66-70.

63. Jason, DR, *Taff, ML,* Boglioli, LR: Casino-related deaths in Atlantic City, New Jersey: 1982-86. Am J forensic Med Pathol 1990; 11:112-123.

64. *Taff, ML,* Wolodzko, AA, Boglioli, LR: Sudden death due to delayed rupture of hepatic subcapsular hematoma following blunt abdominal trauma. Am J Forensic Med Pathol 1990; 11:270-274.

65. *Taff, ML,* Wolodzko, AA, Lukash, LI, Kubic, TA, Bruno, CN, Boglioli, LR: M-80 fireworks explosion: a bizarre case of suicide. Am J Forensic Med Pathol (In Press).

66. Boglioli, LR, *Taff, ML,* Stephens, PJ, Money, J: A case of autoerotic asphyxia associated with multiplex paraphilia. Am J Forensic Med Pathol 1991; 12:64-73.

67. *Taff, ML,* Schwartz, IS, Boglioli, LR: Sudden asphyxial death due to prolapsed esophageal fibrolipomata. Am J Forensic Med Pathol 1991; 12:85-88.

68. *Taff, ML,* Schwartz, IS, Churg, J, Boglioli, LR: Sudden death due to thrombotic thrombocytopenic purpura [letter]. Am J Forensic Med Pathol 1991; 12:89-90.

69. *Taff, ML:* Book Review: DiMaio, DJ, DiMaio, VJM: Forensic Pathology. Elsevier Science Publishing Co., Inc., New York, NY, 1989. Am J Forensic Med Pathol 1991; 12:91-92.

70. Boglioli, LR, *Taff, ML*, Spitz, WU, Gordon, RE: Sudden death of an elderly man with multiple malignant neoplasms. Am J Forensic Med Pathol 1991; 12:265-271.
71. *Taff, ML*, Boglioli, LR: Variants of the long scarf syndrome [letter]. Am J Forensic Med Pathol 1991; 12:359.
72. *Taff, ML*: Exhumed Presidents' Society [letter]. Am J Forensic Med Pathol 1992; 13:89.
73. *Taff, ML*, Boglioli, LR, Wright, ME, Gamma, SJ: Sudden death due to self-treatment of peripheral edema with rubberband tourniquet. Am J Forensic Med Pathol 1992; 13:135-136.
74. *Taff, ML*, Boglioli, LR: Homicidal traumatic asphyxia associated with pebble impaction of the upper airway. Am J Forensic Med Pathol 1992; 13:271-274.
75. Danto, BL, *Taff, ML*, Boglioli, LR: Graveside suicide [abstract]. Symposium Abstracts of the American Institute of Life-Threatening Illness and Loss. Vol. 10, No. 1, Sept. 8-10, 1992.
76. Meschutt, D, *Taff, ML*, Boglioli, LR: Life masks and death masks. Am J Forensic Med Pathol 1992; 13:315-319.
77. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: NYC firefighting rose from the spectre of disaster. Hudson Valley Fireighter, Vol. 1, Sept. 1992, pp. 21,24.
78. *Taff, ML*: Poem: White rap. NY Amsterdam News, Oct. 3, 1992, p. 13.
79. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: Fire investigations keep NYC blazes down. Hudson Valley Fireighter, Vol. 1, Nov. 1992, p. 14.
80. *Taff, ML*, Boglioli, LR: Long-scarf syndrome still claims lives [letter]. NY Times, Nov. 5, 1992, p. A34.
81. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: Past, present honored by New York City Fire Museum. Hudson Valley Fireighter, Vol. 1, Dec. 1992, pp. 19-20.
82. *Taff, ML*, Boglioli, LR: Discussion of "Practical approach to investigative ethics and religious objections to autopsy." J Forensic Sci 1993; 38:234.
83. *Taff, ML*, Boglioli, LR: Fraternity hazing revisited through a drawing by George Bellows. JAMA 1993; 269:2113-2115.
84. *Taff, ML*: Poem: Black on the outside/white on the inside. Poetic Voices of America, sparrowgrass Poetry Forum, Inc., Spring, 1993, p. 12.
85. *Taff, ML*, Boglioli, LR: Hazing remains secret and dangerous [letter]. NY Times, Feb. 9, 1993, p. A20.
86. *Taff, ML*, Boglioli, LR: Images of death: morbid curiosity versus the law [letter]. NY Times, May 23, 1993, p. H4.
87. Danto, BL, *Taff, ML*, Boglioli, LR: Graveside suicide [abstract]. Program of 45th Annual Meeting of American Academy of Forensic Sciences, Psychiatry & Behavioral Science Section, Feb. 18, 1993, p. 154.
88. Baker, PR, *Taff, ML*: The murder of Stanford White [abstract]. Program of 45th Annual Meeting of American Academy of Forensic Sciences, Last Word Society, Feb. 19, 1993, pp. 182-183.
89. *Taff, ML*, Boglioli, LR: My View: Doctors should not be involved in executions [letter]. Times Herald Record, June 26, 1993, p. 41.
90. *Taff, ML*: George meets Marge [letter]. Newsday, July 19, 1993, p. 33.
91. *Taff, ML*: Poem: Jazz music. The Coming of Dawn. The National Library of Poetry, Owings Mills, MD, 1993, p. 388.
92. *Taff, ML*: DA's can't stomach crime scenes [letter]. Sunday Record, Middletown, NY: Nov. 7, 1993, p. 65.
93. *Taff, ML*, Spitz, WU, Boglioli, LR: A discussion of a suicide by self-decapitation [letter]. J Forensic Sci 1994; 39:304.

94. Boglioli, LR, *Taff, ML:* LA morgue goes Hollywood [letter]. J Forensic Sci 1994; 39:598-599.

95. Boglioli, LR, *Taff, ML,* Ingrassia, AJ: The crash of an 83-year-old civilian pilot in Upstate New York. J Am Geriatr Soc 1994; 42:670-671.

96. *Taff, ML,* Boglioli, LR: Commentary: Pathologists as executioners. Bull NY Acad Med, Summer, 1994; 71:1-3.

97. Danto, BL, *Taff, ML,* Boglioli, LR: Death in the cemetery. Am Cemetery, May, 1994; 67:28,30,36-37.

98. *Taff, ML:* A most unusual case: no-fly zone. Cortlandt Forum 1994; 7:41.

99. Boglioli, LR, *Taff, ML:* Chapter 6: The medicolegal investigation of autoerotic asphyxial deaths. In, Krivacska, JJ, Money, J (Eds.): The Handbook of Forensic Sexology: Biomedical & Criminological Perspectives. Amherst, NY: Prometheus Books, 1994, pp. 155-165.

100. Boglioli, LR, *Taff, ML:* Death due to late postpartum eclampsia. Hosp Physician 1994; 30:49-51.

101. Boglioli, LR, Bahr, GS, *Taff, ML,* Kutnick, RA: Pulmonary artery pseudoaneurysm secondary to Swan-Ganz catheterization. Hosp Physician 1994; 30:18-22,47.

102. *Taff, ML:* Experts for the poor [letter]. J Forensic Sci 1995; 40:4-5.

103. *Taff, ML:* A most unusual case: Deadly rites of passage. Cortlandt Forum 1995; 8:40.

104. Schwartz, EA, Vallaro, KE, Pool, TM, Adamo, TA, *Taff, ML,* Boglioli, LR: Optical analyses of eyeglass lens fragments and the unexpected detection of oral sperm in a homicide case. J Forensic Sci 1995; 40:306-309.

105. Boglioli, LR, *Taff, ML:* Death by fraternity hazing. Am J Forensic Med Pathol 1995; 16:42-44.

106. *Taff, ML:* Reply to letters about 'A most unusual case: no-fly zone.' Cortlandt Forum 1995; 8:12.

107. *Taff, ML,* Boglioli, LR: Minister's death suggests car crash as suicide [letter]. NY Times, Apr. 6, 1995, p. A30.

108. Boglioli, LR, *Taff, ML:* "The Santa Claus Syndrome": entrapment in chimneys. J Forensic Sci 1995; 40:499-500.

109. *Taff, ML,* Boglioli, LR: Autopsies prevent exhumations [letter]. Times Herald Record, June 9, 1995; 39:53.

110. *Taff, ML,* Boglioli, LR: Elderly pilots, too, need more stringent testing [letter]. NY Times, July 19, 1995, p. A18.

111. *Taff, ML:* Poem: Amerigun people. In, Stevens, C, Sullivan, C (Eds.): Best Poems of 1995. The National Library of Poetry, Owings Mills, MD, 1995, p. 156.

112. *Taff, ML,* Boglioli, LR: Casinos need better health care. Times Herald Record, Aug. 26, 1995, p. 38.

113. *Taff, ML,* Boglioli, LR: Physicians as judicial hangmen [letter]. Radiol 1995; 196:614.

114. *Taff, ML,* Boglioli, LR: Authors' reply to Drs. Cohen et al., Rabl, and Magid [letter]. Radiol 1995; 196:616.

115. Baker, PR, *Taff, ML:* The murder of Stanford White. LI Historical J 1995; 8:39-55.

116. Lazoglu, AH, Boglioli, LR, *Taff, ML,* Rosenbluth, M, Macris, NT: Serum sickness reaction following multiple insect stings [abstract]. Program of Third Lenox Hill Hospital Research Conference, New York, NY, Nov. 1, 1995, p. 99.

117. *Taff, ML:* Caution urged when stating interval between onset of a condition and death...[letter]. N.A.M.E. News 1995 (Dec.); 3:2.

118. *Taff, ML:* Poem: Baldness. In, Stevens, CA, Walstrum, N (Eds.): Beyond the Stars. The National Library of Poetry, Owings Mills, MD, 1995, p. 135.

119. *Taff, ML,* Boglioli, LR: Cemetery security needs update [letter]. Times Herald Record, Dec. 21, 1995; 39:52.

120. Lazoglu, AH, Boglioli, LR, *Taff, ML,* Rosenbluth, M, Macris, NT: Serum sickness reaction following multiple insect stings. Ann Allergy asthma Immunol 1995; 75:522-524.

121. *Taff, ML,* Boglioli, LR: Suicide weapons of choice [letter]. Newsday, Jan. 12, 1996; 56:A35.

122. *Taff, ML,* Boglioli, LR*: Child abuse issue complex [letter]. Times Herald Record, Jan. 22, 1996; 40:31. (*name inadvertently omitted from publication)

123. *Taff, ML,* Boglioli, LR: Trends in shaking baby syndrome (SBS) [opinion]. NY Amsterdam News, Feb. 3, 1996; 87:13,44.

124. *Taff, ML,* Boglioli, LR: Endoscopy is not autopsy [letter]. Am J Forensic Med Pathol 1996; 17:86-88.

125. *Taff, ML,* Boglioli, LR: The politics of death investigation [letter]. Am J Forensic Med Pathol 1996; 17:88.

126. *Taff, ML:* Poem: Tribute to Dr. John Money. Institute for Advanced Study of Human Sexuality Alumni Association News 1996; 14:8-9.

127. *Taff, ML:* Death watch [letter]. Village Voice, Apr. 17-23, 1996; 41:4,6.

128. *Taff, ML,* Boglioli, LR: Responsible pictures [letter]. NY Times, Apr. 21, 1996, pp. H6,33.

129. *Taff, ML:* Compensation of medical examiners for telephone calls. Am J Forensic Med Pathol 1996; 17:174-175.

130. *Taff, ML,* Boglioli, LR: Artist outsiders often criticized [letter]. Times Herald Record, June 11, 1996, p. 37.

131. *Taff, ML:* Published and perished. JAMA 1996; 275:1862.

132. *Taff, ML:* The meaning of the O.J. Simpson verdict [letter]. J Forensic Sci 1996; 41:552.

133. *Taff, ML:* Book Review: "An Unquiet Mind: A Memoir of Moods and Madness." Suicide & Life-Threatening Behav 1996; 26:315-316.

134. *Taff, ML:* Poem: Getting ready for school. In, Stevens, CA (Ed.): Carvings in Stone. The National Library of Poetry, Owings Mills, MD, 1996, p. 59.

135. *Taff, ML,* Boglioli, LR: Only doctors know how much to charge for calls [letter]. Med Economics 1996; 73:16,22.

136. *Taff, ML,* Boglioli, LR, DeFelice, JF: Commentary on controversies in shaken baby syndrome and on Gilliland, MGF and Folberg, R., Shaken babies - some have no impact injuries (J Forensic Sci 1996 Jan; 41(1):114-16) [letter]. J Forensic Sci 1996; 41:729-730.

137. *Taff, ML:* The business of forensic pathology [letter]. J Forensic Sci 1996; 41:1090-1091.

138. *Taff, ML,* Boglioli, LR, Danto, BL: Commentary on Meloy JR. Pseudonecrophilia following spousal homicde. J Forensic Sci 1996 Jul; 41(4):706-8 [letter]. J Forensic Sci 1996; 41:1091-1092.

139. *Taff, ML,* Boglioli, LR: Gay violence must be studied [letter]. Times Herald Record, Nov. 15, 1996, p. 56.

140. *Taff, ML,* Boglioli, LR: Gay homicides and 'overkill' [letter]. Am J Forensic Med Pathol 1996; 17:350-351.

141. *Taff, ML,* Boglioli, LR*: Needed: trained hunters [letter]. Newsday, Dec. 14, 1996, p. A22. (*name inadvertently omitted from publication)

142. *Taff, ML,* Boglioli, LR: An accident waiting to happen [letter]. Times Herald Record, Dec. 15, 1996, p. 45.

143. Danto, BL, *Taff, ML,* Boglioli, LR:  Graveside deaths.  <u>Omega (J Death & Dying)</u> 1996; 33:265-278.

144. *Taff, ML:*  Poem: Winter blues.  In, Ely, H (Ed.):  <u>Best Poems of the '90s</u>.  The National Library of Poetry, Owings Mills, MD, 1996, p. 214.

145. *Taff, ML,* Boglioli, LR:  Cyril H. Wecht, M.D., J.D., 1996 career Achievements Award Honoree of the New York Society of Forensic Sciences at Lehman College. <u>J Forensic Sci</u> 1997; 42:160-161.

146. *Taff, ML:*  Kunstler's legacy most important [letter].  <u>Times Herald Record</u>, Jan. 10, 1997, p. 35.

147. *Taff, ML,* Boglioli, LR:  Deaths in the workplace: looking beyond the numbers [letter].  <u>NY Times</u>, Jan. 26, 1997, p. F17.

148. *Taff, ML,* Boglioli, LR:  Do not try this at home [letter].  <u>Wall St J</u>, Jan. 28, 1997, p. A17.

149. *Taff, ML,* Boglioli, LR:  Rodeo helmets make sense [letter].  <u>Am Med News</u>, Feb. 24, 1997; 40:52.

150. *Taff, ML:*  Author's reply: Compensation for medical examiners for telephone calls [letter].  <u>Am J Forensic Med Pathol</u> 1997; 18:109.

151. *Taff, ML:*  Book Review: "The Architect of Desire: Beauty and Danger in the Stanford White Family." <u>LI Historical J</u> 1997; 9:254-257.

152. *Taff, ML,* Boglioli, LR:  Harness racing is dangerous [letter].  <u>Times Herald Record</u>, May 10, 1997, p.42.

153. *Taff, ML,* Boglioli, LR:  Historical note and notice: The New York Society of Forensic Sciences at Lehman College, City University of New York, 1985 to 1996.  <u>Bull NY Acad Sci</u> 1997; 74:148-150.

154. Boglioli, LR, Gardiner, J, Gerstenblith, G, *Taff, ML,* Cameron, DE:  Carcinoid heart disease with severe hypoxia due to interatrial shunt through patent foramen ovale <u>Tex Heart Inst J</u> 1997; 24:125-128.

155. *Taff, ML,* Boglioli, LR:  On telephone services [letter].  <u>Health Care Business Digest</u> 1997; 2:15.

156. *Taff, ML,* Boglioli, LR:  Obituary: George Furst, D.D.S  <u>Am J Forensic Med Pathol</u> 1997; 18:319-320.

157. *Taff, ML,* Boglioli, LR*:  Dramshop laws and the death of Princess Di [letter].  <u>Education Update</u> 1997; 3:10.(*name inadvertently omitted).

158. *Taff, ML:*  Princess Diana's death brings to light the dangers of drinking and driving.  <u>The Chronicle</u> (Hofstra University) Oct. 9, 1997; Vol. 63, p.13.

159. *Taff, ML:*  Poem: The Civil War in living color.  In, Zeiger, D (Ed.):  <u>The Isle of View</u>.  The National Library of Poetry, Owings Mills, MD, 1997, p. 19.

160. *Taff, ML:*  Book Review: "Stanford White: Letters to His Family." <u>LI Historical J</u> 1997; 10:123-125.

161. *Taff, ML,* Boglioli, LR:  Gay homicides and 'overkill' [letter].  <u>Am J Forensic Med Pathol</u> 1997; 18:411-412.

162. *Taff, M:*  Shaking baby syndrome.  <u>Education Update</u> 1998; 3:17.

163. *Taff, ML,* Boglioli, LR:  Elderly gamblers and health risks [letter].  <u>NY Times</u>, Feb. 22, 1998, p.LI27.

164. *Taff, ML:*  Evidence to the contrary [letter].  <u>Newsday</u>, March 19, 1998, p.A52.

165. *Taff, ML:*  Sprewell's misinterpretation of forensic evidence [letter].  <u>Education Update</u> 1998; 3:2.

166. *Taff, ML:*  Street crime: the trade-off for peace [editorial in 'Special: Violence in Youth: Part I'].  <u>Education Update</u> May, 1998; 3:19.

167. *Taff, ML,* Boglioli, LR, Danto, BL:  Planned complex suicide: an unusual suicide by hanging and gunshot [letter].  <u>Am J Forensic Med Pathol</u> 1998:19:194

168. Boglioli, LR, *Taff, ML*:  Sudden asphyxial death complicating infectious mononucleosis.  Am J Forensic Med Pathol 1998; 19:174-177.

169. *Taff, M*, Boglioli, L:  Autopsies needed to catch serial hospital murderers [letter].  Education Update June/July 1998; 3:2.

170. *Taff, ML*:  Poem: Farewell Father.  In, Ely, H (Ed.):Best Poems of 1998.  The National Library of Poetry, Owings Mills, MD, 1998, p. 203.

171. *Taff, ML*, Boglioli, LR:  Will G.E. replace the M.E.? [letter].  J Forensic Sci 1998; 43:918.

172. Boglioli, LR, *Taff, ML*, Funke, S, Mihalakis, I:  Sudden death due to sarcoid heart disease.  J Forensic Sci 1998; 43:1072-1073.

173. *Taff, M*, Boglioli, L, Maris, R:  In appreciation: Bruce L. Danto, M.D. – a street smart forensic psychiatrist.  News Link (newsletter of American Association of Suicidology) 1998; 24:4.

174. *Taff, ML*, Boglioli, LR:  Autopsies needed to uncover doctor impostors and serial hospital killers [letter].  Am Med News, Vol. 41, Sept. 7, 1998, pp.31-32.

175. Boglioli, LR, *Taff, ML*, Harleman, G:  Child homicide due to commotio cordis.  Pediatr Cardiol 1998; 19:436-438.

176. *Taff, ML*, Boglioli, LR:  Open communication helps doctors serve patients better [letter].  The Chronicle (Hofstra University) Oct. 15, 1998; Vol. 64, p.12.

177. *Taff, ML*:  Poem: Poetry.  In, Schaub, R (Ed.): Dawn of Silence.  The National Library of Poetry, Owings Mills, MD, 1998, p. 55.

178. *Taff, ML*, Boglioli, LR:  Science and politics of cutting and stabbing injuries in the USA.  J Clin Forensic Med 1998; 5:80-84.

179. *Taff, ML*:  Poem: Last moments of the Titanic. In, Stokes, AR, Hughes, A: Of Time and Tide.  The National Library of Poetry, Owings Mills, MD, 1998. p.15.

180. *Taff, ML*:  Poem: Subway over Harlem. In, Mitchell, MS: Outstanding Poets of 1998.  The National Library of Poetry, Owings Mills, MD, 1998. p.235.

181. *Taff, ML*:  In Memoriam: Bruce L. Danto, M.D.  Omega: J Death & Dying 1998; 37:88.

182. *Taff, ML*:  Poem: Hyphe-Nation.  Rhymes of Greatness: Famous Poets Society.  French, M (Ed).  Los Angeles, CA, 1998, p.213.

183. *Taff, ML*, Boglioli, LR:  Don't take a chance: don't drink and drive [letter].  Newsday, Fri. Jan. 8, 1999, Vol. 59, p.A47.

184. *Taff, ML*:  Wake-up call for Libby Zion law [letter].  Education Update, Jan. 1999, Vol. 4, p.2.

185. *Taff, ML*, Boglioli, LR:  Obituary: Bruce L. Danto, M.D.: A street smart forensic psychiatrist.  J Forensic Sci 1999; 44:235-236.

186. Boglioli, LR, *Taff, ML*:  Death during percutaneous insertion of intraaortic balloon pump.  J Forensic Sci 1999; 44:425-427.

187. Boglioli, LR, *Taff, ML*, Carlucci, MA:  Fatal epinephrine overdose during treatment for angioedema. J Forensic Med Toxicol 1998;15:10-11.

188. *Taff, ML*:  Poem: Subway Over Harlem. In, Outstanding Poets of 1998: The National Library of Poetry.  Mitchell, MS (Ed.). Owings Mills, MD, 1998, p.235.

189. *Taff, ML*:  Poem: War cemeteries. In, Searching for Answers: The Poetry Guild.  Troon, T: Finalist Publishing Center, Bath, Ohio, 1999, p.292.

190. *Taff, ML*:  Teeth can inflict grave injuries on people [letter].  Times Union, Albany, NY, May 22, 1999.

191. *Taff, ML*:  Body parts can inflict grave injuries on people [letter].  J Forensic Sci, 1999; 44:1091.

192. Boglioli, LR, *Taff, ML*:  A report of two hunting-related fatalities in the State of New York.  Am J Med & Sports 1999; 1:201-204.

193. *Taff, ML*: Poem: Mirror images. In, The Dawn of Inspiration. Mitchell, MS (Ed.). The National Library of Poetry, Owings Mills, MD, 1999.

194. *Taff, ML*: Poem: A death scene remembered. In, Through Oceans of Time. Hughes, AC (Ed.) The International Library of Poetry. Owings Mills, MD, 1999.

195. *Taff, ML*: Poem: Sidewalks of salvation. In, Journey to Infinity. Olsen, MC (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.80.

196. *Taff, ML*: Poem: War inside a rectangle. In, The Fountain of Peace. Olsen, MC (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.250.

197. *Taff, ML*: Poem: Martin Luther King, Jr. Day: January 18, 1999. In, The Fires of Sunset. Sullivan, JC (Ed.). International Library of Poetry, Owings Mills, MD, 2000, p.19.

198. *Taff, ML*: Poem: Sunrise. In, Chorus of the Soul. Keenan, EL (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.69.

199. Boglioli, LR, *Taff, ML*, Turkel, SJ, Taylor, JV, Peterson, CD: Unusual infant death: dog attack or postmortem mutilation following child abuse? Am J Forensic Med Pathol 2000; 21:389-394.

200. *Taff, ML*: Poem: Obituary. In, America at the Millennium: The Best Poems and Poets of the 20th Century. Ely, H (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.41.

201. *Taff, ML*: Poem: References. In, An Hour at Sunrise. Petri, EW (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.80.

202. *Taff, ML*, Boglioli, LR: Primo Levi's death: physicians and the ruling of suicide [letter]. Suicide & Life-Threatening Behav 2000; 30:386-387.

203. *Taff, ML*: Poem: Summer. In, Timeless Mysteries. Hairfield, V (Ed.).  The International Library of Poetry, Owings Mills, MD, 2001, p.150.

204. *Taff, ML*, Danto, BL, Boglioli, LR: Cemetery deaths: historical, social anthropologic & psychodynamic perspectives. Memory, Guilt, Anger & Depression in Bereavement (Accepted for Publication).

205. *Taff, ML*: Poem: Poetry. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).

206. *Taff, ML*: Death, society, and the medical examiner. J Am Inst Life-Threatening Ill & Loss (Accepted for Publication).

207. *Taff, ML*: Let's get the voir dire outta here. J Forensic Sci (Submitted for Publication).

208. *Taff, ML*: A case of homicide nullified by medicolegal politics and the Grand Jury. J Forensic Sci (Submitted for Publication).

209. *Taff, ML*: Poem: Farewell father. Education Update (Accepted for Publication).

210. *Taff, ML*: Poem: Poetry. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).

211. *Taff, ML*: Poem: Asphyxiated. The International Library of Poetry, Owings Mills, MD (Accepted for Publication).

212. *Taff, ML*, Boglioli, LR: Autopsies needed to stop serial hospital murders [letter]. Am J Forensic Med Pathol (Submitted for Publication).

213. *Taff, ML*: Poem: The abyss of domestic bliss. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).

214. *Taff, ML*: Poem: Childhood memories. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).

## Acknowledgements

1. Gordon, RE:  The effects of NO2 on ionic surface charge on type I pneumocytes of hamster lungs.  Am J Pathol (In Press).
2. Eckert, WG:  Medicolegal investigation in New York City: history and activities 1918-1978.  Am J Forensic Med Pathol 1983; 4:33-54.
3. Pervez, NK:  Forensic pathology and related sciences. A model for teaching students.  Am J Forensic Med Pathol 1985; 6:293-295.
4. Eckert, WG, Noguchi, TT, Chao, TC:  Geographic forensic medicine and forensic sciences.  Am J Forensic Med Pathol 1985; 6:343-346.
5. Eckert, WG:  The Editor steps down.  Am J Forensic Med Pathol 1991; 12:277.
6. Sante, L:  Evidence.  New York: farrar, Straus & Giroux, 1992.
7. Nuwer, H:  Broken Pledges: The Deadly Rite of Hazing.  Atlanta, GA: Longstreet Press, 1990.
8. Pienciak, RT:  Deadly Masquerade: A True Story of High Living, Depravity and Murder.  New York: Dutton Book/Penguin Books, 1990.
9. Weller, S:  Marrying the Hangman.  New York: Onyx Book/Penguin Books, 1991.
10. Jones, W:  Free courses for hunters.  Newsday, Dec. 30, 1996, p. A27.
11. Connecticut Public Defender Newsletter:  Judgement for the Defense: Recent Courtroom Victories.  Discovery, Fall, 1996, p. 9.
12. Rosen, P:  Slogan contest winner!.  Education Update 1997; 3:1,2.
13. Blanco-Pampin, JM:  Planned complex suicide: Author's reply [letter].  Am J Forensic Med Pathol 1999; 20:304.

## Reprints of Articles

1. Taff, ML:  Exhumed Presidents' Society.  Reprinted with permission in Bull Muscogee County Med Soc (Columbus, GA), Aug., 1992; 39:11.

## References       Available upon request