# EXHIBIT 16

<u>**List of Documentary Evidence Reviewed By Dr. Mark L. Taff**</u>

<u>**Jordan Mettee**</u>

(1)     Crime Lab Report_Heroin
(2)     Crime Lab Report_Diphenhydramine
(3)     Bellevue Police Department Case Report_Mettee's Silk Road Usage
(4)     BPD Case Report_Metee's Time of Death
(5)     BPD Case Report_Roommate 1 Interview
(6)     BPD Case Report_Roommate 2 Interview
(7)     BPD Case Report_Roommate 3 Interview
(8)     BPD Case Report_Roommate 4 Interview
(9)     BPD Case Report_Roommate 5 Interview
(10)   Mettee Death Summary
(11)   Mettee Autopsy
(12)   Mettee Property List
(13)   14 Additional Photos

<u>**Bryan Barry**</u>

(1)     Barry Death Certificate
(2)     Barry Toxicology Report
(3)     Barry Computer Forensic Report (Silk Road account and Google search history)
(4)     Boston Police Department Case File_Narrative
(5)     BPD Case File_Drug Tests
(6)     BPD Case File_Property List
(7)     Barry Death Summary
(8)     18 Additional Photos

<u>**Alejandro Nunez Avila**</u>

(1)     Avila Death Summary
(2)     DEA 6 - Proffer Summary_Elijah (Silk Road user; supplied Jesse who supplied Avila)
(3)     El Dorado Police Department Case File_Search Warrant Return (Elijah)
(4)     El Dorado PD Case File_Narrative
(5)     El Dorado PD Case File_Elijah Dosage Notes
(6)     El Dorado PD Case File_Property List (Jesse) and Interview (Elijah)_Excerpt (excluded summary of searches and arrests of Jesse and Elijah)
(7)     El Dorado PD Case File_Notes (Facebook conversation about dosage, etc.; cell phone video of Avila's overdose)

**Preston Bridge**

(1)    Bridge Toxicology Report
(2)    Bridge Death Summary
(3)    Aimee Bridge (sister) Statement_Excerpt
(4)    Aiden D-L (friend) Notes of Statement_Excerpt
(5)    Adriana B (friend) Statement_Excerpt
(6)    Jeremy P (friend) Statement_Excerpt
(7)    Daniel C (friend) Statement_Excerpt

**Jacob Lyon-Green**

(1)    Lyon-Green Autopsy and Toxicology Reports
(2)    Lyon-Green Silk Road Activity Report
(3)    Lyon-Green Death Summary

**Scott Wilsdon**

(1)    Wilsdon Autopsy and Toxicology Reports
(2)    Wilsdon Silk Road Activity
(3)    Wilsdon Death Summary