```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: May 18, 2015
------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
                                              :       14 Cr. 68 (KBF)
              -v-                             :
                                              :           ORDER
                                              :
ROSS WILLIAM ULBRICHT,                        :
                          Defendant.          :
------------------------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

Please respond by C.O.B. 5/19/2015 or sooner to the following:

1. Does the Government request a <u>Fatico</u> hearing on the facts proffered by the defendant?

   -- Will the Government be offering any responsive factual materials on those topics?

2. The Court assumes the parties understand that even if they waive a <u>Fatico</u> hearing, the Court will make any necessary findings of fact based on the evidence before it as to matters relevant to sentencing.

3. The Court would like information within five (5) days the parties may have as to whether Silk Road transactions typically involved personal use quantities or resale quantities of narcotics.

SO ORDERED:

Dated:     New York, New York
           May 18, 2015

_____
KATHERINE B. FORREST
United States District Judge