# Silk Road
*anonymous market*

*a few words from the Dread Pirate Roberts*

messages 0 | orders 0 | account ฿0.0000

Search [_____] Go

Hi, **FBINY**
logout

🛒 0

**GOVERNMENT EXHIBIT 911 A**
14 Cr. 68 (KBF)

## Shop by Category

- **Drugs** *13,802*
  - **Stimulants** *1,644*
    - **Cocaine** *643*
      - Candies *3*
      - Coca leaves *12*
      - Crack *32*
    - 2-DPMP *1*
    - 3,4DMMC *17*
    - 4-EMC *3*
    - 4-MEC *24*
    - 6-APB *36*
    - A-PVP *35*
    - Caffeine *11*
    - D2PM *2*
    - Dimethocaine *2*
    - Ephedrine *39*
    - Ethylphenidate *10*
    - FAs *40*
    - FMAs *22*
    - FMCs *1*
    - Khat *1*
    - MDPPP *8*
    - MDPV *60*
    - Mephedrone *101*
    - Meth *261*
    - MOPPP *1*
    - Pentedrone *17*
    - Speed *266*
  - **Cannabis** *2,906*
  - **Dissociatives** *203*
  - **Ecstasy** *1,304*
  - **Intoxicants** *71*
  - **Opioids** *365*
  - **Other** *82*
  - **Precursors** *62*
  - **Prescription** *4,650*
  - **Psychedelics** *1,746*
  - **Tobacco** *218*
- **Apparel** *753*
- **Art** *14*
- **Books** *1,322*
- **Collectibles** *26*
- **Computer equipment** *100*
- **Custom Orders** *87*
- **Digital goods** *892*
- **Drug paraphernalia** *496*
- **Electronics** *239*
- **Erotica** *584*
- **Fireworks** *34*
- **Food** *13*
- **Forgeries** *156*
- **Hardware** *35*
- **Home & Garden** *28*
- **Jewelry** *104*
- **Lab Supplies** *30*
- **Lotteries & games** *169*
- **Medical** *56*
- **Money** *269*
- **Musical instruments** *7*
- **Packaging** *91*

---

sort by: [bestselling ▼]   ☐ Domestic only   [update]

discuss this category *57*

### COCAINE 1G
seller: dispater 0.0
ships from: United Kingdom

5 4 3 2 1

฿0.7996
add to cart

### 1 gram high quality cocaine
seller: Lloydsbrothers 0.0
ships from: United Kingdom

5 4 3 2 1

฿1.3394
add to cart

### GRAND OPENING SALE! PURE UNCUT COCA FISHSCALE 3.5G
seller: JustSmuggledN 0.0
ships from: United States of America

5 4 3 2 1

฿2.3522
add to cart

### 1G Pure Cocaine Cristal !!!!!!
seller: c63amg 0.0
ships from: Netherlands

5 4 3 2 1

฿0.7388
add to cart

### Symbiosis - 1g high quality uncut Cocaine flake
seller: Symbiosis 0.0
ships from: United Kingdom

5 4 3 2 1

฿1.3132
add to cart

### 8Ball (3.5g) of Cocaine
seller: CheapestCocaine 0.0
ships from: United States of America

5 4 3 2 1

฿1.5893
add to cart

### 1g Clean Columbian Cocaine - beautiful
seller: DrCol 0.0
ships from: United Kingdom

5 4 3 2 1

฿1.3064
add to cart

### 1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR
seller: Meerkovo 0.0

5 4 3 2 1

฿1.2937
add to cart

- Electronics 239
- Erotica 584
- Fireworks 34
- Food 13
- Forgeries 156
- Hardware 35
- Home & Garden 28
- Jewelry 104
- Lab Supplies 30
- Lotteries & games 169
- Medical 56
- Money 269
- Musical instruments 7
- Packaging 91
- Services 171
- Sporting goods 3
- Tickets 4
- Writing 7



### 1g Clean Columbian Cocaine - beautiful
seller: DrCol 0.0
ships from: United Kingdom

5
4
3
2
1

฿1.3064
add to cart



### 1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR
seller: Meerkovo 0.0
ships from: United Kingdom

5
4
3
2
1

฿1.2937
add to cart



### GRAND OPENING SALE! PURE UNCUT COCAINE, FISHSCALE
seller: JustSmuggledN 0.0
ships from: United States of America

5
4
3
2
1

฿0.8214
add to cart



### 1 GR. Pure Cocaine
seller: FrankMatthews 0.0
ships from: Netherlands

5
4
3
2
1

฿0.8594
add to cart



### 1 gram Cocaine Powder High Quality Peru Import
seller: OZconnection 0.0
ships from: Australia

5
4
3
2
1

฿2.4297
add to cart



### 5G Pure Cocaine Cristal !!!!!!
seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿3.1278
add to cart



### 1g (1000mg) Pure Peruvian Cocaine (Zero Cutter)
seller: dryice 0.0
ships from: Australia

5
4
3
2
1

฿3.3907
add to cart



### 1gr UNCUT Crystal Cocaine!!
seller: HappyTimezz 0.0
ships from: Netherlands

5
4
3
2
1

฿0.7551
add to cart



### 1 GRAM ULTRA PURE COCAINE- LAB TESTED 90%+ PURITY
seller: shine69 0.0
ships from: United Kingdom

5
4
3
2
1

฿1.3132
add to cart



### 1 Gr Premium Fishscale Cocaine
seller: lexq 0.0
ships from: Canada

5
4
3
2
1

฿0.9017
add to cart



| | 1 Gr Premium Fishscale Cocaine | 5 4 3 2 1 | ฿0.9017 |
| | seller: lexq 0.0 ships from: Canada | | add to cart |



| | 3.5g of Cocaine **FAST SHIPPING** | 5 4 3 2 1 | ฿1.4188 |
| | seller: nationchemz 0.0 ships from: United States of America | | add to cart |

| no image | 7g of Amazing uncut Fishscale Cola | 5 4 3 2 1 | ฿4.4803 |
| | seller: JustSmuggledN 0.0 ships from: United States of America | | add to cart |



| | 3.5 GRAMS OF GOOD QUALITY COCAINE CHEAPEST IN UK! | 5 4 3 2 1 | ฿2.2169 |
| | seller: shine69 0.0 ships from: United Kingdom | | add to cart |



| | COCAINE 3.5G | 5 4 3 2 1 | ฿2.5533 |
| | seller: dispater 0.0 ships from: United Kingdom | | add to cart |



| | 10G Pure Cocaine Cristal !!!!!! | 5 4 3 2 1 | ฿6.1074 |
| | seller: c63amg 0.0 ships from: Netherlands | | add to cart |



| | 3.5 GRAMS ULTRA PURE COCAINE- LAB TESTED 90%+ | 5 4 3 2 1 | ฿3.8710 |
| | seller: shine69 0.0 ships from: United Kingdom | | add to cart |



| | 1 gram ***HIGH GRADE PREMIUM QUALITY COCAINE*** | 5 4 3 2 1 | ฿1.1452 |
| | seller: BestPricePills 0.0 ships from: United States of America | | add to cart |



| | 1Gr High Quality Cocaine from UK delivery 2 days | 5 4 3 2 1 | ฿1.1719 |
| | seller: FPUK 0.0 ships from: United Kingdom | | add to cart |

| | 3.5 grams High quality cocaine | 5 4 3 2 1 | ฿4.0125 |
| | seller: Lloydsbrothers 0.0 ships from: United Kingdom | | add to cart |

# Silk Road
*anonymous market*

*a few words from the Dread Pirate Roberts*

messages 0 | orders 0 | account ฿0.0000

Search [_____] Go

Hi, **FBINY**
logout

🛒 0

**Shop by Category**

- Drugs *13,802*
  - Opioids *365*
    - Heroin *205*
      - Black tar *13*
      - Brown *48*
      - White *23*
    - AH-7921 *16*
    - Kratom *18*
    - Opium *44*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Stimulants *1,644*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [bestselling]  ☐ Domestic only  [update]

**GOVERNMENT EXHIBIT**
**911 B**
14 Cr. 68 (KBF)

discuss this category *22*

---

**Heroin China White One Gram**
seller: supremesmoke 0.0
ships from: United States of America

5
4
3
2
1

฿1.8303
add to cart

---

**HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY**
seller: gotsitall 0.0
ships from: United States of America

5
4
3
2
1

฿1.6858
add to cart

---

**East Coast Style Heroin Stamps x10 (3 FREE!!!)**
*no image*
seller: deezletime 0.0
ships from: United States of America

5
4
3
2
1

฿0.7388
add to cart

---

**0.5g Golden Triangle Heroin #4 AUSTRALIAN DEALER**
seller: ozexpress 0.0
ships from: Australia

5
4
3
2
1

฿1.9105
add to cart

---

**1G Afghan Heroin (Light Brown Powder #3) Strong!**
seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿0.8089
add to cart

---

**1g Golden Triangle Heroin #4 AUSTRALIAN DEALER**
seller: ozexpress 0.0
ships from: Australia

5
4
3
2
1

฿3.6248
add to cart

---

**2.5G Afghan Heroin (Light Brown Powder #3) Strong!**
seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿1.8544
add to cart

---

**Gram of Heroin**
seller: DieselTherapy 0.0

5
4
3

฿0.5228

| Image | Product | Qty | Price |
|---|---|---|---|
|  | **Gram of Heroin**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿0.5228<br>add to cart |
| | **Heroin China White 1/2 Gram**<br>seller: supremesmoke 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿1.2261<br>add to cart |
| no image | **Blue Diamond Heroin 1 Gram**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿0.8588<br>add to cart |
| | **1/2 GR- # 4 AFGHAN HEROIN - US XPRESS**<br>seller: subsrgood 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿0.9708<br>add to cart |
| no image | **HEROIN 1G**<br>seller: dispater 0.0<br>ships from: United Kingdom | 5 4 3 2 1 | ฿0.7999<br>add to cart |
| no image | **East Coast Style Heroin Stamps x 50 Bags (1 Brick)**<br>seller: deezletime 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿2.5888<br>add to cart |
| | **my mid priced batch. HIGH QUALITY heroin no3. 0.5g**<br>seller: jimmy boyle 0.0<br>ships from: United Kingdom | 5 4 3 2 1 | ฿0.7147<br>add to cart |
| | **1 gram of #4 SE Asian White Rock Heroin**<br>seller: OZconnection 0.0<br>ships from: Australia | 5 4 3 2 1 | ฿2.5888<br>add to cart |
| | **Uncut Raw brown Heroin #4 1 Gram WARNING UNCUT RAW**<br>seller: FreeWay 0.0<br>ships from: United States of America | 5 4 3 2 1 | ฿1.9505<br>add to cart |
|  | **1g #3 Afghan Brown Heroin, FAST shipping**<br>seller: JunkieXXL 0.0<br>ships from: Germany | 5 4 3 2 1 | ฿0.6315<br>add to cart |
|  no image | **Blue Diamond Stamp Bags**<br>seller: DieselTherapy 0.0 | 5 4 3 2 | ฿0.0897 |

| Image | Product | Rating | Price |
|---|---|---|---|
|  | **1g #3 Afghan Brown Heroin, FAST shipping**<br>seller: JunkieXXL 0.0<br>ships from: Germany | 5<br>4<br>3<br>2<br>1 | ฿0.6315<br>add to cart |
| no image | **Blue Diamond Stamp Bags**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.0897<br>add to cart |
|  | **5G Afghan Heroin (Light Brown Powder #3) Strong!!!**<br>seller: c63amg 0.0<br>ships from: Netherlands | 5<br>4<br>3<br>2<br>1 | ฿3.5775<br>add to cart |
| no image | **1 gram afghan h #4**<br>seller: Tomorrowman 0.0<br>ships from: Canada | 5<br>4<br>3<br>2<br>1 | ฿1.7098<br>add to cart |
|  | **NYC HEROIN STAMPS**<br>seller: deluxedelivery 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.1651<br>add to cart |
|  | **Pure, Uncut Black Tar Heroin (BTH) 1 Gram**<br>seller: purest 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿1.4281<br>add to cart |
|  | **0.5G Afghan Heroin (Light Brown Powder #3) Strong!**<br>seller: c63amg 0.0<br>ships from: Netherlands | 5<br>4<br>3<br>2<br>1 | ฿0.4937<br>add to cart |
|  | **1/2 Gram Pure, Uncut Black Tar Heroin**<br>seller: purest 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.7796<br>add to cart |
|  | **Heroin Stamp Bags**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.0598<br>add to cart |

1 2 3 > Last ›

# Silk Road
*anonymous market*

messages **0** | orders **0** | account ฿**0.0000**

Search [                    ] Go

*a few words from* **the Dread Pirate Roberts**

**GOVERNMENT EXHIBIT 911 C** 14 Cr. 68 (KBF)

Hi, **FBINY** logout  🛒 **0**

## Shop by Category

**Drugs** *13,802*
- **Psychedelics** *1,746*
  - **LSD** *305*
    - Blotter *225*
    - Candy *2*
    - Liquid *17*
    - Microdots *14*
  - 2C family *299*
  - 3C family *13*
  - 4-AcO family *52*
  - 4-HO family *24*
  - 5-MeO family *85*
  - AL-LAD *8*
  - AMT *5*
  - Bufotenin *1*
  - DMT *164*
  - DOx *44*
  - DPT *12*
  - Entheogens *9*
  - Ibogain *8*
  - LSA *5*
  - LSZ *16*
  - Mescaline *47*
  - MET *1*
  - Mimosa Hostilis *11*
  - Muscimol *2*
  - NBOMe *375*
  - Salvia *31*
  - Shrooms *195*
  - TMA Family *1*
- Cannabis *2,906*
- Dissociatives *203*
- Ecstasy *1,304*
- Intoxicants *71*
- Opioids *365*
- Other *82*
- Precursors *62*
- Prescription *4,650*
- Stimulants *1,644*
- Tobacco *218*

Apparel *753*
Art *14*
Books *1,322*
Collectibles *26*
Computer equipment *100*
Custom Orders *87*
Digital goods *892*
Drug paraphernalia *496*
Electronics *239*
Erotica *584*
Fireworks *34*
Food *13*
Forgeries *156*
Hardware *35*
Home & Garden *28*
Jewelry *104*
Lab Supplies *30*
Lotteries & games *169*
Medical *56*
Money *269*
Musical instruments *7*
Packaging *91*
Services *171*
Sporting goods *3*
Tickets *4*
Writing *7*

---

sort by: [bestselling ▼]    ☐ Domestic only   [update]

discuss this category *38*

### 10 hits of POTENT and CLEAN LSD - White label
seller: **Tessellated** 0.0
ships from: Canada

5 | 4 | 3 | 2 | 1

**฿0.9708**
add to cart

### 10 x 120 mic LSD Tabs. PROMO PRICE. Trusted Vendor
seller: **alaska** 0.0
ships from: Germany

5 | 4 | 3 | 2 | 1

**฿0.8438**
add to cart

### 10 x 150ug LSD Blotters - PURE, CLEAN and POTENT
seller: **Peaceful** 0.0
ships from: Australia

5 | 4 | 3 | 2 | 1

**฿1.0487**
add to cart

### 25 x120 mic LSD Tabs. FULL PICTURE. Trusted Vendor
seller: **alaska** 0.0
ships from: Germany

5 | 4 | 3 | 2 | 1

**฿1.6459**
add to cart

### 20 x 150ug LSD Blotters - PURE, CLEAN and POTENT
seller: **Peaceful** 0.0
ships from: Australia

5 | 4 | 3 | 2 | 1

**฿1.9225**
add to cart

### 10 blotters *Dalai Lama LAB TESTED @ 210ug*
seller: **FartBomber** 0.0
ships from: Netherlands

5 | 4 | 3 | 2 | 1

**฿0.9830**
add to cart

### 25 hits of POTENT and CLEAN LSD - White label
seller: **Tessellated** 0.0
ships from: Canada

5 | 4 | 3 | 2 | 1

**฿2.3522**
add to cart

### 50 x DUTCH Premium LSD - Clean REAL - Lab test
seller: **HollandOnline** 0.0
ships from: Netherlands

5 | 4 | 3 | 2 | 1

**฿1.9185**
add to cart

### 200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor
seller: **alaska** 0.0
ships from: Germany

5 | 4 | 3 | 2 | 1

**฿8.9672**
add to cart

Services 171
Sporting goods 3
Tickets 4
Writing 7



200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor

seller: alaska 0.0
ships from: Germany

5
4
3
2
1

฿8.9672
add to cart



Haizenberg Hoffman HQ LSD 100UG x10 blotters

seller: Haizenberg 0.0
ships from: Czech Republic

5
4
3
2
1

฿0.5755
add to cart



25 blotters *Dalai Lama LAB TESTED @ 210ug*

seller: FartBomber 0.0
ships from: Netherlands

5
4
3
2
1

฿2.0306
add to cart



5 blotters *Dalai Lama LAB TESTED @ 210ug*

seller: FartBomber 0.0
ships from: Netherlands

5
4
3
2
1

฿0.5346
add to cart



Haizenberg Hoffman LSD x5 Blotters -100UG !

seller: Haizenberg 0.0
ships from: Czech Republic

5
4
3
2
1

฿0.3296
add to cart



100 x DUTCH Premium LSD - Clean REAL - Lab test

seller: HollandOnline 0.0
ships from: Netherlands

5
4
3
2
1

฿3.7562
add to cart



50 hits of POTENT and CLEAN LSD - White label

seller: Tessellated 0.0
ships from: Canada

5
4
3
2
1

฿4.4803
add to cart



Haizenberg Hoffman HQ LSD 100UG x25 blotters

seller: Haizenberg 0.0
ships from: Czech Republic

5
4
3
2
1

฿1.2666
add to cart



LSD - RED MICRODOTS - 120/125UG x100 DOTS

seller: jerseycow 0.0
ships from: Ireland

5
4
3
2
1

฿4.7258
add to cart



100x LSD blotter WoW

seller: OrderOfThePhoenix 0.0

5
4
3
2

฿4.6670

| | | | |
|---|---|---|---|
| | 100x LSD blotter WoW<br>seller: OrderOfThePhoenix 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿4.6670<br>add to cart |
| | 50x LSD blotter WoW 100ug<br>seller: OrderOfThePhoenix 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿2.4642<br>add to cart |
| | 10 x DUTCH Premium LSD - Clean 8 REAL - Lab test<br>seller: HollandOnline 0.0<br>ships from: Netherlands | 5<br>4<br>3<br>2<br>1 | ฿0.5705<br>add to cart |
| | LSD - RED MICRODOTS - 120/125UG x10 DOTS<br>seller: jerseycow 0.0<br>ships from: Ireland | 5<br>4<br>3<br>2<br>1 | ฿0.7612<br>add to cart |
| | 4 Potent LSD blotters<br>seller: Clearance 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.4281<br>add to cart |
| | 25x LSD blotter WoW 100ug<br>seller: OrderOfThePhoenix 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿1.4935<br>add to cart |
| | 50 x 150ug LSD Blotters - PURE, CLEAN and POTENT<br>seller: Peaceful 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿3.8450<br>add to cart |
| | 3 blotters *Dalai Lama LAB TESTED @ 210ug*<br>seller: FartBomber 0.0<br>ships from: Netherlands | 5<br>4<br>3<br>2<br>1 | ฿0.3337<br>add to cart |

1 2 3 > Last ›

# Silk Road
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

*a few words from*
**the Dread Pirate Roberts**

Search [_____] Go

Hi, **FBINY**
*logout*

🛒 **0**

**GOVERNMENT EXHIBIT**
**911 D**
14 Cr. 68 (KBF)

**Shop by Category**

- **Drugs** *13,802*
  - **Stimulants** *1,644*
    - Meth *261*
    - 2-DPMP *1*
    - 3,4DMMC *17*
    - 4-EMC *3*
    - 4-MEC *24*
    - 6-APB *36*
    - A-PVP *35*
    - Caffeine *11*
    - Cocaine *643*
    - D2PM *2*
    - Dimethocaine *2*
    - Ephedrine *39*
    - Ethylphenidate *10*
    - FAs *40*
    - FMAs *22*
    - FMCs *1*
    - Khat *1*
    - MDPPP *8*
    - MDPV *60*
    - Mephedrone *101*
    - MOPPP *1*
    - Pentedrone *17*
    - Speed *266*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [bestselling ▼]  ☐ Domestic only  [update]

discuss this category *55*

**3.5 Grams (Ball) Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
5 / 4 / 3 / 2 / 1
฿1.4935
add to cart

**ICE / 5 POINTS (0.5G)**
seller: AUSexpress 0.0
ships from: Australia
5 / 4 / 3 / 2 / 1
฿1.9575
add to cart

**✗✗✗ 0.5g High Quality Chinese Ice/Meth ✗✗✗**
seller: IceIceIce 0.0
ships from: Australia
5 / 4 / 3 / 2 / 1
฿2.3518
add to cart

**✗✗✗ 0.25g High Quality Chinese Ice/Meth ✗✗✗**
seller: IceIceIce 0.0
ships from: Australia
5 / 4 / 3 / 2 / 1
฿1.2812
add to cart

**7 Grams Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
5 / 4 / 3 / 2 / 1
฿2.8002
add to cart

**14 Grams Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
5 / 4 / 3 / 2 / 1
฿5.2271
add to cart

**✗✗✗ 1g High Quality Chinese Ice/Meth ✗✗✗**
seller: IceIceIce 0.0
ships from: Australia
5 / 4 / 3 / 2 / 1
฿4.2735
add to cart

**One gram High Quality Crystal Meth (ICE)**
seller: have a puff 0.0
ships from: Australia
5 / 4 / 3 / 2 / 1
฿3.8450
add to cart

**Half Gram (0.5g) High Quality Crystal Meth (ICE)**
seller: have a puff 0.0
5 / 4 / 3 / 2 / 1
฿2.0274




### Half Gram (0.5g) High Quality Crystal Meth (ICE)
seller: have a puff 0.0
ships from: Australia

₿2.0274
add to cart


### Tina .5g (Half Gram) Just imported huge shards!
seller: mrmerlin25 0.0
ships from: United Kingdom

₿1.2100
add to cart


### 0.25 imported meth
seller: tuksh0p 0.0
ships from: Australia

₿1.3070
add to cart


### 0.1 POINT - ICE. METHAMPHETAMINE. HIGH GRADE.
seller: SydneysFinest 0.0
ships from: Australia

₿0.4544
add to cart


### ICE / 8 BALL (3.5G)
seller: AUSexpress 0.0
ships from: Australia

₿11.0110
add to cart


### 1.0g Crystal Meth Ice Shards
seller: MarijuanaIsMyMuse 0.0
ships from: Canada

₿0.8214
add to cart


### 1 Gram Pure Crystal Methamphetamine
seller: chaletla 0.0
ships from: United States of America

₿0.6721
add to cart


### 0.5G PURE METHAMPHETAMINE UNCUT +++
seller: BreakingEven 0.0
ships from: Australia

₿1.9225
add to cart


### ⚔Xx 3.5g High Quality Chinese Ice/Meth ⚔Xx
seller: IceIceIce 0.0

₿12.5420

| | | | |
|---|---|---|---|
|  | ✗✗✗ 3.5g High Quality Chinese Ice/Meth ✗✗✗<br>seller: IceIceIce 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿12.5420<br>add to cart |
|  | ✗✗✗ 1.75g High Quality Chinese Ice/Meth ✗✗✗<br>seller: IceIceIce 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿6.9947<br>add to cart |
|  | 0.50 imported meth<br>seller: tucksh0p 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿2.2703<br>add to cart |
|  | 1 gram imported meth<br>seller: tucksh0p 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿4.0098<br>add to cart |
|  | 0.5 HALF GRAM - ICE. METHAMPHETAMINE. HIGH GRADE.<br>seller: SydneysFinest 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿1.7477<br>add to cart |
|  | crystal methamphetamines .25 gram<br>seller: xinhai 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.2241<br>add to cart |
|  | ICE / Quater Oz (7.0G)<br>seller: AUSexpress 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿20.9730<br>add to cart |
|  | 7g Pure Methamphetamine Ice + Free Shipping!<br>seller: AmericaOnDrugs 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿2.9865<br>add to cart |
|  | NEW! 1 GR. High Quality Meth/ICE/Bohemian Cuisine<br>seller: icemancz 0.0<br>ships from: Germany | 5<br>4<br>3<br>2<br>1 | ฿0.8869<br>add to cart |