LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION
29 BROADWAY, SUITE 1412
NEW YORK, NEW YORK 10006

---

TEL (212) 732-0707
FAX (212) 571-3792
E-Mail: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

May 18, 2015

**BY HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 19 2015

　　　　　　　　Re:　　*United States v. Ross Ulbricht*,
　　　　　　　　　　　　14 Cr. 68 (KBF)

Dear Judge Forrest:

　　　Enclosed please find a hard copy of the *Fatico* Letter, Declaration, and Exhibits 1 through 16, submitted on behalf of defendant Ross Ulbricht via ECF, on Friday, May 15, 2015. Additionally, please find a disc containing Exhibits 1 through 16 in electronic format for the Court's convenience.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Lindsay A. Lewis

LAL/

Encl.

ORDERED
MAY 18 2015
Post on Docket

K. P. Forrest

Katherine B. Forrest, USDJ