














Silk Road
anonymous market
messages 0 | orders 0 | account ฿0.0000
a few words from
the Dread Pirate Roberts
Search
Go
Hi, FBINY
logout
0
Shop by Category
Forgeries 156
Fake IDs 55
Passports 10
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Drugs 13,802
Electronics 239
Erotica 584
Fireworks 34
Food 13
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7
sort by: bestselling
Domestic only
update
discuss this category 0
! Ohio (US) Novelty / Fake ID (holos/magstrip/UV)
seller: TedDanzigSR 0.0
ships from: United States of America
฿1.9788
add to cart
Illinois Driver's License [Holograms+UV+Scans]
seller: MisterReplicator 0.0
ships from: United States of America
฿1.1857
add to cart
Illinois Fake ID (UV/Scans/Blacklights) BEST ON SR
seller: leOracle 0.0
ships from: United States of America
฿1.1452
add to cart
New South Wales Driving License (Holograms+Scans)
seller: KingOfClubs 0.0
ships from: undeclared
฿1.4935
add to cart
Illinois Fake ID License ** UV, Hologram, Scans **
seller: crcr1 0.0
ships from: United States of America
฿0.8961
add to cart
♔ Forged Social Security Card ♔
seller: namedeclined 0.0
ships from: United States of America
฿0.3707
add to cart
Illinois ID(UV/Scans/Blcklghts)WORKS IN CLUBS/BARS
seller: idsupply 0.0
ships from: United States of America
฿0.7468
add to cart
UK Driving License (Holograms + Scannable)
seller: KingOfClubs 0.0
ships from: undeclared
฿1.4935
add to cart

**Silk Road** anonymous market

messages 0 | orders 0 | account ฿0.0000

Search [ ] Go

a few words from the Dread Pirate Roberts

Hi, **FBINY** *logout* 0

Shop by **Category**

- Forgeries *156*
  - Passports *10*
  - Fake IDs *55*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Drugs *13,802*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: bestselling | Domestic only | update | discuss this category *0*

**EU Passport Scan - Customised HQ**
seller: starlight 0.0
ships from: Netherlands
฿0.6314 add to cart

**NEW USA PASSPORT CUSTOM SCAN, ANY NAME, ANY PIC**
seller: perfectscans 0.0
ships from: United States of America
฿0.7393 add to cart

**UK British Passport Custom Scan Any Name/Pic**
seller: perfectscans 0.0
ships from: United Kingdom
฿0.7393 add to cart

**(( AUSTRALIAN PASSPORT SCAN, ANY NAME, ANY PIC**
seller: perfectscans 0.0
ships from: Australia
฿0.9633 add to cart

**USA Custom Passport/SSN ID Any Name, Any Pic**
seller: perfectscans 0.0
ships from: United States of America
฿0.9334 add to cart

**NEW USA PASSPORT CUSTOM SCAN, ANY NAME, ANY PIC**
seller: perfectscans 0.0
ships from: United Kingdom
฿0.7393 add to cart

no image

**100% REALl USA PASSPORT! AUCTION! MAKE AN OFFER!!**
seller: Rapid RX 0.0
ships from: United States of America
฿5.1853 add to cart

no image

**Romania / Romanian passport - valid, OK for travel**
seller: EuHighz 0.0
ships from: Hungary
฿11.7470 add to cart

**Real Passport/New Identity in 30 days RUSH SERVICE**
seller: IdentitySource 0.0
ships from: undeclared
฿156.0700 add to cart

**A Real Passport, A New Identity in 45 days**
seller: IdentitySource 0.0
ships from: undeclared
฿120.0500 add to cart

Silk Road
anonymous market
messages 0 | orders 0 | account ฿0.0000
a few words from
the Dread Pirate Roberts
Search
Go
Hi, FBINY
logout
0
Shop by Category
Digital goods 892
Media 143
Video Games 10
Invites / Accounts 12
Security 25
Synthesis 8
Video 103
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Drug paraphernalia 496
Drugs 13,802
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7
sort by: bestselling
Domestic only
update
discuss this category 0
Windows 7
Windows 7 - All Versions
seller: plutopete 0.0
ships from: United Kingdom
฿0.0961
add to cart
FREE
WI-FI
WIRELESS INTERNET ACCESS
Crack WiFi Passwords for FREE INTERNET
seller: aldog25 0.0
ships from: undeclared
฿0.2323
add to cart
[Android] Hackers Handbook (Full Version)
seller: sh4d3r1950 0.0
ships from: undeclared
฿0.0609
add to cart
Adobe Photoshop Cs6 Extended 13.0.1 Portable
seller: HipsterPikachu 0.0
ships from: undeclared
฿0.0496
add to cart
Adobe
Ps
Adobe Photoshop CC - Hacked Portable Copy
seller: namedeclined 0.0
ships from: undeclared
฿0.0370
add to cart
no image
Rosetta Stone 3.4.5 All Languages (PC) BEST price!
seller: mesa235z 0.0
ships from: United States of America
฿0.0373
add to cart
Pro
[Android] Hackers Home Pro (Fully Fuctional)
seller: sh4d3r1950 0.0
ships from: undeclared
฿0.0366
add to cart

Silk Road
anonymous market
messages 0
orders 0
account ฿0.0000
the Dread Pirate Roberts
Search
Go
Hi, FBINY
logout
0
Shop by Category
Digital goods 892
Invites / Accounts 12
Media 143
Security 25
Synthesis 8
Video 103
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Drug paraphernalia 496
Drugs 13,802
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7
sort by: bestselling
Domestic only
update
discuss this category 0
SniffSniff
HUGE Hacking Pack **150+ HACKING TOOLS&PROGRAMS;**
seller: sniffsniff 0.0
ships from: undeclared
5 4 3 2 1
฿0.1867
add to cart
Sassafras oil to mdma.hcl guide, 1kg easy, sick!
seller: ron paul 0.0
ships from: United States of America
5 4 3 2 1
฿4.4017
add to cart
Lab Notes: LSD synthesis! Two guides in one! EASY!
seller: ron paul 0.0
ships from: United States of America
5 4 3 2 1
฿7.1220
add to cart
VOYAGER GT
CORSAIR
Extreme Darknet Bootable USB (v2) 16GB
seller: uglysurfer 0.0
ships from: United States of America
5 4 3 2 1
฿0.4973
add to cart
ATM
ATM Cash Machine Hack...
seller: UK Stealth 0.0
ships from: United States of America
5 4 3 2 1
฿0.6000
add to cart
SniffSniff
Netflix Account
seller: sniffsniff 0.0
ships from: undeclared
5 4 3 2 1
฿0.0374
add to cart
supreme psy
ALL Hacking Listings (40% Discount)
seller: supremePSY 0.0
ships from: United States of America
5 4 3 2 1
฿0.6123
add to cart

Silk Road
anonymous market
messages 0
orders 0
account ฿0.00
Search
Go
a few words from
the Dread Pirate Roberts
Hi, ajax424
logout
0
Shop by Category
Jewelry 47
Apparel 87
Art 5
Books 736
Collectibles 13
Computer equipment 17
Custom Orders 21
Digital goods 317
Drug paraphernalia 105
Drugs 2,603
Electronics 15
Erotica 291
Fireworks 3
Food 3
Forgeries 46
Hardware 2
Herbs & Supplements 9
Home & Garden 7
Lab Supplies 6
Lotteries & games 31
Medical 3
Money 62
Packaging 21
Services 42
Tickets 1
Weight loss 13
Writing 3
Yubikeys 3
sort by: bestselling
Domestic only
update
Replica Tiffany&Co; Like the Wind Fashion Earrings
seller: AsianVixen(100)
ships from: undeclared
฿0.93
add to cart
Replica Tiffany & Co three hearts Necklace
seller: AsianVixen(100)
ships from: undeclared
฿1.29
add to cart
Cartier Love Ring - Woman & Man
seller: FoxyGirl(100)
ships from: China
฿1.91
add to cart
Beautiful Hermes bracelet Replica
seller: FoxyGirl(100)
ships from: undeclared
฿2.68
add to cart
Replica Tiffany&Co;. Heart bracelet
seller: AsianVixen(100)
ships from: undeclared
฿1.41
add to cart
Beautiful Cartier Necklace replica
seller: FoxyGirl(100)
ships from: China
฿3.21
add to cart

Silk Road
anonymous market
messages 0
orders 0
account ฿0.00
Search
Go
the Dread Pirate Roberts
Hi, ajax424
logout
0
Shop by Category
Apparel 87
Clothing 22
Handbags 3
Sunglasses 32
Watches 26
Art 5
Books 736
Collectibles 13
Computer equipment 17
Custom Orders 21
Digital goods 317
Drug paraphernalia 105
Drugs 2,603
Electronics 15
Erotica 291
Fireworks 3
Food 3
Forgeries 46
Hardware 2
Herbs & Supplements 9
Home & Garden 7
Jewelry 47
Lab Supplies 6
Lotteries & games 31
Medical 3
Money 62
Packaging 21
Services 42
Tickets 1
Weight loss 13
Writing 3
Yubikeys 3
sort by: bestselling
Domestic only
update
Hermes Real Leather Belt - Woman & Man
seller: Foxy Girl(100)
ships from: China
฿6.93
add to cart
LV Initials Damier Graphite Belt Replica -Man
seller: Foxy Girl(100)
ships from: China
฿3.63
add to cart
Fake Ray ban RB2140 Sunglasses - Children
seller: Foxy Girl(100)
ships from: China
฿3.20
add to cart
Gucci Belt with Square Buckle - Woman
seller: Foxy Girl(100)
ships from: China
฿3.33
add to cart
LV Inventeur Damier Ebene Reversible Belt - Man
seller: Foxy Girl(100)
ships from: China
฿4.34
add to cart
LV Initials Damier Ebene Belt Replica - Man
seller: Foxy Girl(100)
ships from: China
฿4.60
add to cart

**Silk Road**
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

Search [ ] Go

a few words from
the Dread Pirate Roberts

Hi, **FBINY**
*logout*

0

Shop by **Category**

- Books *1,322*
  - Magazines *3*
  - Newsletters *4*
  - Physical Books *15*
- Apparel *753*
- Art *14*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Drugs *13,802*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: bestselling ☐ Domestic only [update]

discuss this category *0*

All New 5 ATM Cash Machine HackS...
seller: UK Stealth 0.0
ships from: United States of America
5 4 3 2 1
฿0.6000
add to cart

How To - MDMA Synthesis Complete guide
seller: optiman 0.0
ships from: undeclared
5 4 3 2 1
฿0.6980
add to cart

How to Get ANY Cell Phone for FREE
seller: sniffsniff 0.0
ships from: undeclared
5 4 3 2 1
฿0.1494
add to cart

BYE BYE BIG BROTHER -- OFFSHORE BANKING MANUAL
seller: echo 0.0
ships from: United States of America
5 4 3 2 1
฿0.5601
add to cart

HUGE Compliation of Info-Graphics. MUST HAVE!
seller: shroomeister 0.0
ships from: United States of America
5 4 3 2 1
฿0.0579
add to cart




The Great Big Narcotics Cookbook EBOOK
seller: xRedBullx 0.0
ships from: undeclared




฿0.0414
add to cart




Massive Collection of Banned and Rare Books
seller: captainpicard 0.0
ships from: undeclared
5 4 3 2 1
฿0.0074
add to cart

Silk Road
anonymous market
messages 0 | orders 0 | account ฿0.0000
a few words from
the Dread Pirate Roberts
Search
Go
Hi, FBINY
logout
0
Shop by Category
Money 269
Bullion 27
Digital currencies 48
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Drugs 13,802
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7
sort by: bestselling
Domestic only
update
discuss this category 9
$1,000 US Dollars (10 $100 bills)
seller: gold 0.0
ships from: United States of America
฿9.3597
add to cart
$10,000 US Dollars (100 $100 bills)
seller: gold 0.0
ships from: United States of America
฿91.6370
add to cart
$100 US Dollars (1 $100 bill)
seller: gold 0.0
ships from: United States of America
฿0.9830
add to cart
$1000 USD Cash AND 1 Ounce Amer. Buffalo Gold Coin
seller: gold 0.0
ships from: United States of America
฿19.9820
add to cart
£100 - Tesco Vouchers UK
seller: Mr BlackHat 0.0
ships from: United Kingdom
฿0.3050
add to cart
$100 Bill
seller: CashExpress 0.0
ships from: United States of America
฿0.9180
add to cart
ANONYMOUS VISA ATM CARD EUR/ USD + Bank ACC
seller: BioCanna 0.0
ships from: Poland
฿0.3421
add to cart
ANONYMOUS | VISA ATM DEBIT CARD | EUR/USD/GBP
฿0.1380
add to cart