# Silk Road
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

*a few words from*
the Dread Pirate Roberts

Search [_____] Go

Hi, **FBINY**
logout

🛒 0

## Shop by Category

- Drugs *13,802*
  - Cannabis *2,906*
    - Synthetic *212*
      - Chemicals *123*
      - Smoking Blend *43*
    - Concentrates *302*
    - Cuttings *1*
    - Edibles *157*
    - Hash *559*
    - Pre-rolled *21*
    - Seeds *143*
    - Shake *17*
    - Topicals *9*
    - Trim *14*
    - Weed *1,230*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Stimulants *1,644*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [bestselling]   ☐ Domestic only   [update]

discuss this category *0*

### 3.5grams 100% pure JWH-018
seller: alkaloyd 0.0
ships from: United States of America
5 4 3 2 1
**฿0.3707**
add to cart

### 5F-UR-144 - 1g - Pure and Domestic
seller: illegal entrepreneur 0.0
ships from: United States of America
5 4 3 2 1
**฿0.0897**
add to cart

### JWH-073 1g - synthetic THC magic
seller: nawlins 0.0
ships from: United States of America
5 4 3 2 1
**฿0.2614**
add to cart

### OMG I'M SO FUCKING STONED 3g @ 4% JWH-018 FRESH
seller: nawlins 0.0
ships from: United States of America
5 4 3 2 1
**฿0.1493**
add to cart

### BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends
seller: nawlins 0.0
ships from: United States of America
5 4 3 2 1
**฿0.2237**
add to cart

### 1 One gram JWH-018
seller: FatBurger 0.0
ships from: United States of America
5 4 3 2 1
**฿0.2241**
add to cart

### 1gram of Ultra Pure JWH-018 99+% pure white powder
seller: alkaloyd 0.0
5 4 3 2 1
**฿0.1486**
add to cart



**Silk Road** — anonymous market

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts

Search [ ] Go   Hi, **FBINY** logout   0

Shop by Category



☼ Astro Turf ☼ Syntheic Cannabis 30g | 5F-UR-144

**฿0.3734**

add to cart | bookmark | discuss 0 | report

**Item info:**

| | |
|---|---|
| seller | illegal entrepreneur 0.0 |
| ships from | United States of America |
| ships to | Worldwide |
| category | Smoking Blend |

*postage options:*
combined (฿0.0000)  ?

## Description

☼ Astro Turf ☼ - 30g - 5F-UR-144

INFO:

```
Name: Astro Turf
Net Weight: 30g
Price Per Gram: $1.65
Scent: None
Strength: 2g:1oz chem/leaf ratio
Leaf(s) Used: Damiana
Chem(s) used: 5F-UR-144
```

SHIPPING:

Please only choose "Ships Free" if it says free shipping in the title.

I promise to only sell the best and purest spice and chem. on the market. My spice is never full of stems and my chem. is never cut!

Become a Fan!! Keep an eye on my seller page for new blends.

If you have any questions please message me!

****SEE SELLER PAGE FOR PGP****

## Reviews:

sort by: [freshness] [go] ?



**King Salami**
orders spent vendors
10+  ฿1+  10+

review for: ☼ Astro Turf ☼ Syntheic Cannabis 30g | 5F-UR-144   qty: 1   price: ฿0+

Perfect stealth. Just had 2 cones mixed and I am nicely stoned. Great stuff , came quick to Aus and wasn't intercepted by kangaroos. I will definitely be back.

1y 8m old   5 of 5

**alias hidden**
stats: (hidden)

review for: ☼ Astro Turf ☼ Syntheic Cannabis 30g | 5F-UR-144

gotta mow that astro-turf, man.

1y 11m old   5 of 5

 **Silk Road** — anonymous market

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts 

Search [    ] Go

Hi, **FBINY** / logout     0

Shop by Category



## 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-

**฿0.9207**

add to cart | bookmark | discuss 0 | report

**Item info:**
| | |
|---|---|
| seller | BURN CITY 0.0 |
| ships from | Australia |
| ships to | Australia |
| category | Synthetic |

postage options:
[ EXPRESS POST (฿0.03$ ] (?)

### Description

Our synthetic weed is super strong. I can't let you know the chemical makeup as it's currently legal in AUS and I don/t want it getting found out. We are ex suppliers in a big was in AUS and now due to federal bans we have gone underground. Rest assure the blends we use although SUPER STRONG are legit and not harmful stuff.

We do however recommend you toke lightly. Give it 2-4 tokes and wait a few minutes. If smoking through a bong have a half cone first. Guys its really strong.

### Reviews:

sort by: [freshness] [go] (?)

**free2c** — orders spent vendors 10+ ฿100+ 10+
*review for:* 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-   qty: 1   price: ฿0+
Arrived super quickly, superb stealth method and I'm sure I've tried some before bcoz I recognise the look and smell - so I know it's the best synth available atm (and it's legal, too!) Huge props to BURN CITY - count on me for repeat business!
1y 8m old   5 of 5

**alias hidden** — stats: (hidden)
*review for:* 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-
Superb quality and great high as per usual. Thanks Burn City, you are the original and the best.
1y 9m old   5 of 5

**alias hidden** — stats: (hidden)
*review for:* 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-
awesome as always
1y 9m old   5 of 5

**alias hidden** — stats: (hidden)
*review for:* 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-
lovely
1y 9m old   5 of 5

**alias hidden** — stats: (hidden)
*review for:* 7G SUPER STRONG SYNTHETIC MARIJUANA -AUS VENDOR-
1/2 a bong half an hour ago and I'm still ripped. This stuff is strong and has serious legs. Delivery was next day as guaranteed. A+++
1y 9m old   5 of 5

 **Silk Road** anonymous market

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts 

Search [ ] Go

Hi, **FBINY** logout

0

Shop by Category



## BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends

**฿0.2237**

add to cart | bookmark | discuss 0 | report

**Item info:**
| | |
|---|---|
| seller | nawlins 0.0 |
| ships from | United States of America |
| ships to | United States of America |
| category | Smoking Blend |

*postage options:*
Priority Mail USA (฿0.0) ?

### Description

5 grams each of two very strong smoking blends made with the legendary synthetic cannabinoids JWH-018 and JWH-073.

5g of JWH-018 at 4% blend.
5g of JWH-073 at 4% blend.

Ten grams total.

Remember kids, Don't forget your screens....
in Brass: http://silkroadvb5piz3r.onion/silkroad/item/97069ff760
or Stainless Steel: http://silkroadvb5piz3r.onion/silkroad/item/60f58b49aa

### Reviews:

sort by: [freshness] [go] ?

**irishjunkie420**
orders spent vendors
10+  ฿10+  10+

review for: BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends   qty: 3   price: ฿0+
Perfect Transaction A+++

1y 7m old   5 of 5

**bobdole111**
orders spent vendors
1+  ฿1+  1+

review for: BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends   qty: 1   price: ฿0+
Good packaging, solid weight on the product, and reasonable stealth. Took a little bit longer than expected to ship, but that might have just been the weekend too. Seems like a pretty solid seller!

1y 7m old   5 of 5

**ojsam329**
orders spent vendors
10+  ฿1+  10+

review for: BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends   qty: 1   price: ฿0+
Nice stealth, good packaging! Product looks good! Would recommend!

1y 7m old   5 of 5

**jeebuskreyest**
orders spent vendors
10+  ฿100+  10+

review for: BRAIN DAMAGE 5g of each JWH-018 & 073 @ 4% blends   qty: 1   price: ฿0+
A #1 Joe!!

Jeebus wut is this stuff? LOL

Me Love you Long Time Joe :-)

1y 7m old   5 of 5




**Silk Road** — anonymous market

messages 0 | orders 0 | account ฿0.0000
a few words from the Dread Pirate Roberts
Search [         ] Go
Hi, **FBINY** / logout
0

Shop by Category



### 3g Kush Synthetic Blend Sale HOT !

**฿0.1529**

add to cart | bookmark | discuss 3 | report

**Item info:**
seller — CrystalMethCat 0.0
ships from — Germany
ships to — Worldwide
category — Smoking Blend

*postage options:*
Free (฿0.0000)

---

**Description**

Hi friends !

_____
$$*SALE ON ALL MY SYNTHETIC CANNA BLENDS*$$
. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


CHOOSE 4 IN QUANTITY OF ANY OF MY BLENDS LISTED AND GET A 5TH ONE FOR FREE !!

or

CHOOSE 10 IN QUANTITY OF ANY OF MY BLENDS LISTED AND GET 3PACKS FOR FREE !!

_____
BUY 4 PACKS AND GET 5 ! |
-------------------------------------------
or
_____
BUY 10 PACKS AND GET 13 ! |
-------------------------------------------
_____

Here i offer u 1 Pack of famous Kush 3g Blend ! Youll get the original sealed ZipperBag, containing 3g of Herbals. Strength is 9/10.

Its the original recipe mixture, no cheap imitate !

Check it out

---

**Reviews:**

sort by: [freshness] [go] 

฿1 = ฿1.0000

community forums | wiki | support




# Silk Road
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

Search [    ] Go

*a few words from* the Dread Pirate Roberts

Hi, **FBINY**
logout

Shop by Category

## CP 47,497 / Cannabicyclohexanol - 100g

**฿13.4110**

add to cart | bookmark | discuss 0 | report

**Item info:**
| | |
|---|---|
| seller | b1g1mpact 0.0 |
| ships from | Czech Republic |
| ships to | Worldwide |
| category | Chemicals |

*postage options:*
European Union (฿0.0)

### Description

CP 47,497 / Cannabicyclohexanol

2-[(1R,3S)-3-hydroxycyclohexyl]- 5-(2-methyloctan-2-yl)phenol

This is the C8 - or 1,1, dimethyloctyl homologue - of CP 47,497, which is several times more potent than standard CP 47,497. It is one of the most potent synthetic cannabinoids, around 20x stronger than THC. The product should be used sparingly, it is normally dissolved in warm alcohol and evaporated off of a smokeable herb. If using neat, use in very small quantities.

CP 47,497 is a cannabinoid receptor agonist drug, developed by Pfizer in the 1980s.[1] It has analgesic effects and is used in scientific research. It is a potent CB1 agonist with a Kd of 2.1nM. The compound is widely illegal in Europe and the far East since the ingredients of Spice were found.

Chemical formula: $C_{21}H_{34}O_2$

CAS number: 70434-82-1

We ship super stealth, in heat sealed, triple layered, odour free pouches.

**Reviews:**

sort by: [freshness] [go]

| alias hidden | review for: CP 47,497 / Cannabicyclohexanol - 100g | 1y 9m old | 5 of 5 |
| stats: (hidden) | Leave feedback here | | |

฿1 = ฿1.0000

community forums | wiki | support



# Silk Road
*anonymous market*

messages **0** | orders **0** | account ฿**0.0000**

*a few words from* the Dread Pirate Roberts

Search [            ] Go

Hi, **FBINY**
logout

🛒 **0**

**Shop by Category**



## 1/2 OZ Stupid Strong Spice *CHEAP*

**฿0.2614**

add to cart | bookmark | discuss *0* | report

**Item info:**

| | |
|---|---|
| seller | j1m1th1ng 0.0 |
| ships from | United States of America |
| ships to | United States of America |
| category | Smoking Blend |

*postage options:*
[ multi item order alrea ] 

### Description
This is our "Stupid Strong" straight spice blend we use a stupid high ratio of noids to blend. You will not find a blend with a higher ratio out there. This blend used 100% destimmed and cleaned marshmellow leaf and tons of AM-2201 and 5F-AKB48 in just the right ratio and for basement level prices.

**Reviews:**

sort by: [freshness ▼] [go] ?

฿1 = ฿1.0000

community forums | wiki | support




**Silk Road** — anonymous market

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts

Search [ ] Go

Hi, **FBINY** logout  0

Shop by **Category**

## JWH-018 - 30g

**฿3.8334**

add to cart | bookmark | discuss 0 | report

**Item info:**
| | |
|---|---|
| seller | b1g1mpact 0.0 |
| ships from | Czech Republic |
| ships to | Worldwide |
| category | Chemicals |

*postage options:*
European Union (฿0.0) ?

### Description

JWH-018

Naphthalen-1-yl-(1-pentylindol-3-yl)methanone

The original ingredient of the legendary Spice is still one of the most popular synthetic ingredients. Ours is 99.9% certified pure and absolutely top quality.

JWH-018 (1-pentyl-3-(1-naphthoyl)indole) or AM-678[1] is an analgesic chemical from the naphthoylindole family that acts as a full agonist at both the CB1 and CB2 cannabinoid receptors, with some selectivity for CB2.

Chemical formula: $C_{24}H_{23}NO$

CAS number: 209414-07-3

We ship in heat sealed, triple layered, odour free pouches and send in extreme stealth.

### Reviews:

sort by: [freshness] [go] ?

| alias hidden | review for: JWH-018 - 30g | 1y 9m old | 5 of 5 |
| stats: (hidden) | Brilliant as always | | |

| alias hidden | review for: JWH-018 - 30g | 1y 9m old | 5 of 5 |
| stats: (hidden) | Leave feedback here | | |

฿1 = ฿1.0000

community forums | wiki | support