# Silk Road
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

Search [_____] Go

a few words from
the Dread Pirate Roberts

Hi, **FBINY**
logout

🛒 **0**

### Shop by Category

- **Drugs** *13,802*
  - **Ecstasy** *1,304*
    - Methylone *205*
    - 4-EMC *2*
    - 4-MEC *14*
    - 5-APB *4*
    - 5-IT *3*
    - Butylone *7*
    - MDA *49*
    - MDMA *513*
    - MPA *1*
    - Pentedrone *1*
    - Pentylone *1*
    - Pills *467*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Stimulants *1,644*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [bestselling ▼]   ☐ Domestic only   [update]

discuss this category *1*

---

**28gr (1oz) PURE Crystal Methylone *DOMESTIC***
seller: PablosPuro 0.0
ships from: United States of America

5
4
3
2
1

**฿2.8002**
add to cart

---

**112gr (4oz/QP) PURE Crystal Methylone *DOMESTIC***
seller: PablosPuro 0.0
ships from: United States of America

5
4
3
2
1

**฿8.9569**
add to cart

---

**100 GRAMS OF HUGE 99.9% PURE METHYLONE CRYSTALS**
seller: Jack N Hoff 0.0
ships from: China

5
4
3
2
1

**฿3.3016**
add to cart

---

**1 Kilogram OF 99.8% PURE METHYLONE FREE SHIPPING**
seller: DRG0NZO 0.0
ships from: undeclared

5
4
3
2
1

**฿21.0030**
add to cart

---

**56gr (2oz) PURE Crystal Methylone *DOMESTIC***
seller: PablosPuro 0.0
ships from: United States of America

5
4
3
2
1

**฿4.8537**
add to cart

---

**14gr PURE Crystal Methylone *DOMESTIC***
seller: PablosPuro 0.0
ships from: United States of America

5
4
3
2
1

**฿1.5682**
add to cart

---

**7gr PURE Crystal Methylone *DOMESTIC***
seller: PablosPuro 0.0
ships from: United States of America

5
4
3
2
1

**฿0.8961**
add to cart

# Silk Road
anonymous market

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts

Search [                    ] Go

Hi, **FBINY**
logout

🛒 0

## Shop by Category

- **Drugs** *13,802*
  - **Stimulants** *1,644*
    - MDPV *60*
    - 2-DPMP *1*
    - 3,4DMMC *17*
    - 4-EMC *3*
    - 4-MEC *24*
    - 6-APB *36*
    - A-PVP *35*
    - Caffeine *11*
    - Cocaine *643*
    - D2PM *2*
    - Dimethocaine *2*
    - Ephedrine *39*
    - Ethylphenidate *10*
    - FAs *40*
    - FMAs *22*
    - FMCs *1*
    - Khat *1*
    - MDPPP *8*
    - Mephedrone *101*
    - Meth *261*
    - MOPPP *1*
    - Pentedrone *17*
    - Speed *266*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *160*

sort by: [bestselling ▾]   ☐ Domestic only   [update]

discuss this category *7*

---

**10g MDPV**
seller: uhrwerk 0.0
ships from: Germany

5 / 4 / 3 / 2 / 1

฿1.1201
add to cart

---

**5g MDPV**
seller: uhrwerk 0.0
ships from: Germany

5 / 4 / 3 / 2 / 1

฿0.6538
add to cart

---

**Bring on the Shadow People! New batch MDPV 1g**
seller: nawlins 0.0
ships from: United States of America

5 / 4 / 3 / 2 / 1

฿0.2166
add to cart

---

**1g MDPV**
seller: uhrwerk 0.0
ships from: Germany

5 / 4 / 3 / 2 / 1

฿0.1825
add to cart

---

**MDPV Half Gram SUPER COKE 99.5% Pure**
seller: FabioOchoa 0.0
ships from: Australia

5 / 4 / 3 / 2 / 1

฿1.7100
add to cart

---

**Bring on the Shadow People! New batch MDPV 10g**
seller: nawlins 0.0
ships from: United States of America

5 / 4 / 3 / 2 / 1

฿7,467.2000
add to cart

---

**CAUTION PURE TAN FLUFFY MDPV 250mg !FREE SHIP**
seller: CrystalMethCat 0.0

5 / 4 / 3 / 2 / 1

฿0.1115
add to cart