**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 2, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 04 2015
```

Re: *United States v. Ross Ulbricht*,
14 Cr. 68 (KBF)

Dear Judge Forrest:

This letter is submitted on behalf of Ross Ulbricht, Claimant in the above-entitled civil forfeiture action, whom I represent, and relates to the telephonic conference scheduled for September 9, 2015, at 8:30 a.m. For the reasons set forth below, it is respectfully requested that the conference be adjourned until the following week. I have spoken with Assistant United States Attorney Christine I. Magdo, and she has informed me that the government consents to this request. In addition, it is respectfully requested that Mr. Ulbricht's time to file an answer be extended until September 21, 2015. The government consents to that application as well.

The adjournment of the telephonic conference is requested because I will be in San Diego, California, that day to prepare a Brief on Appeal in the United States Court of Appeals for the Ninth Circuit in *United States v. Moalin*, Dkt. No. 13-50572. I will be meeting with appellate counsel for the three co-defendants-appellants for purposes of combining the several points on appeal into a single joint Brief. Due to the Jewish Holidays the following week, it is imperative that the meeting regarding the Brief occur next week in order that the Brief can be assembled in time for the September 29, 2015, due date.

AUSA Magdo has informed me of her availability the following week, and our mutually available times are:

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
September 2, 2015
Page 2 of 2

Wednesday afternoon, September 16, 2015 (after 2:15 p.m.)

Thursday morning, September 17, 2015 (before noon)

Friday September 18, 2015 (before 3 p.m.)

Accordingly, it is respectfully requested that the telephonic conference scheduled for Wednesday, September 9, 2015, at 8:30 a.m. be adjourned until the following week, and that Mr. Ulbricht's time to file an answer be extended until Monday, September 21, 2015.

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:   Christine I. Magdo
      Assistant United States Attorney

---

*Ordered*

Conference adjourned to 9/16/15 at 5:15 pm. Answer/response to complaint extended to 9/24/15.

KB. Forrest
USDJ

9/3/15