✕ This website uses cookies. For more information, please visit the **Privacy and Cookies Policy**. Click **here** to acknowledge and hide this message .

# Cambridge Dictionaries

[Search!]

### English definition of "funds"

# funds

*plural noun* US 🔊 /ˈfʌndz/

▸ **money , often money for a specific purpose :**
*I'm short of/ low on funds at the moment .*
*The Brownies sold cookies to raise funds for their troop .*

(Definition of funds plural noun from the Cambridge Academic Content Dictionary © Cambridge University Press)
Focus on the pronunciation of funds



*Cited in US v Ulbricht 14cr68 Decided 7/9/14*
*Archived on 7/14/14*
*This document is protected by copyright.*
*Further reproduction is prohibited without permission.*

▸ Become a fan on Facebook

▸ Follow us on Twitter!

### More American English definitions for "funds"

**fund** *noun*
**fund** *verb*

**mutual fund** noun

**pension fund** noun

See all results »

## Word of the Day

**grand prix**
one of a series of important international races for very fast and powerful cars
Word of the Day ▶

## Learn

Dictionary Apps

Help

In Print

Memrise

Search from your Browser

Word of the Day

## Share

Blog

Facebook

New Words

Twitter

## Develop

Dictionary API

Double-Click Lookup

Search Widgets

License Data

## About

Accessibility

Cambridge English Language Teaching

Cambridge University Press

Cookies and Privacy

Corpus

Terms of Use

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright. Further reproduction is prohibited without permission.

© Cambridge University Press 2014

Cited in US v Ulbricht
14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.