After Bitcoin Auction, Winning Bidders Remain Elusive - NYTimes.com

# The New York Times

| DEALBOOK<br>Citigroup and U.S. Reach $7 Billion Mortgage Settlement  | SINOSPHERE BLOG<br>Samsung Contractor Suspended Over Child Labor Allegations  | Samsung Considers Its Counterattack as Rivals Erode Cellphone Profit  | VW to Add S.U.V. Production to Chattanooga Plant  | A Warhol With Yo Moose Head? Sot Teams With EBay  |

## DealB%k  WITH FOUNDER ANDREW ROSS SORKIN

Search DealBook | Search

MERGERS & ACQUISITIONS | INVESTMENT BANKING | PRIVATE EQUITY | HEDGE FUND | I.P.O./OFFERINGS | VENTURE CAPITAL | LEGAL/REGULATORY

# After Bitcoin Auction, Winning Bidders Remain Elusive

By SYDNEY EMBER   JUNE 30, 2014 6:59 PM

E-MAIL 
FACEBOOK 
TWITTER
SAVE
MORE

Since Friday, when the United States Marshals Service auctioned off nearly 30,000 Bitcoins, investors and Bitcoin enthusiasts alike have been eagerly awaiting the results. As the agency began notifying winning and losing participants late on Monday afternoon, many in the Bitcoin world were still trying to figure out who won and the what they paid.

Some prominent bidders were left scratching their heads. "The U.S. government auction created a tremendous amount of new demand for Bitcoin," said Dan Morehead, who bid through Pantera Bitcoin, largely considered a front-runner in the auction. "Most of the people we spoke to were new entrants to the Bitcoin market." He added: "None of our bids were hit. I think it went at quite a high price."

Barry Silbert, who runs a Bitcoin investment fund through his firm SecondMarket, said on Twitter that his syndicate, which received 186 bids from 42 bidders, had been outbid on all blocks.

The United States Marshals Service, with help from the F.B.I. and federal prosecutors in Manhattan, arranged the online auction for 29,656 of the Bitcoins seized from the now-defunct market Silk Road. The site was shut in October and has been accused of aiding the sale of illegal goods and services.

PREVIOUS POST
Pinnacle Foods Cancels Deal With Hillshire

NEXT POST
At Walgreen, Renouncing Corporate Citizenship

**In the News**

WALL STREET EARNINGS
Mortgage Settlement Charge Mars Strong Quarter for Citigroup  3 

LEGAL/REGULATORY
Citigroup and U.S. Reach $7 Billion Mortgage Settlement  73 

LEGAL/REGULATORY
Companies That Offer Help With Student Loans Are Often Predatory, Officials Say  72 

MERGERS & ACQUISITIONS

Cited in U.S. v Ulbricht 14cr68 Decided on 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

http://dealbook.nytimes.com/2014/06/30/after-bitcoin-auction-winning-bidders-remain-elusive/?_php=true&_type=blogs&_php=true&_type=blogs&_r=1[7/14/2014 11:38:15 AM]

After Bitcoin Auction, Winning Bidders Remain Elusive - NYTimes.com

Bidders had a 12-hour window on Friday to submit one sealed bid for the coins, which had been broken up into lots of 3,000.

The Marshals Service said on Monday that 45 registered bidders participated in the event, and that the agency received 63 bids over the course of the auction. Beyond that, the agency has said from the beginning of the auction process that it will not reveal the names of the winning bidders or the amount of the winning bids.

The Marshals Service declined to comment further on Monday because the award process was ongoing.

Still, some names of bidders have trickled out, including Coinbase, a Bitcoin payment processor; Rangeley Capital, a value investment fund; and Alex Waters, the chief executive and co-founder of CoinApex, a Bitcoin-focused start-up.

Even as the names of those who submitted bids became public, most bidders remained largely tight-lipped about their bids. Chris DeMuth Jr., a partner at Rangeley Capital, said he had bid below the market price, but, like most participants thus far, would not comment on his exact bid.

"It's more about the process and the potential for the price than it is about anything intrinsic to the Bitcoins," Mr. DeMuth said. He said he was outbid.

As of Monday evening, DealBook had not yet determined the winner or winners of the auction.

Since the auction closed, the price of Bitcoin has climbed to about $639 as of Monday evening, up from about $570 when the auction began, according to CoinDesk. But experts were divided on whether the rise in price provided any indication about the bids.

After the auction closed, some bidders were in communication with each other, and a jump in price could indicate that they were driving up the price, said Gil Luria, an analyst with Wedbush Securities who has studied Bitcoin. Bidders "probably have more information than the market does, and that could explain why the market is up," he said. The price fluctuation is also within the normal range for Bitcoin, he added.

**Lindt Nears a Deal to Buy Russell Stover Candies** 1


LEGAL/REGULATORY
**From Benghazi to the Boardroom: The Road to the $7 Billion Citigroup Settlement** 85


RESTRUCTURING & BANKRUPTCY
**Federal Judge Rules That Detroit Is Entitled to Revenue From Casinos** 2


DEAL PROFESSOR
**With Merger, Tobacco Takes On Technology** 19


MERGERS & ACQUISITIONS
**Reynolds in Talks to Acquire Lorillard in Merger of Tobacco Rivals** 52

**Most Viewed**

AbbVie and Shire in Talks Over $53 Billion Merger

Citigroup and U.S. Reach $7 Billion Mortgage Settlement

Morning Agenda: Citigroup in $7 Billion Settlement

Swiss Chocolate Maker Lindt Will Buy Russell Stover Candies

Mortgage Settlement Charge Mars Strong Quarter for Citigroup


ELSEWHERE ON NYTIMES.COM
**Big tobacco getting bigger: A brief history of deal making**
- Why you should tip more than you do now
- Despite exposure of Madoff fraud, new Ponzi schemes emerge

Cited in US v Ulbricht 14cr68 Decided on 7/9/14 — Archived on 7/14/14 — This document is protected by copyright. Further reproduction is prohibited without permission.

After Bitcoin Auction, Winning Bidders Remain Elusive - NYTimes.com

The increase in price could also have been a red herring, said Steven Englander, a research analyst with Citigroup. "People who bid and who are successful in their bidding obviously would like the market to think that the price was high rather than low," he said.

Mr. Waters of CoinApex, who bid as an individual, appeared to send his bid using his cellphone while live on Bloomberg Television on Friday, but later confessed in an interview that he had forgotten to attach the bidding form to his email. He submitted his bid for one block of Bitcoins, at a price of $403 each, later on Friday afternoon. He, too, did not win.

"I was anticipating a lot of the other bidders getting disqualified because it seemed to me that the Marshals Service didn't want syndicates bidding," Mr. Waters said, referring to the agency's intense screening process. "It was sort of just a fun thing. I took a gamble."

SHARE

LEGAL/REGULATORY, AUCTIONS, BITCOIN (CURRENCY), MARSHALS SERVICE

After Bitcoin Auction, Winning Bidders Remain Elusive - NYTimes.com

SITE INDEX

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE |
|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds |
| U.S. | Op-Ed Columnists | Art & Design | Crosswords | Tools & Services |
| Politics | Editorials | ArtsBeat | Dining & Wine | Times Topics |
| New York | Contributing Writers | Books | Education | Public Editor |
| Business | Op-Ed Contributors | Dance | Fashion & Style | N.Y.C. Events Guide |
| Technology | Opinionator | Movies | Health | TV Listings |
| Science | Letters | Music | Home & Garden | Blogs |
| Health | Sunday Review | N.Y.C. Events Guide | Jobs | Cartoons |
| Sports | Taking Note | Television | Magazine | Multimedia |
| Education | Room for Debate | Theater | N.Y.C. Events Guide | Photography |
| Obituaries | Public Editor | Video Games | Real Estate | Video |
| Today's Paper | Video: Opinion | Video: Arts | T Magazine | NYT Store |
| Corrections | | | Travel | Times Journeys |
| | | | Weddings & Celebrations | Subscribe |
| | | | | Manage My Account |

SUBSCRIBE   Times Premier   Home Delivery   Digital Subscriptions
NYT Now   NYT Opinion

Email Newsletters   Alerts   Crosswords   Gift Subscriptions   Corporate Subscriptions   Education Rate
Mobile Applications   Replica Edition   International New York Times

© 2014 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale

Site Map | Help | Site Feedback | Subscriptions

Cited in US v Ulbricht 14cr68 Decided 7/9/14 Archived on 7/14/14 This document is protected by copyright. Further reproduction is prohibited without permission.

http://dealbook.nytimes.com/2014/06/30/after-bitcoin-auction-winning-bidders-remain-elusive/?_php=true&_type=blogs&_php=true&_type=blogs&_r=1[7/14/2014 11:38:15 AM]