

| Home | Business | Markets | Investing | Economy | Tech | Personal Finance | Small Business | Luxury | Media |

Mobile | Security | Social | Innovation Nation | Enterprise | Tech30 | Interactive | Video

# 8 things you can buy with bitcoins right now

Funny money? Think again. There are lots of places -- and ways -- you can spend bitcoins. Here's are a few.

   

1 of 8

## Subway sandwich

 NEXT

The "five-dollar foot-long" Subway jingle isn't the same in bitcoins, especially when it's a weird total like 0.006 BTC. In any case, that's close to what it'll cost you for a BLT on 9-grain honey oat at a Subway **location** in Allentown, Penn.



The shop owner, Sapan Shah, started accepting the currency three weeks ago. On an average day, maybe three customers use the virtual currency. But he's already made the process seamless -- as long as customers don't mind using the smartphone app Coinbase.

Shah is ecstatic that Subway corporate is open to his experiment. Still, bitcoins only get him so far. He still needs to convert them to cash every week to pay his bills.

**NEXT: Auctioned art & antiques**

 NEXT

BY **JOSE PAGLIERY**   **@JOSE_PAGLIERY** - LAST UPDATED NOVEMBER 26 2013 10:27 AM ET



|  |  | 28 | 77 |

## More Bitcoin news

 Senate takes a close look at Bitcoin

 bitcoin creator may have ties to Silk Road founder

 Why China wants to dominate Bitcoin

Cited in US v Ulbricht
14-cr-68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

# 105
TOTAL SHARES



## Sponsored Links

**LifeLock® Official Site**
Purchase the LifeLock Ultimate® Plan and Stay Protected
LifeLock.com

**Hot Stock Alert - TAYO**
TAYO Adds Second West Texas Property to Portfolio. Invest Now!
thirdavenuedevelopment.com

**Bring Your Own Phone**
Get Unlimited* Talk, Text, & Data for $45/mo. Switch for $6.99!
StraightTalk.com

Buy a link here

## You May Also Like
*Sponsored Content by Taboola*


**Little Known Way to Pay Off Mortgage**
One Smart Penny


**Here's Why You No Longer Need A Human Financial Advisor**
Business Insider




**How Wealthy People Use Credit Cards To Their Advantage**
Next Advisor Daily

## More from CNN Money

**Obama: 'What have you done to my house?'**

**Retailers score with $90 World Cup jerseys**

**Inside the 'most powerful muscle car' ever made**

**Move over 3D, 4K TV is coming**

**Why Starbucks is paying for college**

**App turns your face into a cartoon**

## Around the Web

**If you use Gmail, you'll hate you never tried this.** Andrew Skotzko

**Devastated Daddy: 'Jersey Shore' Star Pauly D Will Miss Infant Daughter's First Birthday Because Of Custody Drama**
RadarOnline

**National Geographic's Idea Of What America Will Look Like In 2050 Is Remarkable. Check Out These Photos**
ReDiscoverIt.net

**Scientists have found "God's bathtub," a lake totally untouched by climate change** Grist

[what's this]

## Join the Conversation
DISQUS

## Search for Jobs

Millions of job openings!

- Accounting
- Finance
- Marketing
- Engineering
- Management
- Sales

Search    SEE ALL JOBS


glassdoor

## Most Popular Videos
*by Taboola*


**Diane Sawyer out at ABC World News**


**The backstory of Netflix's biggest show**


**Angelina Jolie's "Maleficent" millions**


**Hugh Jackman's 'X-Men' millions**

## Sponsored Links

**LifeLock® Official Site**
Purchase the LifeLock Ultimate® Plan and Stay Protected

**Hot Stock Alert - TAYO**
TAYO Adds Second West Texas Property to Portfolio. Invest Now!

**Bring Your Own Phone**
Get Unlimited* Talk, Text, & Data for $45/mo. Switch for $6.99!

**Map Your Flood Risk**
Find Floodplan Maps, Facts, FAQs, Your Flood Risk Profile and More!

Buy a link here

## Most Popular


Stocks charging back


Female Yahoo exec sued for sexual harassment

Citi pay $7 billion in mortgage settlement

Cited in US v. Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

