# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, __Christopher T. Ryan__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**PAUL GRANT**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __23rd__ day of __October__ A. D. __1995__ and that at the date hereof the said __PAUL GRANT__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __19th__ day of __June__ A. D. __2017__

_Christopher T. Ryan_
Clerk

By _Jessica A. DiPari_
Deputy Clerk