**MANDATE**

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

N.Y.S.D. Case #
14-cr-0068(KBF)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand and seventeen.

Before:          Jon O. Newman,
                 Gerard E. Lynch,
                 Christopher F. Droney,
                 *Circuit Judges.*

United States of America,

          Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate
Roberts, AKA Silk Road, AKA Sealed
Defendant 1, AKA DPR,

          Defendant - Appellant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 06, 2017

**JUDGMENT**
Docket No. 15-1815

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/06/2017**