UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                              ECF CASE
-----------------------------------------------------X

UNITED STATES OF AMERICA

                v.

ROSS WILLIAM ULBRICHT,

                Defendant.
-----------------------------------------------------X

                                              NOTICE OF APPEARANCE AND REQUEST
                                                  FOR ELECTRONIC NOTIFICATION
                                                               14 Cr. 68 (KBF)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                       Respectfully submitted,

                                                       GEOFFREY S. BERMAN
                                                     United States Attorney for the
                                                     Southern District of New York

                                             by:  */s/ Eun Young Choi*
                                                   Eun Young Choi
                                                   Assistant United States Attorney
                                                   (212) 637-2187

TO:    Defense Counsel (via ECF)