USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 6 2018

PAUL GRANT
LAW OFFICE OF PAUL GRANT
P.O. Box 2720
Parker CO 80134
303-909-6133
paul_pglaw@yahoo.com

February 26, 2018

By Electronic mail to:   ForrestNYSDChambers@nysd.uscourts.gov
Joseph Pecorino, Courtroom Deputy
United States District Court
500 Pearl Street
New York NY 10007

Re:   *United States v. Ross William Ulbricht, et al*, 14 Cr. 68 (KBF)
       Request for Order Authorizing Access to Sealed Documents

Dear Mr. Pecorino:

    I am requesting an order from the court to allow me to obtain copies of the sealed documents filed in the above-referenced case. I have received only limited cooperation from prior counsel in this case and I know that I have not been provided with copies of all of the sealed documents. As you can imagine, I cannot adequately represent Mr. Ulbricht in post-trial matters without the sealed documents. I have examined the docket but since sealed documents are not identified on the public docket, I cannot tell which unsealed documents to request, so I am requesting copies of all of them.

    The Records Management office has advised me they cannot provide me with copies of the sealed documents until they receive a court order authorizing them to do so. I would greatly appreciate it if you could assist me in getting these records. Please let me know if you have any questions.

Thank you.

Regards,

/s/ Paul Grant
Paul Grant
Counsel for Ross William Ulbricht

cc: Eun Young Choi (by ECF)
    Assistant United States Attorney
    Via email to: Eun.Young.Choi@usdoj.gov

*[Handwritten order:]* Ordered. Work with the Government as appropriate to identify specific documents. KBF, USDJ, 2/26/18

1