LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@joshuadratel.com

JOSHUA L. DRATEL                                                                                 STEVEN WRIGHT
—                                                                                         *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

February 27, 2018

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                 Re:       *United States v. Ross Ulbricht*,
                              14 Cr. 68 (KBF)

Dear Judge Forrest:

       This letter is submitted in connection with the Court's endorsement yesterday (Docket #321) of the February 26, 2018, letter from Paul Grant, Esq., and to inform the Court and the government – in an effort to avoid unnecessary commitment of resources – that my office provided Mr. Grant all of the sealed (or *ex parte* or otherwise publicly unavailable) filings – 32 documents total – in the above-entitled case August 15 2017 (which we also confirmed recently in a February 1, 2018, letter). Thus, Mr. Grant's claim, offered without the slightest factual foundation (which his letter oddly acknowledges), is inaccurate.[1]

                                                              Respectfully submitted,

                                                              Joshua L. Dratel

JLD/

---

[1] This response with respect to this discrete issue is not in any way an adoption of the accuracy of anything else Mr. Grant has submitted.