UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ROSS WILLIAM ULBRICHT,
                                  Defendant.
------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: February 28, 2018 |

14 Cr. 68 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

By letter dated February 26, 2018 (ECF No. 321), Paul Grant, counsel for defendant requested copies of the sealed documents filed in this action.

On February 27, 2018, former counsel for Mr. Ulbricht, Joshua Dratel, wrote to the Court (ECF No. 322) indicating that he has already provided Mr. Grant with copies of all the sealed (or *ex parte* or otherwise publicly unavailable) filings.

Accordingly, based upon Mr. Dratel's representation to the Court, Mr. Grant's request at ECF No. 321 is DENIED.

SO ORDERED:

Dated:    New York, New York
            February 28, 2018

_____
KATHERINE B. FORREST
United States District Judge