**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 9 2018

Caption:

United States of America, v.

Ross William Ulbricht

Docket No.: 14 Cr. 68 (KBF)
Hon. Katherine B. Forrest
(District Court Judge)

Notice is hereby given that **Ross William Ulbricht** appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | ✓ **Order denying request for extension, Doc 309, Order Re Pet Rehearing Doc 319**
(specify)

entered in this action on **Doc 309 - 2/5/2018 Doc 319 2/21/2018**
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |___|   Other |✓|

Defendant found guilty by plea |  |  | trial |  | N/A | ✓ .

Offense occurred after November 1, 1987?   Yes | ✓ |   No |    N/A |

Date of sentence: _____   N/A | ✓ |

Bail/Jail Disposition: Committed | ✓ |   Not committed |    N/A |

Appellant is represented by counsel?   Yes ✓ | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Paul Grant |
| Counsel's Address: | Law Office of Paul Grant  19501 E. Mainstreet, # 200 |
| | Parker, CO 80138 |
| Counsel's Phone: | 303-909-6133 |
| Assistant U.S. Attorney: | Eun Young Choi |
| AUSA's Address: | United States Attorney's Office  Southern District of New York |
| | One St. Andrew's Plaza  New York NY 10007 |
| AUSA's Phone: | 212-637-2187 |

Signature

PARKER, CO 80138
UNITED STATES US

ATTN: CASHIERS
SDNY
UNITED STATES DISTRICT COURT
500 PEARL ST

NEW YORK NY 10087
(303) 900-6133   REF:
                 DEPT:

FedEx Express

E

WED - 07 MAR 10:30A
TRK# 7899 1681 4760   PRIORITY OVERNIGHT

E3 PCTA   10007
          NY-US
          EWR

FID 514670 07MAR18 FOKA  546C1/07F6/0C8A

USM-3
SDNY

CLERK'S OFFICE
S.D.N.Y.
2018 MAR -9 PM 2:39
RECEIVED

Case 1:14-cr-00068-KBF   Document 326   Filed 03/09/18   Page 3 of 3

**Ex.**

Sign In

| PARKER, CO US | **Delivered** | NEW YORK CITY, NY US |
|---|---|---|
| | *Signed for by: G.GELANDI* | |

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| — 3/09/2018 - Friday | | |
| 12:20 pm | Delivered | New York, NY |
| 8:18 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:40 am | At local FedEx facility | NEW YORK, NY |
| — 3/08/2018 - Thursday | | |
| 10:12 pm | At local FedEx facility | NEW YORK, NY |
| 12:57 pm | Delivery exception<br>Customer not available or business closed | NEW YORK, NY |
| 8:50 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 8:47 am | At local FedEx facility | NEW YORK, NY |
| — 3/07/2018 - Wednesday | | |
| 8:53 pm | At local FedEx facility | NEW YORK, NY |
| 1:45 pm | Delivery exception<br>Customer not available or business closed | NEW YORK, NY |
| 1:25 pm | On FedEx vehicle for delivery | NEW YORK, NY |
| 12:23 pm | Delivery exception<br>Package at station, arrived after courier dispatch | NEW YORK, NY |
| 12:23 pm | At local FedEx facility | NEW YORK, NY |
| 10:11 am | In transit | NEW YORK, NY |
| 10:11 am | Address corrected | |
| 9:09 am | At local FedEx facility | NEW YORK, NY |
| 6:55 am | Arrived at FedEx location | NEWARK, NJ |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:43 am | Arrived at FedEx location | MEMPHIS, TN |
| — 3/06/2018 - Tuesday | | |
| 7:26 pm | Left FedEx origin facility | LITTLETON, CO |
| 5:41 pm | Picked up | LITTLETON, CO |
| 3:15 pm | Shipment information sent to FedEx | |
| 2:15 pm | Picked up<br>Tendered at FedEx Office | DENVER, CO |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 789916814760 | **Service** | FedEx Priority Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Receptionist/Front Desk |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Third Party | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday | **Standard transit** | 3/07/2018 by 10:30 am |

Ask FedEx

| **OUR COMPANY** | | **MORE FROM FEDEX** | | **LANGUAGE** |
|---|---|---|---|---|
| About FedEx | FedEx Blog | FedEx Compatible | | Change Country |
| Our Portfolio | Corporate Responsibility | Developer Resource Center | | |
| Investor Relations | Newsroom | FedEx Cross Border | | |