14cr68(KBF)

 **14cr68 Sealed Filings**
Mary Salcedo   to: Joseph Pecorino                                   03/29/2018 01:52 PM

From:   Mary Salcedo/NYSD/02/USCOURTS
To:     Joseph Pecorino/NYSD/02/USCOURTS@USCOURTS
History:      This message has been replied to.

Hi Joe,

Below is the list of sealed documents for 14cr68:

| | |
|---|---|
| #6 | 3 letters to Magistrate Judge Fox |
| #15 | Ex Parte Affirmation & Proposed Order |
| #65 | Ex parte order dated 9/5/14 |
| #66 | Order dated 9/16/14 |
| #91 | Ex parte order dated 10/14/14 |
| #95 | Ex Parte, Affirmation & Order |
| #99 | Order dated 12/1/14 |
| #104 | Endorsed Letter dated 12/4/14 |
| #135 | Order dated 12/12/14 |
| #136 | Endorsed Letter dated 12/17/14 |
| #137 | 12/18/14 Order by Endorsement |
| #138 | Endorsed Letter dated 12/18/19 |
| #141 | Sealed memo and decision (redacted) dated 12/22/14 |
| #143 | Pgs 1-61 sentence-TRANSCRIPT |
| #151 | Endorsement 12/30/14 |
| #152 | Endorsement 12/31/14 |
| #153 | Sealed Order re Nullification |
| #158 | 1. 11/21/14 Letter from Gov't |
| | 2. 12/3/14 Letter from deft. |
| | 3. 12/10/14 Gov't witness list |
| | 4. 12/11/14 Letter from Gov't |
| | 5. 12/16/14 Letter from deft |
| | 6. 12/16/14 Gov't witness list (corr.) |
| | 7. 12/17/14 Letter from Gov't |
| | 8. 12/18/14 2 Letters from deft (w/ endorsement) |
| | 9. 12/18/14 3 Letters from Gov't |
| | 10. 12/19/14 Letter from Gov't |
| | 11. 12/30/14 Letter from Gov't |
| | 12. 1//5/15 Letter from Gov't |
| | 13. 1/6/15 Letter from deft (w/ endorsement) |
| #159 | 1. 12/9/14 Letter from deft. & objections to Gov't exs. |
| | 2. 12/9/14 Notice of deft's Motions in Limine |
| | 3. 12/9/14 Dratel Declaration |
| | 4. 12/9/14 Deft's Motions in Limine Brief |
| | 5. 12/12/14 Gov't opposition to deft's Motions in Limine (with ex A) |
| #160 | Ex Parte Letters from defense |
| | 1. 8/8/14 letter |
| | 2. 12/9/14 letter |
| | 3. 12/18/14 Letter |
| #161 | 1/20/15 Letter from the Gov't |
| #194 | Ex parte Gov't submissions dated: 2/14/14; 5/20/14; 9/12/14; 9/15/14; 9/30/14; 10/14/14; 10/28/14; 11/21/14; 12/12/14 |
| #195 | Memo endorsed 1/6/15 letter from J. Dratel |

*Order*

The parties are to review the enclosed index and inform the Court with regard to which (if any) filings they do not have and seek.

KB. Fox
USDJ
4/2/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 2 2018

#225  Defendant's letter dated 3/6/15
#275  DVD-Rom from Govt's Submission dtd 5/18/15
#276  PSR
#279  Amended presentence report
#284  Letter from the Government dated 10/3/15
#293  Trial - 1/13/15, Pages 1, 15-28, 118-119-TRANSCRIPT

Mary Salcedo
Sealed Records Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-0705