```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
                                                                    :          14 Cr. 68 (KBF)
            -v-                                                     :
                                                                    :               ORDER
                                                                    :
ROSS WILLIAM ULBRICHT,                                              :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2018

KATHERINE B. FORREST, District Judge:

The Court has received a request from defendant (ECF No. 329) for each of the sealed documents identified in the letter dated March 29, 2018 (ECF No. 328), as well as a list of questions about additional documents to which he seeks access.

Having carefully reviewed the request, the Court ORDERS as follows:

- Defendant may access the following sealed records: 6, 65, 99, 104, 135, 136, 137, 138, 141, 143, 151, 152, 153, 158, 159, 161, 195, 225, 275, 276, 284, and 293.

- As to the following sealed <u>ex parte</u> records--15, 66, 91, 95, and 194—the Court asks the Government's views. It appears the Court that, at the very least, Nos. 66, 91, and 95—extensions of an <u>ex parte</u> protective Order—should be made available to defendant. The Government shall submit a letter to the Court with its views **not later than Friday, May 4, 2018.**

As to the additional documents, the Court notes as follows:

- ECF No. 182: should now be publicly available.

- As to ECF Nos. 47, 57, 110, and 127, the Court has no further information, but invites defense counsel to look through the sealed records listed above for anything that might address these issues.

SO ORDERED.

Dated:   New York, New York
         May 1, 2018

                                                KATHERINE B. FORREST
                                                United States District Judge