## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

United States of America

Plaintiff,

     -against-

Ross Ulbricht

Defendant.

**1:14-cr-00068-KBF**

**NOTICE OF INTENT TO ABANDON MOTION FOR ADMISSION PRO HAC VICE**

Comes not Jay Leiderman before this court seeing to withdraw his previously entered motion to appear Pro Hac Vice in the above-titled matter.  Counsel has paid the filing fee through PACER and requests a refund thereof.

Dated:13 June 2019

Respectfully Submitted,

Applicant Signature:_____/s/_____

Applicant's Name: Jason S. "Jay" Leiderman

Firm Name: Jay Leiderman Law

Address:770 County Square Drive 101

City/State/Zip: Ventura, California 93003

Telephone/Fax: 805-654-0200 / 805-654-0280

Email:jay@criminal-lawyer.me