**PAUL GRANT**
Law Office of Paul Grant
19501 E. Mainstreet, #200
Parker CO 80138
(303) 909-6133 (phone)

June 13, 2019

<u>By ECF</u>
Ms. Ruby J. Krajick, Clerk of Court
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ulbricht,* 14 cr 68
      Request for Assignment of Judge

Dear Ms. Krajick:

I am requesting on behalf of my client, Ross Ulbricht, the defendant in this case, that a replacement judge be assigned to his case, Case No. 14 cr 68.  The trial judge in his case, the Honorable Katherine B. Forrest, has retired and no judge has yet been assigned to replace Judge Forrest.

We have filed a Motion for Discovery this week, and we also anticipate filing a Motion for Relief pursuant to 28 U.S.C. § 2255, within a few days.  A replacement judge will be needed to handle these important matters.

Regards,

/s/ Paul Grant
Paul Grant
Law Office of Paul Grant
Parker, Colorado 80138
Counsel for Mr. Ulbricht

cc:   Timothy Howard, AUSA
      Eun Young Choi, AUSA