```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
United States of America,
                      Plaintiff

           -against-

Ross William Ulbricht,
                      Defendant
------------------------------------------------------------- X

19 Cr. 68 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Defendant filed a Motion to Vacate under 28 U.S.C. 2255 on June 28, 2019.  It is hereby

    **ORDERED** that the Government shall file a response to the Motion to Vacate by July 24, 2019.

Dated: July 1, 2019
       New York, New York

                                           **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**