United States District Court
Southern District of New York

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Case No. 1:14-cr-00068-LGS |
| Ross William Ulbricht | |
| Defendant. | |

## Order Granting Defendant's Unopposed Motion To Substitute Counsel

On the _____ day of July, 2019, the Court considered the Defendant's Unopposed Motion for Substitution of Counsel (ECF No. _____). After reviewing the motion, the court **GRANTS** the motion.

Accordingly, it is **ORDERED** that Mr. Zachary L. Newland is substituted as counsel of record for Defendant Ross William Ulbricht. It is **ORDERED** that prior counsel, Mr. Paul Grant, is hereby permitted to withdraw from representation in the case at this time.

Signed on this _____ day of July, 2019.

_____
Honorable Judge Presiding