

# State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**  Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Zachary Lee Newland**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __25th__ day of __September__ A. D. __2018__ and that at the date hereof the said __Zachary Lee Newland__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __1st__ day of __July__ A. D. __2019__

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk

