UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America,

               -against-

Ross William Ulbricht,

               Petitioner.
------------------------------------------------------------------X

14 Cr. 68 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2019

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Mr. Zachary L. Newland filed a letter on July 11, 2019, stating that Petitioner authorizes and consents to Mr. Newland acting as counsel in place of Mr. Paul Grant (Dkt 371);

    WHEREAS, Petitioner signed a statement (i) consenting to the substitution of Mr. Newland as counsel to provide him with representation in the pending 28 U.S.C. § 2255 motion proceedings in the Southern District of New York, and (ii) indicating that he wishes for Mr. Grant to withdraw from the case (Dkt 371-1);

    WHEREAS, Mr. Grant has not filed a letter in response to Mr. Newland's July 11, 2019, letter.  It is hereby

    **ORDERED** that the pending motions to vacate are denied as moot.

    **ORDERED** that Petitioner shall file a new motion to vacate and memorandum of law by **September 6, 2019**.  The Government shall file a response by **September 27, 2019**.  These memoranda of law shall not exceed twenty-five (25) pages.  Petitioner shall file a reply not exceeding ten (10) pages by **October 9, 2019**.

    The Court of Clerk is respectfully directed to (i) close all open motions in 14 Cr. 68; (ii) open a related civil matter in connection with Petitioner's Motion to Vacate (Dkt 361) and (iii) file this order in the above captioned case and the newly opened matter.

Dated: July 26, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE