UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
ROSS WILLIAM ULBRICHT, :
:     14 Cr. 68 (LGS)
                                   Petitioner, :
:     19 Civ. 7512 (LGS)
          -against- :
:     ORDER
UNITED STATES OF AMERICA :
:
                                   Respondent. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on November 13, 2019, an Order was issued regarding Petitioner's motion for relief from his conviction pursuant to 28 U.S.C. § 2255. The Order stated that Petitioner must "either return [an accompanying attorney-client privilege waiver form] to the court by January 14, 2020, or file a letter by the same date stating a basis for not returning the document." 14 Cr. 68 at Dkt No. 380;

       WHEREAS on November 18, 2019, Petitioner filed an emergency motion to stay the Order regarding attorney-client privilege and requesting a motion for reconsideration of that Order. 14 Cr. 68 at Dkt. No. 381; 19 Civ. 7512 at Dkt No. 11;

       WHEREAS, the emergency motion is construed as the letter from Petitioner stating the basis for not returning the attorney-client privilege waiver form. It is hereby

       **ORDERED** that Petitioner's emergency motion to stay the Order is **denied** and motion for reconsideration is **denied**. It is further

       **ORDERED** that the parties shall meet and confer regarding the scope of the attorney-client waiver. The parties shall, by **December 3, 2019**, file a letter with the Court regarding their

discussions and attach a proposed attorney-client waiver form, including competing language to reflect any differences between the parties. The letter shall as to each point of disagreement explain each party's position.

Dated: November 19, 2019
    New York, New York

_____
         **LORNA G. SCHOFIELD**
         **UNITED STATES DISTRICT JUDGE**