Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
https://2255motion.com
Vt Bar # 5573

*Attorney for Ross William Ulbricht*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
UNITED STATES OF AMERICA,
                                                                    :
       Plaintiff,                  NOTICE OF APPEARANCE
                                                                    :
  -  v  -                                                   :
                                                                    :
ROSS WILLIAM ULBRICHT,                                              :   No.: 1:14-cr-00068-LGS
       Defendant.                  :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The Clerk will please enter the appearance of Mr. Brandon Sample as counsel for Ross William Ulbricht.

                           Respectfully submitted,

                   By:   /s/Brandon Sample
                         Brandon Sample

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was served this 2nd day of April, 2021, via CM/ECF on all counsel of record.

                                              <u>/s/Brandon Sample</u>
                                              Brandon Sample