# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :

UNITED STATES OF AMERICA          :

          - v. -                   :    PRELIMINARY ORDER OF
                                   :    FORFEITURE/MONEY JUDGMENT

ROSS WILLIAM ULBRICHT,          :
  a/k/a "Dread Pirate Roberts," :   S1 14 Cr. 68 (KBF)
  a/k/a "DPR,"                     :
  a/k/a "Silk Road,"            :

        Defendant.               :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 3 2015

         WHEREAS, on or about August 21, 2014, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road" (the "defendant"), was charged in a seven-count Superseding Indictment, S1 14 Cr. 68 (KBF) (the "Indictment"), with distributing controlled substances in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A) (Count One); distributing controlled substances by means of the Internet in violation of Title 21, United States Code, Sections 812, 841(h), and 841(b)(1)(A) (Count Two); conspiracy to distribute controlled substances in violation of Title 21, United States Code, Section 846 (Count Three); engaging in a continuing criminal enterprise in violation of Title 21, United States Code, Section 848(a) (Count Four);

conspiring to commit and aid and abet computer hacking in violation of Title 18, United States Code, Section 1030(b) (Count Five); conspiring to traffic in fraudulent identification documents in violation of Title 18, United States Code, Section 1028(f) (Count Six); and conspiring to commit money laundering in violation of Title 18, United States Code, Section 1956(h) (Count Seven);

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of, one or more of the offenses alleged in Counts One through Four of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), of any property constituting, or derived from, proceeds obtained directly or indirectly as a result of one or more of the offenses alleged in Counts Five and Six of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property,

real or personal, involved in the offense alleged in Count Seven of the Indictment, or any property traceable to such property;

WHEREAS, on or about February 4, 2015 the defendant was found guilty following a jury trial before the Honorable Katherine B. Forrest on each and every count of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One through Seven of the Indictment, to which the defendant was found guilty, a money judgment in the amount of $183,961,921 in United States currency (the "Money Judgment") shall be entered against the defendant, representing (a) proceeds obtained as a result of, and property used or intended to be used in any manner or part to commit or to facilitate the commission of, one or more of the offenses alleged in Counts One through Four of the Indictment; (b) proceeds obtained directly or indirectly as a result of the offenses alleged in Counts Five and Six of the Indictment; and (c) property involved in the offense alleged in Count Seven of the Indictment, or property traceable to such property.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, this Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ROSS

WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

4. Upon execution of this Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service (or its designee) shall be authorized to deposit all payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of

Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Jason H. Cowley, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated:   New York, New York
~~May 29, 2015~~
June 3, 2015

SO ORDERED:

_K B. Fo_

HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE