

Via ECF Filing Only

December 27, 2022

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

RE:   *United States v. Ulbricht*, No. 1:14-cr-00068-LGS
      *Motion for Authorization to Conduct Psychological Evaluation*

Dear Judge Schofield:

I am writing to request the Court's permission to conduct a psychological evaluation of Mr. Ross William Ulbricht ("Ulbricht"). A currently psychological evaluation of Mr. Ulbricht is needed for Mr. Ulbricht's efforts in seeking executive clemency and/or moving for compassionate release from the Court. As the Court is aware, it is Mr. Ulbricht's burden to demonstrate the existence of "extraordinary and compelling reasons" when moving for compassionate release under 18 U.S.C. § 3582(c)(1)(A). I believe a current psychological evaluation will assist Mr. Ulbricht in demonstrating that he is psychologically stable, and that he presents a minimal risk of recidivating if his sentence is reduced.

Mr. Ulbricht is currently incarcerated at the United States Penitentiary in Tucson, Arizona. Based on my experience with the Federal Bureau of Prisons ("BOP"), the BOP will not allow a private psychologist to evaluate a federal inmate without a court order. Additionally, the BOP has the ability to allow such an evaluation to take place via WebEx, but—similar to virtual court appearances—will not permit same without a court order.

In light of the above, I respectfully request the Court allow Mr. Ulbricht to undergo a private psychiatric evaluation, at his expense.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample

*Attorney for Ross William Ulbricht*

cc:   All Counsel of Record *via* CM/ECF
      File

Brandon Sample PLC                Admitted in Vermont              Tel:202-990-2500
1701 Pennsylvania Ave. N.W. #200  Practicing Solely Before         Fax: 202-990-2600
Washington, DC 20006-5823         Federal Courts & Agencies        Web: brandonsample.com