

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re:  *United States v. Ross William Ulbricht*
S1 14 Cr. 68 (LGS)

Dear Judge Schofield:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Ross William Ulbricht, in the Specific Property was ordered forfeited pursuant to an Amended Preliminary Order of Forfeiture as to Specific Property (Docket Entry 395) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States can dispose of the Specific Property according to law.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: \_\_\_/s/_____
    David R. Felton
    Assistant United States Attorney
    Tel. (212) 637-2299

*Enclosure*