IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

Done at the City of Washington in the District of Columbia this 21st day of January in the Year of our Lord two thousand twenty-five, and of the Independence of the United States the two hundred forty-ninth.

*[signed] Donald Trump*

Executive Grant of Clemency

DONALD J. TRUMP

President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

ROSS WILLIAM ULBRICHT

A FULL AND UNCONDITIONAL PARDON

FOR HIS convictions in the United States District Court for the Southern District of New York on a superseding indictment (Docket No. 1:14-cr-00068-KBF), of violations of sections 1082(f), 1030(b), and 1956(h), title 18, United States Code, and sections 841(a) and 848(a), title 21, United States Code, for which he was sentenced on June 1, 2015, to 2 life terms, plus 5, 15, and 20 years of imprisonment (all to run concurrently); lifetime supervised release; forfeiture of one hundred eighty-three million, nine hundred sixty-one thousand, nine hundred twenty-one dollars ($183,961,921); and a special assessment of five hundred dollars ($500).

I HEREBY DESIGNATE, direct, and empower, the Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.